UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVEREST REINSURENACE COMPANY A/S/O FRITZ HOKEL AND SYM REALTY,<br><br>Plaintiff,<br><br>-against-<br><br>COVA CONCRETE CORP., SHARON ENGINEERING, P.C. ORANGE COUNTY SUPERIOR CONCRETE, INC., SIMON DUSHINSKY, THE RABSKY GROUP, LLC, HSD CONSTRUCTION, LLC, THE GOLD DEVELOPMENT & MANAGEMENT, LLC, OSCAR P. WALTERS AND DEMERARA ENGINEERING, PLLC,<br><br>Defendants. | Civil Action No.: CV 11 3427<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that defendants, SIMON DUSHINSKY, HSD CONSTRUCTION, LLC, and THE GOLD DEVELOPMENT & MANAGEMENT, LLC., by and through their attorneys, HAVKINS ROSENFELD RITZERT & VARRIALE, LLP, hereby appear in the above-entitled action and that the undersigned have been retained as attorneys for said defendants. All pleadings and papers should be served upon the undersigned at the office and post office address set forth below.

01708571

Dated: Mineola, New York
       December 12, 2011

**HAVKINS ROSENFELD RITZERT
& VARRIALE, LLP**

By: _____
        Gail L. Ritzert, Esq.  (GR6120)
*Attorneys for Defendants*
SIMON DUSHINSKY, HSD CONSTRUCTION,
LLC, and THE GOLD DEVELOPMENT &
MANAGEMENT, LLC
114 Old Country Road, Suite 300
Mineola, New York 11501
P: (516) 620-1700
F: (516) 746-0833
HRRV File No.: 10310-0126

To:

**METHFESSEL & WERBEL, ESQS.**
450 Seventh Avenue, Suite 1400
New York, NY 10123
(212) 947-1999
Attorneys for Plaintiff
*EVEREST REINSURANCE COMPANY
A/S/O FRITZ HOKEL AND SYM REALTY*

**WHITE & MCSPEDON, P.C.**
875 Avenue of the Americas, Suite 800
New York, NY 10001
(212) 564-6633
Attorneys for Defendant
*COVA CONCRETE CORP.*

**MORGAN MELHUISH AMBRUTYN**
39 Broadway, 17th Floor
New York, NY 10006
(212) 809-1111
Attorneys for Defendant
*SHARON ENGINEERING, P.C.*

**ALLYN & FORTUNA, LLP**
200 Madison Avenue, 5th Floor
New York, NY 10016-3903
Attorneys for Defendant
*ORANGE COUNTY SUPERIOR*
*CONCRETE, INC.*

**RABSKY GROUP, LLC**
39 Heyward Street
Brooklyn, NY 11249-7858

**OSCAR P. WALTERS**
228-27 Mentone Avenue
Laurelton, NY  11413-2930

**DEMERARA ENGINEERING, PLLC**
160 Pearl Street, 2nd Floor
New York, NY 10005

<u>**CERTIFICATE OF SERVICE**</u>

I, **GAIL L. RITZERT**, hereby certify that on December 12, 2011, the foregoing

document, **NOTICE OF APPEARANCE** was filed with the Clerk of the Court and served in

accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules,

and/or the Eastern District's Rules on Electronic Service upon the following parties and

participants:

**METHFESSEL & WERBEL, ESQS.**
450 Seventh Avenue, Suite 1400
New York, NY 10123
(212) 947-1999
Attorneys for Plaintiff
*EVEREST REINSURANCE COMPANY*
*A/S/O FRITZ HOKEL AND SYM REALTY*

**MORGAN MELHUISH AMBRUTYN**
39 Broadway, 17th Floor
New York, NY 10006
(212) 809-1111
Attorneys for Defendant
*SHARON ENGINEERING, P.C.*

**WHITE & MCSPEDON, P.C.**
875 Avenue of the Americas, Suite 800
New York, NY 10001
(212) 564-6633
Attorneys for Defendant
*COVA CONCRETE CORP.*

**ALLYN & FORTUNA, LLP**
200 Madison Avenue, 5th Floor
New York, NY 10016-3903
Attorneys for Defendant
*ORANGE COUNTY SUPERIOR CONCRETE,*
*INC.*

**RABSKY GROUP, LLC**
39 Heyward Street
Brooklyn, NY 11249-7858

**OSCAR P. WALTERS**
228-27 Mentone Avenue
Laurelton, NY 11413-2930

**DEMERARA ENGINEERING, PLLC**
160 Pearl Street, 2nd Floor
New York, NY 10005

_____
Gail L. Ritzert, Esq.  (GR6120)
*Attorneys for Defendants*
SIMON DUSHINSKY, HSD
CONSTRUCTION, LLC, and THE GOLD
DEVELOPMENT & MANAGEMENT, LLC
114 Old Country Road, Suite 300
Mineola, New York 11501
P: (516) 620-1700
F: (516) 746-0833

01708571

HRRV File No.: 10310-0126