# Exhibit 1
# Part (2 of 2)

1     what kind of steel to put in if I decide

2     to use concrete, yes.

3         Q    Did Sharon do his plan before or

4     after you made your decision to go with the

5     poured concrete?

6             MR. POLISHOOK:  Objection to form.

7             THE WITNESS:  When we make our

8         decision, you make a decision and then you

9         make a plan.

10            MR. POLISHOOK:  I'm just going to ask

11        that the plans that the witness has

12        referred to be produced, and I will

13        reserve my right to further deposition

14        once I review them.

15            (Request for production.)

16            MR. JUDD:  We'll take that under

17        advisement.

18        Q    Had Sharon given anything in writing

19    before you made your decision to go with the

20    poured concrete?

21            MR. POLISHOOK:  Objection to form.

22            THE WITNESS:  No.

23        Q    Did you tell Sharon about your

24    decision to go with the poured concrete before

25    you hired Orange County Concrete?

1    A    You know, there was not a lot of
2  contracts with Orange County.  There was one
3  contract, they were supposed to do the walls,
4  the floor, the elevator.  There was one
5  contract.  There were not updates on the
6  contract.
7    Q    The question is this:
8  Did Sharon give you something in writing
9  before you signed the contract with Orange
10 County Concrete?
11         MR. POLISHOOK:  Object to form.
12         Anything in writing about that?
13         You can answer.
14         THE WITNESS:  I don't remember if I
15     signed before or -- what I know for sure
16     is that before the work started he had a
17     plan, Sharon.
18    Q    This plan that Sharon had, was that
19 given to Orange County Concrete?
20         MR. POLISHOOK:  Object to form.
21         THE WITNESS:  Yes.
22    Q    Had you worked with Orange County
23 before?
24    A    No.
25    Q    How did you hear about them?

1      A      I don't remember if he called by

2    himself or someone recommended him to me.   I

3    felt like I would work with somebody from, you

4    know, the community, but after this accident

5    happened I'm no longer working with him.

6              MS. HATCH:   I'm sorry, what was the

7         question?

8           (The question was read back.)

9              MS. HATCH:   Orange County?

10             MR. GALLIN:   Yeah.

11     Q      Before Orange County started work did

12    you have a signed contract with them?

13     A      I think yes.

14     Q      Before they started work had they

15    given you a bid, a price?

16     A      Yes.

17     Q      Had they been to the job site before

18    they gave you a price?

19     A      Yes.

20     Q      Did you meet them at the job site?

21     A      Yes.

22     Q      Now did you go over the work you

23    expected them to do at the job site before they

24    put in a bid?

25     A      Yes.

1   Q   And at that time you would have gone

2   over what areas you needed poured concrete in

3   the discussion of the elevators?

4   A   Yes.

5   Q   Did Sharon participate in any of your

6   conversations with Orange County Concrete?

7        MR. POLISHOOK:   Objection.

8        Are you asking was he present?

9        THE WITNESS:   All three of us

10   together, no.

11        MR. JUDD:   I just want to ask, I'm

12   not -- this is off the record.

13            (Off the record.)

14   Q   To your knowledge did Sharon ever

15   meet with anybody from Orange County Concrete

16   before the accident happened?

17   A   I don't know.

18   Q   Did you ever give Orange County any

19   specifications for the concrete pour of the

20   vertical walls before they did the work?

21        MR. POLISHOOK:   Object to the form.

22        THE WITNESS:   No.

23        MR. KULLER:   I'm sorry, could you

24   just please read that back.

25            (The question was read back.)

1   Q   Now before Orange County poured the

2  vertical walls had you gotten specifications

3  from Sharon?

4         MR. POLISHOOK:  Objection to form.

5         Are you asking about concrete pouring

6      or any specifications?

7         MR. GALLIN:  I think the question

8      referred to concrete poured for the

9      vertical walls, actually.

10        THE WITNESS:  Sharon gave me the

11     plan, I gave the plan to him, and from

12     that point on any kind of question, any

13     kind of problem that he had with the

14     specifications or with the plan he was

15     supposed to talk with Sharon.  I was not

16     involved.

17  Q   Who is him?

18  A   (Gesture.)

19  Q   Orange County Concrete?

20  A   Yes.

21  Q   I asked you before whether you gave

22  any specifications to Orange County Concrete,

23  and I thought I heard you say "no."

24  A   Yes.

25  Q   I'm, therefore, confused.

1      Did you give him plans or did you not give

2  him plans?

3          MR. POLISHOOK:  Object to form.

4          THE WITNESS:  You know, I gave the

5      plans, I gave the plans, but it seems to

6      be that there is -- if you're asking if I

7      gave details, specifications, I gave the

8      plans, but I never gave specific details

9      of any specifications.

10     Q    Did the plans have any specifications

11  in it in terms of use of steel rebars,

12  thickness of the concrete, use of forms, or

13  anything of that like?

14         MR. POLISHOOK:  Objection to form.

15      There is no foundation he has the

16      expertise to able to read plans, let alone

17      read English.

18      THE WITNESS:  The plan shows rebar,

19      the plan shows concrete.  In no place does

20      the plan show forms.

21     Q    So Sharon's plans did not show the

22  use of forms for the concrete pour?

23         MR. POLISHOOK:  Objection to form.

24      THE WITNESS:  That's what I

25      understand.

1     Q   Did you have an understanding that

2  the vertical concrete pour was going to require

3  the use of forms?

4     A   Yes.

5     Q   Who was supposed to supply the forms?

6     A   Orange County.

7     Q   When they did the vertical pour did

8  they actually use forms?

9     A   From the side of the building I'm

10  sure that yes, because I saw it.  From the side

11  of the wall of the neighbors I'm not sure.

12     Q   So on the inside wall of 50 they had

13  to use a form or else the concrete wouldn't

14  have stayed in place; correct?

15     A   Yes.

16     Q   Did they use the wall of 48 as the

17  back wall of their form?

18          MR. KULLER:  Objection.

19          MR. POLISHOOK:  I will object also.

20          THE WITNESS:  Okay, the question is

21     like that, do you want to know what the

22     facts were or do you want to know how

23     things were supposed to be.

24     Q   Both.

25     A   Yes, there were supposed to be forms.

1     Q    In actuality were the forms used?

2     A    From the neighbor side, no.

3     Q    And would you agree with me that was

4 a mistake?

5          MR. KULLER:  Objection.

6          MR. JUDD:  Object.

7          THE WITNESS:  I guess so, yeah.

8     Q    What is your understanding as to who

9 made the decision not to use the forms along

10 the neighbor's wall?

11          MR. POLISHOOK:  Object to form.

12          THE WITNESS:  Orange County.

13     Q    When did you find out that the forms

14 weren't used?

15     A    The day of the accident.

16     Q    How did you find out?

17     A    When I got up I saw it.  I mean, if

18 there was forms it wouldn't have happened.

19     Q    How did you find out that the

20 incident happened?

21     A    I had a worker that I personally

22 hired.  This worker was responsible for

23 inspecting everything that has to do with

24 safety, with cleanliness.  And this worker was

25 supposed to let me know if something is not,

1  you know, if something happened or if something

2  was not working.

3      Q    What's the worker's name?

4      A    Yossi, Y-O-S-S-I.

5      Q    Last name?

6      A    Vitrio, V-I-T-R-I-O.

7      Q    Was he Hasid?

8      A    Yes.

9      Q    He was there all of the time?

10      A    Yes.

11          MR. JUDD:  All of the time meaning?

12      Q    If the job site was open was he there

13  all of the time?

14      A    Yes.

15      Q    So he would have been there more than

16  you?

17      A    Yes.

18      Q    Was he supposed to watch the concrete

19  pour?

20      A    No.

21          MR. KULLER:  Is he still employed by

22      HSD?

23          THE WITNESS:  Yes.

24      Q    The forms that were --

25          MR. POLISHOOK:  Off the record.

1    (discussion off the record.)

2    Q    Was he employed by HSD at the time of

3    the incident?

4    A    Yes.

5    Q    The forms on the inside of 50 North,

6    did you see those forms?

7    A    Yes.

8    Q    Can you describe them?

9    A    Those, the forms were the right forms

10   that are used to pour concrete.  There was a

11   support, a horizontal support, and there was a

12   height support and a horizontal support and

13   they were built the right way.  Two by fours

14   and two by sixes support.

15   Q    Were these prefab forms or were these

16   forms that were built in place?

17   A    Those were the forms that were the

18   original forms, and if there was something

19   missing then we add on like a piece of

20   something if it was missing.

21   Q    Let me ask you again.

22   Did these forms come to the job site

23   already built, or did they have to be built in

24   place?

25   A    It comes in two by eight pieces and

1  then we connect them one to the other.

2      Q  When you say "we" who do you mean by

3  "we" connected them?  Who is the "we"?

4      A  The concrete guy.

5      Q  At any time did you see him putting

6  together the forms on the job site?

7      A  No, I mean, really, you know, I was

8  there, but I saw it standing.  You know, I came

9  there, I saw the whole wall was ready.  Ready,

10  you know, it's ready, it's not ready, I saw it

11  standing.

12      Q  The third floor wall, what was the

13  vertical height?

14      A  Ten-foot or ten-foot four.  All of

15  the floors were the same height.

16      Q  Was the concrete being poured in

17  sections or was the whole wall poured at once?

18      MR. POLISHOOK:  The day of the

19      incident?

20      MR. GALLIN:  Yeah.

21      MR. POLISHOOK:  Thanks.

22      A  When you look at the first and second

23  floor, you see that there was like this kind of

24  a sign that showed that it wasn't poured in at

25  once, that it was poured in not at once, like

1   in sections.  And it could that be that it was

2   done at the same date, but it wasn't done at

3   the same time, because you could tell there was

4   like a line on the wall.

5        Q    If you're pouring a ten-foot wall,

6   but you only pour five feet, wait for it to

7   set, and then pour the next five feet, are you

8   going to get a line between the first pour and

9   the second pour?

10       A    Okay, so the real question is, you

11  know, what are the rules in creating, you know,

12  a ten-foot wall of concrete, and I did not

13  study those rules.

14       The question that you are asking me, this

15  kind of information of how to build the

16  concrete and what to do and how the wall is

17  supposed to look like, that is the job of the

18  concrete guy.

19       I do know, though, from looking at other

20  buildings that when there is a line, that means

21  that it wasn't all poured at once.  But, again,

22  I did not study about these things.

23       Q    I wasn't asking you about the right

24  way or the wrong way, I'm just asking about

25  your observations.

1     A    So, you know, what I saw was that

2  there were signs and there was like this line

3  that showed that that wall was not formed at

4  once.  And on the second floor you could see

5  that they went -- there wasn't an option, they

6  went with a second option.

7     Q    What's the second option?

8     A    He said he didn't say "option," he

9  said when the collapse happened, it collapsed

10  right from the beginning.

11     Q    What do you mean right from the

12  beginning?

13     A    When the wall collapsed, it collapsed

14  from the first three feet.  He didn't have time

15  to pour more than that.

16     Q    So he only poured three feet of

17  concrete on the third floor vertically when the

18  wall collapsed?

19     A    Three or four feet, something like

20  that.

21     Q    Were you aware of the method that

22  Orange County was using to pour the concrete

23  wall before the accident happened?

24     A    No.

25     Q    Have you ever seen your answers to

1   interrogatories?  Have you ever seen your

2   company's answers to the interrogatories?

3        A    Did I see --

4        Q    Are you familiar with what the

5   answers are?

6        A    If there are any interrogation or any

7   questions to answer, I would be the person that

8   would be doing that.

9        Q    There is an allegation that a pump

10  was used to deliver the concrete which added

11  pressure.

12       A    So the usual way that it works is

13  that you don't pour the concrete directly from

14  two sides with the pressure.  You pour from one

15  side, and then you're supposed to let it go and

16  wait.

17       Q    Was something done differently on

18  this particular day?

19       A    On this wall, yes.

20       Q    Was what was done on this particular

21  wall different from what had been done on the

22  first floor or the second floor?

23       A    So from my understanding, when they

24  poured the concrete on the first and second

25  floor, they actually poured it on the floor.

1  And then with their hand, they put it into the

2  wall.  But on the third floor they poured it

3  directly into the wall.  And when the air

4  pressure was coming down they just continued to

5  use the pump to pour it.

6       Q    What is the basis for what you just

7  said, how do you have that understanding?

8       A    Well, when I got there I found that

9  the pump, the pipe, was inside of the wall.

10      Q    And that wasn't the way it had been

11  on the first or second floor?

12      A    No.

13           MR. JUDD:  You found that what pipe

14      was in the wall?

15           THE WITNESS:  The concrete pipe.

16           MR. JUDD:  The hose you mean?

17           THE WITNESS:  The pipe that comes in

18      from the pump.

19           MR. JUDD:  The hose?

20           MS. HATCH:  No, it's a boom.

21           THE WITNESS:  The hose that comes

22      from the pump.

23           MS. HATCH:  Can I have that series

24      read back.

25           (The record was read back.)

1    A    So there is another thing that was
2  used that I didn't know about, which is they,
3  someone told me that there was a machine on the
4  side, it was like a vibrating machine that they
5  used also to push in the concrete for support
6  and also so that the wall looks nice.
7    Q    Where were you when this incident
8  happened?
9    A    I was in the area.  I got there
10 before everybody else, before the fire
11 department.  I got there -- as soon as I heard,
12 I got there like in two or three minutes.
13   Q    Where you on the job site when the
14 incident happened?
15   A    Not at the exact moment of the
16 incident, but I was there right away.  And
17 right away I started seeing what I can do to
18 correct any damage that's possible.
19   Q    Did Yossi call you on your cell phone
20 to tell you to come over?
21   A    Yes.
22   Q    When you got to the building what did
23 you see?
24   A    When I came, I saw that the wall
25 collapsed and I saw that the concrete also

1    poured into the neighbor's apartment.  It

2    poured and the wall collapsed right by his bed.

3    It's like a really big, lucky thing that

4    nothing happened.  I helped the guy leave the

5    building, and I stayed there until like

6    4 o'clock in the morning.

7            Q    Do you know Mr. Moscowitz?

8            A    Yes.

9            Q    Did you know him before this

10   incident?

11           A    Yes.

12           Q    How did you know Mr. Moscowitz?

13           A    From the synagogue.

14           Q    Did you know he owned the building

15   next door?

16           A    When the accident happened, yes.

17           Q    But you had known him before that?

18           A    Yes.

19           Q    But until this accident you didn't

20   actually know that he owned the building?

21           A    Maybe I did, I don't remember.

22           Q    Did Mr. Moscowitz come to the scene?

23           A    Yes.  Yeah, but not so fast.  He

24   wasn't on fire to go there.

25           Q    I gather when he got there he wasn't

1  happy?

2      A    So this is what hurt me was that

3  Mr. Moscowitz didn't tell me that he's going to

4  have a claim.  Mr. Moscowitz told me to bring

5  the -- the Building Department came and he

6  asked me if I can please make sure to stay

7  there so that they will only evaluate the three

8  people and not all of the people from the

9  building.  If I knew that he was going to have

10 claim, then I wouldn't have stayed until

11 4 o'clock in the morning trying to work.

12      So I basically that night I worked with

13 like ten, or maybe even more people, you know,

14 to make sure that the building is safe.  I put

15 like one or two or three supporting posts.  And

16 the next morning he told me that actually he

17 doesn't need all of that, that he could have

18 paid $20,000 and have the work finished.  I put

19 in 80 beams, not two or three, 80 beams.

20      Q    You put in beams to support the wall

21 all the way down to the basement?

22      A    The Building Department was worried

23 that the wall was going to collapse on the

24 third floor and the first floor, so they told

25 me to put supporting beams on the second floor

1  and the third floor in the east building.

2       Q     In Moscowitz's building?

3       A     Yes.

4       Q     Tell me all of your conversations --

5  did you have any other conversations with

6  Mr. Moscowitz about this incident?

7       A     The minute he decided to change his

8  way, you know, I stopped him.  I did him a lot

9  of favors, but the second he decided that

10 decision I stopped him and I told him that I

11 don't want to know him.

12      Q     What decision -- to put in a claim?

13      A     Yes.

14      Q     A claim against you or a claim with

15 his own insurance company?

16      A     That doesn't matter.

17      Q     Did you have any conversations with

18 the Falcowitz's about what happened?

19      A     That day, yes.

20      Q     Can you tell me what was said?

21      A     You know, that day he seemed very

22 worried, scared.  He, you know, he also saw

23 that something happened, you know, that wasn't

24 supposed to happen.  So then we obviously

25 couldn't pay him because I am, you know, I have

1  mortgaged to the gills, I mean, I lost like

2  140, 150 thousand from this that I did not get

3  back.  But, you know, he did receive the money,

4  because the building has since been leased or

5  sold -- the bank sold it, and he has a lien on

6  the building.  But Gold also didn't get

7  anything back.

8       Q    How did you lose money as a result of

9  this?

10      A    You know, I use my money for things

11  like deposits or things like labor, you know.

12  And on the basis that I was thinking I'm going

13  to get the requisition from the bank and I'm

14  going to get my money back, but the requisition

15  never happened and I never got my money back.

16      Q    Did the bank foreclose on this

17  building?

18      A    Yes.

19      Q    Because of this incident work had to

20  stop on the building?

21      A    It stopped.

22      Q    Because it stopped the bank called in

23  its loan?

24           MR. POLISHOOK:  Object to form.

25           THE WITNESS:  Yes.

1           MR. JUDD: Can I just ask -- you

2     asked him if he spoke with the

3     Falcowitz's, but you didn't ask which.

4       Q    Which Falcowitz were you speaking

5 with?

6       A    This guy. I didn't know his father.

7 Joel.

8       Q    The younger one?

9       A    The younger one.

10      Q    Did you have any discussion with Joel

11 about what happened and why it happened?

12          MR. POLISHOOK: Object to form.

13          THE WITNESS: Like I said before, I

14     spoke to him that day. And that day he

15     felt that the accident happened because of

16     him. What happened the next day, I don't

17     know.

18      Q    Well, did he say why he felt the

19 accident was his fault?

20          MR. KULLER: Objection.

21          THE WITNESS: No, I don't remember.

22      Q    Did you ever have any conversations

23 with Sharon about what happened?

24      A    I called Sharon, Sharon arrived and

25 he was there with me until 2:00 in the morning.

1     Q    Did Sharon say anything?

2     A    You know, Sharon was supposed to stay

3 with me and give me instructions on how to

4 build the supporting beams in the other

5 building. There was nothing written, but

6 Sharon was standing next to me and was telling

7 me put this there, put that there.

8     Q    Did you ever discuss with Sharon how

9 the incident happened?

10    A    I know that Sharon gave a report, and

11 what's written there was what he thought

12 happened.

13    Q    Do you know what Sharon wrote?

14        MR. POLISHOOK: Object to form.

15        THE WITNESS: Not exactly.

16    Q    Did Sharon ever verbally tell you

17 what he thought?

18    A    No.

19    Q    When you got to the third floor and

20 you saw the hole in the wall could you see the

21 wooden form on the inside of the building?

22    A    If there was like wood from where?

23    Q    Did you see a form on the inside of

24 50, of your building?

25    A    The inside wall of the building, yes.

1   And I opened it.

2           MR. POLISHOOK:  Could you read back

3       the end of the answer.

4           (The answer was read back.)

5       Q    Did you see a form on the outside of

6   your building along the wall of Moscowitz's

7   building?

8       A    Over there there wasn't anything.

9   There wasn't a wall, it was just a hole.

10      Q    Did you see any remnants of a form on

11  that wall?

12      A    No.

13      Q    Was it clear based on your

14  observations that there, in fact, was no form

15  or support along the wall of Moscowitz's

16  building?

17          MR. JUDD:  Object to form.

18          MR. POLISHOOK:  Objection.

19          MR. JUDD:  Objection.

20          Just based on what he observed he can

21      answer.

22          THE WITNESS:  If there was, I would

23      have supposed to have seen it.  Otherwise

24      this whole accident wouldn't have

25      happened.

1  Q    So is it fair to say that based on

2  your observations you didn't see it?

3  A    I didn't see it.

4       MR. KULLER:  Objection.

5       MR. GALLIN:  Mr. Rabinowitz, I will

6  let you be tortured by somebody else.

7            (Recess.)

8  EXAMINATION

9  BY MR. POLISHOOK:

10      Q    Good afternoon, Mr. Rabinowitz.  I

11 think I introduced myself before off the

12 record, I'm Eric Polishook from Morgan Melhuish

13 Abrutyn.  I represent the defendant Sharon

14 Engineering.  I have some follow-up questions.

15      In the time since you've been the United

16 States, besides being self employed have you

17 ever been employed by anyone else?

18      A    No.

19      Q    And do you currently have any

20 professional licenses?

21      A    No.

22      Q    Have you ever had any professional

23 licenses in the United States?

24      A    No.

25      Q    So I assume you've never had a

1    professional license in engineering at all?

2             MR. JUDD:  Asked and answered.

3             THE WITNESS:  No.

4        Q    Do you have any professional licenses

5    in Israel?

6        A    No.

7        Q    Have you ever taken any classes in

8    structural engineering?

9        A    I read books, but I never went to

10   formal courses, no.

11       Q    Do you know offhand what books you

12   read?

13       A    No.

14       Q    Were these in English, Hebrew or

15   something else?

16       A    Hebrew.  It was in Israel.

17       Q    Just when I ask these questions or

18   any questions, I don't want you to tell me

19   about conversations you had with your lawyer,

20   they are confidential.

21       A    Okay.

22       Q    Did you review any documents in

23   preparation for this deposition?

24       A    No.

25       Q    Did you meet with anyone -- I don't

1  want to know about the conversations --

2  withdrawn.

3       Did you meet or speak with anyone besides

4  your lawyer in preparation for this deposition?

5       A    No.

6       Q    Did you review any answers to

7  interrogatories on behalf of HSD prior to this

8  deposition?

9       A    No.

10      Q    Did you speak to Mr. Dushinsky about

11 answers to interrogatories?

12      A    No.

13      Q    Was anyone from Gold Development on

14 site at the time of the incident?

15      A    That day, no.

16      Q    After anyone found out about the

17 incident was anyone from Gold Development later

18 that day on site?

19      A    Not that day, but they did come.

20      Q    I will get to the aftermath after.

21      Was anyone from Gold Development on site

22 during any time of concrete pouring at the

23 project?

24      A    No.

25      Q    What was Simon Dushinsky's role at

1   the construction project?

2       A    The same as mine.

3       Q    How often was he there prior to the

4   incident?

5       A    Not much.

6       Q    Was he ever there when concrete was

7   poured?

8       A    I don't know.

9       Q    Did he tell you -- withdrawn.

10      Did he ever tell you he witnessed the

11  concrete being poured?

12      A    So we make an initial decision

13  together, but in this work -- so, you know,

14  usually we make the decision together.  The

15  initial decision is made together.  This goes

16  for all of the projects.  And usually for the

17  projects -- and in this project I'm more of the

18  person that's on site and he is more of the

19  person that's in the office.  You know, so this

20  is the way it works between us.

21      Q    Is that the case --

22      A    He also goes outside.  He also goes

23  outside sometimes, he also is involved in the

24  building.  But most of the time I'm on site and

25  he is more of the office person.

1      Q     And that's the same on other

2    projects?

3      A     Yes.

4      Q     Is Mr. Dushinsky an engineer?

5      A     He has a license to be a contractor,

6    but he is not an engineer.  Nobody is an

7    engineer.  If we were engineers we wouldn't be

8    taking Sharon.

9      Q     Was Mr. Dushinsky on site at the time

10   of the incident?

11     A     He came that day, but he wasn't

12   really participating.  He came, we spoke, we

13   made some decision, and he continued on his

14   way.

15     Q     Well, I --

16           MR. JUDD:  Before or after?

17           MR. POLISHOOK:  You can tell him

18        this, I appreciate him providing

19        additional information.  If he could just

20        listen to my question, I'm looking for

21        very specific answers, and we're going to

22        try to go in order and make it easier.

23           THE WITNESS:  Okay.

24   BY MR. POLISHOOK:

25     Q     Do you know if Mr. Dushinsky --

1  withdrawn.

2       Was Mr. Dushinsky on site at the time of

3  the incident, the actual incident?

4            MR. JUDD:  I think he said before

5            that he didn't know if Mr. Dushinsky was

6            there when the concrete was poured.

7            MR. POLISHOOK:  Well, no, I think

8            that was prior times.  I'm asking that

9            actual day.

10      A    He arrived a half hour after I

11  arrived, so yes, he was there.

12      Q    But not until after the incident?

13      A    After.

14      Q    Was anyone on site for HSD at the

15  time of the incident besides Yossi Vitrio?

16      A    No.

17      Q    Did you personally keep a

18  construction log for this project?

19      A    The log of the building, could you --

20      Q    Did anyone from HSD keep a daily log

21  at the construction project as to who was on

22  site, what was being done, etcetera?

23      A    No.

24      Q    Does HSD maintain any records that

25  would reflect who was on site for HSD on a

1   particular day?

2       A    No.

3       Q    Does HSD maintain any records that

4   would -- withdrawn.

5       Does HSD maintain payroll records from May

6   and June 2009?

7       A    Yeah, there should be.

8            MR. JUDD:  You're talking about for

9       its own employees?

10           MR. POLISHOOK:  Yeah, for its own

11      employees.

12           MR. JUDD:  Okay.

13      Q    Would those records reflect which

14  employees were working at 50 North First

15  Street?

16      A    I don't know.

17           MR. POLISHOOK:  Well, we'll follow in

18      writing for any records that are relevant.

19           MR. JUDD:  Well, you could ask him

20      was anybody other than Yossi there.

21           MR. POLISHOOK:  Okay, fair enough.

22      A    You know, I never really, you know,

23  write on the payroll or write like, you know,

24  which -- you know, where does the worker get

25  the money.  I give them money every week.  Like

1    I don't write for which project, they work for

2    me already for a while.

3        Q    I'm going to ask you about the post

4    incident in a little while, but prior to the

5    incident were any HSD employees on site except

6    for you, Mr. Vitrio or Mr. Dushinsky?

7        A    I think not.

8        Q    Did you take any -- you've testified

9    about conversations you had with Orange County

10   with Sharon and others, did you take any

11   handwritten or typed notes of your own

12   regarding any of the conversations?

13       A    Nothing.

14       Q    Do you know if there were any

15   structural engineers at the project prior to

16   Demerara and Mr. Walters?

17       A    What I got from Gold, I got this.

18   What was before I don't know.  What happened

19   before, I don't know.

20       Q    Are you familiar with a Steve Kaplin?

21       A    No, I don't know.

22       Q    Are you familiar with a Ms. Shames,

23   and whether that person was an engineer at the

24   project?

25       A    No.

1      Q    You testified before that there was a
2   bank engineer on site.  Do you know who that
3   engineer was?
4      A    So the engineer from the bank never
5   showed up, because I was supposed to enter a
6   requisition before the engineer came from the
7   bank.  What happened was I came to the site,
8   the site there was no work, it was just stopped
9   working.  Then we decided to move forward.  I
10  had to go to the bank in order to approve me.
11  And after I was approved, I started working
12  there, I went to put in a requisition and
13  that's when everything stopped.
14          MR. KULLER:  Can I just jump in and
15      ask a quick question?
16          MR. POLISHOOK:  Sure.
17          MR. KULLER:  I know that you said,
18      Mr. Rabinowitz, that you believe that you
19      started at the construction project at
20      some time in 2009; correct?
21          THE WITNESS:  Something like that,
22      then I took out the permit in my name.
23          MR. KULLER:  And that would be the
24      permit to perform the construction work?
25          THE WITNESS:  Yes.

1          MR. KULLER:  Do you have an idea as

2     to an estimate as to when that would be,

3     was it January of 2009, February, March,

4     April, any type of estimate that could

5     give us an idea about the first time that

6     HSD started performing construction

7     services?

8          THE WITNESS:  Well, you can look at

9     the records of the Building Department,

10    that should state the exact date.

11         MR. JUDD:  He is asking if you

12    remember.

13         THE WITNESS:  No.

14  BY MR. POLISHOOK:

15    Q    Does HSD maintain copies of permits

16  or any filings from the Building Department?

17    A    Well, it's on the record.  I don't

18  hold it, because I can always look at it and

19  see it on the record.

20         MR. KULLER:  All right, then we'll

21    request production of all documents that

22    would identify the first date, first time

23    that HSD commenced working at the

24    construction project at 50 North First

25    Street.

1       (Request for production.)

2       MR. JUDD:  Well, he testified that he

3 doesn't know that he has such records.

4       MR. KULLER:  If they exist.

5       Do you have any idea in your own mind

6 about the first time that you commenced

7 work at this project, an estimate?

8       THE WITNESS:  Yeah, I mean, you know,

9 I already told you guys an estimate.

10 Besides that I really don't remember, you

11 know.  Since that building I already built

12 like -- you know, after that I already

13 built other buildings, you know.  So, I

14 mean, if it's in record that exists, then

15 it's there.

16       MR. KULLER:  I'm sorry, last

17 question.

18       MR. POLISHOOK:  That's fine.

19       MR. KULLER:  And who would have been

20 the applicant for the permit that you say

21 would identify the date that HSD

22 started -- was HSD the applicant for the

23 permit?

24       THE WITNESS:  I think so.

25       MR. KULLER:  Thanks.

1           MR. POLISHOOK:  No problem.

2    BY MR. POLISHOOK:

3        Q    Are you also known by Ben Rabinowitz,

4    does anyone call you Ben Rabinowitz?

5        A    No.

6        Q    Do you have a relative or is there

7    anyone else named Ben Rabinowitz who performed

8    services at this project?

9        A    No.

10       Q    Was Demerara the engineer that was --

11   well, let me withdraw that.

12       Did HSD retain Demerara or had a prior

13   contractor, prior entity retained Demerara?

14       A    When I got this project he was

15   already on board.  It could be that after I got

16   this project and we sat together, it could be

17   that he put my name in also.  I don't know.

18       Q    Just to give the witness a couple of

19   instructions.  Some of the questions may seem

20   obvious, because he was there.  I obviously

21   wasn't there, so I just have to ask him

22   questions as to what he knows, even if it

23   sounds like it's a simple or obvious answer.

24   And I do appreciate your time.

25       Did Orange County bid on the concrete

1   work?

2       A    I gave it to -- it was between him

3   and another contractor I wasn't sure which one

4   was cheaper, but I decided to give it to him.

5       Q    Do you know who the other contractor

6   that bid on this project was?

7       A    Nobli.  N-O-B-L-I.

8            THE INTERPRETER:  L or R?

9            THE WITNESS:  I don't know.

10      Q    Had HSD ever hired Nobli for a

11  project before this project?

12      A    Yes, many projects.

13      Q    And I think you said it before, but

14  just to clarify:  Had HSD ever used Orange

15  County before this project?

16      A    No.

17      Q    Has HSD used Orange County anytime

18  since this project?

19      A    No.

20      Q    Do you know how much Orange County

21  bid for the project?

22      A    No.

23      Q    Do you know how much --

24      A    I don't remember.

25      Q    -- Nobli bid for the project?

1     A   No.

2     Q   Were the bids written or oral, or

3 something else?

4     A   Even if it was, I don't have a

5 record.

6     Q   So you either never did or no longer

7 maintain any records for the bidding for the

8 concrete work; is that correct?

9     A   I usually don't hold records.  I will

10 hold contract of, you know, what I am doing and

11 what I am paid.  I don't have space for all of

12 that other stuff.

13     Q   Did you deal with the contracts of

14 the bidding, was it Mr. Dushinsky, a

15 combination or something else?

16          MR. JUDD:  Just object to the form.

17          THE WITNESS:  So usually what happens

18       is I settle on a price, and after that

19       Mr. Dushinsky goes over the contract and

20       makes sure that everything is there, and

21       then the secretaries go over the contract

22       as well to see that all of the insurance

23       is there and that they can start work.

24       And then I give final approval to start

25       work.  Without my final approval no work

1          gets started.

2     BY MR. POLISHOOK:

3          Q     Is that what happened in this case?

4          A     Yes.

5          Q     And on prior projects with Nobli, had

6     they involved any lawsuits thereafter?

7          A     Accidents?

8          Q     Yes.

9          A     I didn't have any.

10         Q     Do you know how much lower Orange

11    County's bid was than Nobli's as we sit here

12    today?

13         A     No, I don't know.

14         Q     It was definitely lower?

15         A     I don't remember.

16         Q     As we sit here today do you

17    specifically recall on what days or dates

18    concrete was poured prior to June 2, 2009 at

19    50 North First Street?

20         A     No.

21         Q     Does HSD have any records that would

22    reflect what dates the concrete was poured?

23         A     No.

24         Q     Did Orange County bill you for their

25    services?

1    A    Yeah, he wanted money for their
2  services.
3    Q    Did he submit a written bill either
4  before or after services were performed?
5    A    He sent a bill that he wants the
6  money and that he didn't get.  And that, ah --
7  and then he put a lien on the property.
8    Q    As of today has HSD paid Orange
9  County anything for services at the project?
10    A    Directly from HSD I think not.
11    Q    Has anyone paid Orange County for
12  services performed in this project that you are
13  aware of?
14    A    When the bank sold the building I
15  don't know if he got it from the bank directly
16  or from Gold, I wasn't involved.
17    Q    Do you know if there was any disputes
18  about payments to Orange County, like is Orange
19  County seeking any more money it wasn't paid?
20    A    I don't know.
21    Q    The reason I was asking, I had to ask
22  those questions, but did Orange County ever
23  submit any writings, either bills, invoice or
24  records reflecting the date or dates it poured
25  concrete?

1     A    So what happened was is that Orange

2  County put a lien on the property, which was

3  standing in the way of my requisition.  So I

4  asked them if it's possible for him to take

5  that lien out.  And at that point me and him

6  and Gold signed a document.  But as soon as he

7  took the lien off and the bank got involved,

8  the bank gave them the money and so I didn't

9  have --

10     MR. KULLER:  Let him correct his

11    answer.

12     A    So because the bank at that time did

13  not give a requisition, he took the lien.  And

14  when the bank sold the property, that's when he

15  got the money.

16     Q    Forgetting about that.  Did Orange

17  County ever provide HSD or Gold with any

18  documents stating the date or dates of concrete

19  pouring at the project?

20     A    No.

21     Q    We just need to have the whole

22  translation, because I need to make sure you

23  understood the question.

24     A    Okay.

25     Q    Are you aware of any videotapes

1    taken -- withdrawn.

2        Are you aware of any video taken of any of

3    the concrete pouring at the project?

4        A    No.

5        Q    Have you taken or have you seen any

6    photographs of 50 North First Street before

7    June 2nd, 2009?

8        A    I didn't.

9        Q    And you haven't seen any photos taken

10    of the property before the incident; right?

11        A    No.

12        Q    Were you ever present for any

13    communications between Oscar Walters or anyone

14    else from Demerara and Orange County in person?

15            MR. KULLER:  Objection.

16            THE WITNESS:  No.

17            MR. POLISHOOK:  What's the objection?

18            MR. KULLER:  He testified previously

19        that he never even met Oscar Walters, so

20        there's no way he could have been present

21        for any meeting between Oscar Walters and

22        Demerara.

23            MR. POLISHOOK:  I might have missed

24        that.  I didn't ask that question.

25

1  BY MR. POLISHOOK:

2       Q    Are you aware of whether prior to the

3  June 2, 2009 incident whether anyone from

4  Demerara spoke to anyone from Orange County

5  about the project?

6            MR. KULLER:  Objection.

7            THE WITNESS:  I don't know.

8       Q    Did you prepare any correspondence

9  while you were on the job, meaning write any

10 emails or fax or letters to anyone on the

11 project?

12      A    No.

13      Q    On prior jobs when you would work

14 with either Nobli or another concrete

15 contractor, how did those contractors know how

16 to pour concrete?

17           MR. JUDD:  Object to the form.

18           If you understand the question you

19      can answer.

20           THE WITNESS:  Again, I'm not involved

21      in these things.  Like I said before, you

22      know, I don't know the details, I don't

23      know what kind of rebar.  If you have a

24      question regarding how this is done, then

25      you should go and ask the engineer.  I'm

1      just not getting involved in this.

2      Q   Okay, well, just respectfully we are

3  here to ask questions about what you know.

4      What I'm asking is on prior jobs when you

5  worked with Nobli or other concrete

6  contractors, do you leave the means and methods

7  to the concrete contractor, meaning how they

8  would do their the work you left it to them?

9        MR. JUDD:  I object to the form.

10        And if you understand that, you can

11     answer.

12       THE WITNESS:  The thing that I know

13     for sure that the engineer, which is

14     Sharon or whoever the engineer is, goes to

15     check how the rebar was placed.  The way

16     that the concrete is formed, he is not

17     involved in.

18      Q   When you say he is not involved in

19  the way the concrete is formed, do you mean the

20  engineer is not involved?

21      A   The guy that comes from the engineer.

22  And if he has certain ways that he thinks

23  things should be done, then he tells it by

24  himself to the concrete guy.

25      Q   How many jobs before this job had HSD

 1    used Sharon's services, approximately?

 2         A    I don't know, but right now I'm

 3    working with them at seven places.

 4              MR. JUDD:  Can I just clarify

 5         something?

 6              He said just before the engineer

 7         tells the concrete guy how to do the work.

 8         Is that what he said?

 9              THE WITNESS:  He said he sends

10         somebody from the engineer, that somebody

11         comes in.

12              MR. POLISHOOK:  His testimony is what

13         his testimony is, but I don't -- I mean,

14         if you want to go back to the record and

15         see what he said.  I'm going to ask him

16         specifically for this project, because

17         that was in response to other projects.

18              MR. JUDD:  Okay.

19              MR. POLISHOOK:  If you want to read

20         back so you know what he said, I don't

21         want to guess.

22              MR. KULLER:  I have in my notes

23         engineer instructs concrete guy.

24              MR. POLISHOOK:  Well, that's not what

25         he said.

1          MS. HATCH:  That's what I have, too.

2          MR. POLISHOOK:  Okay.  Well, that's

3    not what he said.  Well, I mean, it wasn't

4    for this project, so I'm not -- well, let

5    me --

6          THE INTERPRETER:  Clarification, the

7    first time was engineer, and then we

8    talked about it the second time he said

9    that there was a guy that was sent by the

10   engineer.

11         MR. KULLER:  Representative of the

12   engineer?

13         THE WITNESS:  Exactly.

14         MR. POLISHOOK:  Okay, let me clarify,

15   because I don't think that's -- okay.

16         You know what, I have some other

17   questions I'm going to get to in this

18   case.  I'm going to just mark a couple of

19   things.

20         Just so people know, I'm marking the

21   Sharon contract, I'm marking a two-page

22   fax, and then I'm marking the other Sharon

23   document with the other writing, I'm

24   marking -- I will state for the record,

25   but if you want to take a look -- a letter

1    to the City and the letter to Simon

2    Dushinsky.

3    (Exhibits 2-4 marked for identification.)

4    Q    So I have a couple of questions

5    before the documents.

6    Is there any reason why since this

7    incident you have retained Sharon to work on at

8    least seven different projects, but you haven't

9    retained Orange County Superior Concrete again?

10    MR. JUDD:  Objection.

11    THE WITNESS:  Because I didn't see

12    here that the fault was of Sharon.

13    Q    So you blame this on Orange County

14    Superior Concrete, the June 2nd, 2009 incident?

15    A    That's what I think.

16    Q    Does Simon Dushinsky read and speak

17    English?

18    A    Yes.

19    Q    And is that why his name is on

20    documents, he signed documents on behalf of the

21    company?

22    A    As I stated before, everything that

23    has to do with documents in the office, he is

24    the guy, because he understands and he reads

25    and I don't.

1       Q      And is it just he understands the

2    language or he has more technical experience,

3    or both or something else?

4            MR. JUDD:  Object to the form.

5            You can answer.

6            THE WITNESS:  I don't understand.

7       Q      Well, is the reason he deals with

8    things in the office and deals with written

9    documents primarily because he reads English

10   and you don't?

11      A      Yeah, that's one of --

12           MR. JUDD:  Asked and answered.

13           THE WITNESS:  That's one of the

14      reasons, yeah.

15      Q      Are there any other reasons?

16      A      He is a very good partner.

17      Q      Good.  I'm going to show you what's

18   been marked as Rabinowitz 2, dated today,

19   8/9/2012.  It's a two-page proposal executed by

20   Mr. Dushinsky on June 9, 2009.

21      It was exchanged in Sharon's document

22   production, I'm marking a non-Bates stamped

23   copy.  I apologize.

24      Are you able to read any of this document?

25   And I mean the typewritten portions first.

1     A    I see there is the name of Sharon

2    Engineering, and I see other there that there

3    is a signature of Dushinsky.  And I also see

4    that there is a correction on the price.

5     Q    Is that because though you can't read

6    English you can recognize some names and

7    signatures; is that fair to say?

8     A    A little bit I read, but I don't --

9         MR. JUDD:  Either you understand it

10    or you don't.

11    A    No, no.

12     Q    Have you ever seen this document or a

13    copy of it before today?  I don't want you to

14    guess.

15     A    I heard about it.

16     Q    Did Mr. Dushinsky speak to you about

17    this document?

18     A    I know that I spoke with Sharon about

19    putting them on board.  And then when this

20    thing worked out, then we started work.

21     Q    Is that Mr. Dushinsky's signature?

22         MR. JUDD:  Asked and answered.

23    THE WITNESS:  Yes.

24         MR. POLISHOOK:  I'm sorry, I know I

25    asked that.

1     Q    Is that dated June 9, 2009?

2     A    That's what it says.

3     Q    The second page, the signature by

4  Mr. Dushinsky, that's dated June 9, 2009;

5  right?

6     A    Yes.

7     Q    Any dates before April -- withdrawn.

8     As we sit here today, beside the date of

9  the incident can you tell me what date or dates

10  you saw Ronen Sharon at 50 North First Street?

11     A    I can't tell you dates.

12     MR. JUDD:  Yeah, I believe he had

13     already testified that he didn't know.

14     Q    Do you have any records that would

15  refresh your recollection as to any date or

16  dates you physically saw Ronen Sharon at the

17  project prior to June 2nd, 2009, if any?

18     A    No.

19     Q    Mr. Sharon's letter references

20  structural plans dated August 21st, 2007 by

21  Demerara.

22     Did you ever see these plans that

23  Mr. Sharon is referring to?

24     A    Those are the plans that were before.

25     Q    Did you see those plans?

1        A    I think so.

2        Q    And do you have any experience

3   specifically reviewing structural plans?

4        A    I don't have a license on it, but

5   when I look at the plan, like.

6        Q    Do you know for what purpose you

7   looked at the Demerara plans?

8        A    Yeah, I didn't need to look at it.  I

9   guess Sharon needed to look at it to tell me to

10  see how the building can be built.

11            MR. GALLIN:  Go back and read two

12        answers -- not the last answer, the answer

13        before that.

14            MR. KULLER:  Read the question, too,

15        please.

16            (The record was read back.)

17            MR. GALLIN:  There's no answer.

18            MR. POLISHOOK:  I'll clean that up.

19  BY MR. POLISHOOK:

20       Q    You testified a couple of questions

21  ago that you don't have any training, but you

22  have reviewed plans.

23       My question is:  Can you review plans if

24  you can't read English?

25            MR. JUDD:  Object to form.

1          THE WITNESS:  There is like two

2      points to that question.

3          The plan itself, you know, it shows

4      you like how many inches, what kind of

5      steel, how thick the steel is.  But the

6      details of actually, you know, the stuff

7      that you need to read, I sit with

8      Mr. Dushinsky and Mr. Dushinsky explains

9      how, you know, what it is.

10     Q    Have you had any formal training in

11 reviewing structural plans?

12         MR. JUDD:  That was also asked and

13     answered I believe early on.

14     A    No.

15     Q    Does Mr. Dushinsky have any formal

16 training reviewing structural plans?

17     A    No.

18     Q    Do you utilize Mr. Dushinsky's

19 assistance in reading any English letters and

20 words that are on the plans for any other

21 purpose or both?

22     A    If I need to understand something I

23 ask him and he explains.

24     Q    Is that for a language purpose, for a

25 technical purpose, or something else?

1     A    What I don't understand I go through

2    it with him.

3     Q    What I was trying to say is, or ask,

4    is what does he assist you with -- does he

5    assist you with because he can read English,

6    does he assist you because he has greater

7    technical expertise, both or something else?

8     A    You know, there is incidents and

9    there are incidents, and sometimes, you know,

10    there is two opinions, there is two, and we

11    need to like discuss both of what we're

12    thinking together so that we can come to the

13    right decision.

14         MR. KULLER:  Can I ask question?

15         MR. POLISHOOK:  Just let me just

16      finish that.

17     Q    In Mr. Sharon's -- in the document

18    marked as Rabinowitz 2, Mr. Sharon writes or

19    there is writing that there are many mistakes

20    in the drawings, I believe referring to

21    Demerara drawings.

22    Did Mr. Sharon ever point out specifically

23    what mistakes there were in the Demerara

24    drawings?

25         MR. JUDD:  To whom?

1        MR. POLISHOOK:  To him.

2        A    So there was mistakes that Sharon saw

3    immediately, and he told me to fix those things

4    immediately.

5        And then there were other mistakes that

6    the Building Department saw, and he had to also

7    see how to fix those mistakes that were already

8    made for stage two.

9        Q    As you sit here today can you tell us

10   what any of those mistakes were by Demerara?

11       A    So most of the mistakes of Demerara

12   were on the porches, because usually the

13   porches stick on the outside, through the

14   outside.  But in the case of this case, there

15   was -- the beam, as much as it went out it went

16   double inside.

17       MR. POLISHOOK:  Off the record.

18       (Discussion off the record.)

19       MR. POLISHOOK:  Back on the record.

20   BY MR. POLISHOOK:

21       Q    And page 2 of Rabinowitz 2, beside

22   the signatures there is some handwriting

23   underneath the prices, do you know whose

24   handwriting that is?

25       A    I think it's from Mr. Dushinsky.

1    Q    Are you aware of any other proposals

2  besides this document from Mr. Sharon that are

3  for this project that were signed by either

4  Mr. Dushinsky, yourself or anyone else on

5  behalf of HSD?

6    A    The person that was working at that

7  time was the plumber, the carpenter and the

8  concrete guy.

9    Q    What I want to know is did Mr. Sharon

10  issue any other proposals to HSD?

11    A    For this project?

12    Q    For this project.

13    A    I think not.

14    Q    The last paragraph where it says,

15  "When executed this proposal will be the full

16  and complete agreement between Mr. Simon

17  Dushinsky and Sharon Engineering PC for work in

18  connection with the project, and supercedes all

19  prior negotiations, representations or

20  agreements either oral or written," do you

21  believe this is the only contract between

22  Sharon and HSD or Mr. Dushinsky or yourself in

23  this matter?

24            MR. KULLER:  Objection.

25            THE WITNESS:  You know, I don't know

1          about anything else.

2          Q    Are you aware of any other contracts

3    for this project between Mr. Sharon and any

4    other party -- withdrawn.

5          Are you aware of any other contracts for

6    this project between Sharon Engineering and any

7    other company or entity for the project?

8                MS. HATCH:  Can you specify written

9          contracts for that?

10                MR. POLISHOOK:  I'm asking any

11          contracts.

12          A    No.

13          Q    Did you ever write to Mr. Sharon

14    regarding this project?

15          A    No.

16          Q    Was anyone else from Sharon

17    Engineering besides Ronen Sharon ever on the

18    project when you were there, that you observed?

19          A    I met with Sharon here three times.

20          Q    When you say "here" what's here?

21          A    On this project.  Like even today,

22    I'm just on phone with him, you know.  I never

23    do anything in writing.  Nothing in writing.

24          Q    What I'm asking about is did you ever

25    see anyone else from Sharon Engineering besides

1    Ronen Sharon at the job site?

2         A    Not me.

3         Q    Did you speak to anyone else from

4    Sharon Engineering besides Ronen Sharon about

5    the project?

6         A    No.

7              MR. POLISHOOK:  That's where I'm done

8         before my next line of questioning.  I

9         know Brett wanted to follow up on

10        something.

11             MR. KULLER:  I just wanted to follow

12        up on the drawings.

13   BY MR. KULLER:

14        Q    Am I correct, Mr. Rabinowitz, that

15   when you look at a drawing for a construction

16   project that you can generally understand

17   what's contained in the drawing?

18             MR. POLISHOOK:  I'm going to object

19        to form.

20             MR. JUDD:  I'm going to object to

21        form, also.

22             THE WITNESS:  I would like to state

23        again what I said before.  I can

24        understand when it explains that -- when

25        there is a drawing of the thickness of the

1        concrete, I can understand when there's

2        numbers for the rebar.  But if there is

3        something that's written in the details

4        written in English, no.

5    BY MR. POLISHOOK:

6        Q     Okay, one more question.  If I asked

7    it before, I do apologize, but do you have any

8    experience preparing structural drawings?

9        A     What do you mean to prepare?

10        Q     To actually physically draft the

11    drawings and specifications.

12        A     No, but I can explain to Sharon if I

13    have a problem, and he understand what my

14    problem is.

15        MR. POLISHOOK:  Move to strike the

16        portion that's nonresponsive.

17        Let's just go off the record for two

18        seconds.

19        MR. KULLER:  I have like one or two

20        follow ups.

21    BY MR. KULLER:

22        Q     And then if you don't understand

23    what's contained in a drawing and you need to

24    understand, then you either seek the help of

25    Dushinsky or an engineer for the project; is

1    that correct?

2              MR. POLISHOOK:  Objection to form.

3              THE WITNESS:  You know, if there is a

4        question like, for example, about the

5        steel itself, I go to Sharon.  But if

6        there is just a question about the English

7        that's written down, then I go to

8        Mr. Dushinsky.

9    BY MR. KULLER:

10       Q    Okay, so if it's something technical

11   you go to the design professional, if it's just

12   simply reading English then you go to

13   Dushinsky; correct?

14             MR. POLISHOOK:  Object to form.

15             THE WITNESS:  Correct.

16             MR. KULLER:  Thank you very much.

17             MR. POLISHOOK:  Go off the record for

18       a second.

19             (Discussion off the record.)

20             MR. KULLER:  Put it on the record.

21             MR. GALLIN:  Put it on the record, go

22       ahead.  It's 4:10, I've got to get my car

23       out of the lot in Newark, there's traffic,

24       I've got a dog that's been sitting home

25       and I'm not going to continue so the dog

1  starts pissing on the floor, end of story.

2      MR. KULLER:  And my position is

3  that -- we haven't even started our

4  questioning, it's our position, obviously,

5  that the deposition remains open and that,

6  you know, a mutually convenient time and

7  place should be set to finish the

8  deposition.

9      MR. POLISHOOK:  My position is that

10  we're willing to proceed, but we're going

11  consent to Mr. Gallin's request.

12      And also what I was going to put on

13  the record was we'll follow-up with

14  everything in writing, but Mr. Rabinowitz

15  did testify as to certain plans or

16  specifications.  I don't believe they have

17  been provided as to what he's talking

18  about.

19      So I think the most realistic helpful

20  way so we don't have to bring him up a

21  second time and equitable to all

22  parties --

23      .MR. GALLIN:  You mean bring him back

24  a third time.

25      MR. POLISHOOK:  -- a third time,

1    would be us being able to see what he's

2    referring to before we question him.  And

3    I think that would be the most helpful.

4         I will consent to Mr. Gallin's

5    request.

6         MR. GALLIN:  And in particular, the

7    particular testimony today was that

8    Mr. Rabinowitz saw plans which indicated

9    that you can pour the walls with concrete.

10        The only plans I have ever seen for

11    this building were for a concrete block

12    wall.  And if he's got plans --

13        You got to remember, this law firm

14    not only represents Mr. Rabinowitz and

15    HSB, they've also put in an appearance for

16    Gold.  There have got to be other plans.

17    We have been looking for them, there

18    should be a job file.  None of this stuff

19    has ever been produced.  If he's got plans

20    which show that a concrete wall was

21    approved by the Building Department before

22    this was done, put them on the table

23    before he comes back.

24        MR. POLISHOOK:  By the way, he -- off

25    the record.

1          (Discussion off the record.)

2          MR. JUDD:  I just want to say that I

3     produced Mr. Rabinowitz today for the

4     entire day, and I'm ready to stay here as

5     long as it takes to complete his

6     deposition, and I object to bringing him

7     back on a subsequent day.

8          MR. KULLER:  Okay, then I also have

9     to say that I also would sit here as long

10    as necessary to continue the deposition,

11    but since counsel for plaintiff has

12    indicated that he has to leave, you know,

13    it is 4:15.

14         And I will also say that I'm not sure

15    exactly what time we started, but I don't

16    believe we started until around

17    11 o'clock, but --

18         MR. POLISHOOK:  I got here at 9:45

19    for a 10:00, and I'm not saying it's

20    anyone's fault, but it didn't start until

21    about 11:00 eleven because the witness

22    wasn't available.

23         MS. HATCH:  I don't think anybody has

24    asked either the court reporter or the

25    interpreter whether they can stay here

1    until 9:00 at night, and I think it's

2    going to take us until then to finish this

3    deposition, so I mean, I would think that

4    what they have to say is extremely

5    important.

6         MR. KULLER:  I would also would just

7    like to get on the record are you going to

8    voluntarily produce Mr. Rabinowitz to

9    finish the deposition?  Because if not,

10   we'll make the --

11        MR. JUDD:  We're going to object to

12   it.

13        MR. KULLER:  Okay, well, then we'll

14   all have to make a joint application to

15   the court to finish the deposition.

16        MR. GALLIN:  I assume you have

17   several hours worth of questioning.

18        MR. KULLER:  Several hours worth of

19   questioning.

20        MR. GALLIN:  We're not finishing this

21   deposition before 7:00 or 8:00 at night.

22        MS. HATCH:  Off the record.

23        (Discussion off the record.)

24        MR. POLISHOOK:  I just want to put on

25   record that Mr. Gallin has just left, so

1        I'm not comfortable proceeding without

2    Mr. Gallin here.

3            MR. KULLER:  I agree it's not

4    appropriate to proceed without all

5    attorneys present.  So our position is the

6    deposition is open and hopefully we can

7    find a mutually convenient time and place

8    to finish it.

9    (The deposition was concluded at 4:19 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ACKNOWLEDGMENT OF DEPONENT

I, _____,
do hereby certify that I have read the
foregoing transcript of my testimony taken on
_____, 2012, and have signed it subject
to the following changes:

PAGE LINE        CHANGE                    REASON

_____

Sworn and subscribed to before me on this

_____ day of _____, 2012.

1                    C E R T I F I C A T E

2

3      I, PATRICIA A. SANDS, a Shorthand Reporter

4  and Notary Public of the States of New York and

5  New Jersey, do hereby certify that prior to the

6  commencement of the examination the witness was

7  sworn by me to testify the truth, the whole

8  truth and nothing but the truth.

9

10     I do further certify that the foregoing is

11  a true and accurate transcript of the testimony

12  as taken stenographically by and before me at

13  the time, place, and on the date hereinbefore

14  set forth.

15

16     I do further certify that I am neither of

17  counsel nor attorney for any party in this

18  action, and that I am not interested in the

19  event nor outcome of this litigation.

20

21

22  _____

23  New York Certificate No.:  01SA4974309

24  New Jersey Certificate No.:  2109345

25

| & |
|---|
| **&** 1:10,20 2:3,7 3:3 |

| 0 |
|---|
| **01sa4974309** 137:23 |
| **07039-1673** 2:12 |

| 1 |
|---|
| **1** 4:12 34:10 |
| **100** 10:19 |
| **10001** 2:8,16 |
| **10018** 3:4 |
| **10123** 2:4 |
| **106** 4:18 |
| **1065** 1:20˙3:3 |
| **10:00** 133:19 |
| **11** 1:2 6:2 133:17 |
| **118** 4:13,14,15 |
| **11:00** 133:21 |
| **11:04** 1:23 |
| **140** 92:2 |
| **1400** 2:3 |
| **15** 23:9 |
| **150** 92:2 |
| **18** 7:2 9:14,18 ˷ |
| **1961** 7:2 |
| **1980s** 22:3 |
| **1990s** 22:3 |
| **1:02** 67:4 |
| **1:54** 67:4 |

| 2 |
|---|
| **2** 4:13 110:18 114:3 |
| 119:18 124:18 |
| 125:21,21 |
| **2-4** 118:3 |
| **20** 7:11 23:9 |
| **20,000** 90:18 |
| **200** 2:11 |
| **2000s** 22:3 |
| **2007** 121:20 |
| **2009** 25:19,24 70:25 |
| 102:6 104:20 105:3 |
| 110:18 113:7 114:3 |
| 118:14 119:20 |
| 121:1,4,17 |

| 2012 | 1:23 136:5,22 |
|---|---|
| **2109345** 137:24 |
| **212** 2:5,9 3:6 |
| **21st** 121:20 |
| **22** 4:18 |
| **237** 2:15 |
| **25** 8:10 |
| **2:00** 93:25 |
| **2nd** 113:7 118:14 |
| 121:17 |

| 3 |
|---|
| **3** 4:14 |
| **34** 4:12 |
| **3427** 1:2 |
| **35th** 2:15 |

| 4 |
|---|
| **4** 4:15 89:6 90:11 |
| **450** 2:3 |
| **46** 4:18 |
| **473-7592** 2:18 |
| **48** 26:1 30:16,19 |
| 31:5,19 35:8,13 |
| 55:17 56:15 67:19 |
| 69:17 79:16 |
| **488-1598** 3:6 |
| **4:10** 130:22 |
| **4:15** 133:13 |
| **4:19** 135:9 |
| **4th** 2:15 |

| 5 |
|---|
| **50** 24:24 25:9,12 |
| 26:3 28:11 30:14,23 |
| 30:25 31:4,18 32:10 |
| 33:3 67:19 69:16 |
| 79:12 82:5 94:24 |
| 102:14 105:24 |
| 110:19 113:6 |
| 121:10 |
| **52** 4:18 |
| **564-6633** 2:9 |

| 6 |
|---|
| **6** 4:5 |
| **646** 2:18 |
| **651** 2:11 |

| 7 |
|---|
| **73** 4:18 |
| **7:00** 134:21 |

| 8 |
|---|
| **8/9/2012** 119:19 |
| **80** 90:19,19 |
| **800** 3:3 |
| **875** 2:7 |
| **8:00** 134:21 |

| 9 |
|---|
| **9** 1:23 119:20 121:1 |
| 121:4 |
| **947-1999** 2:5 |
| **96** 4:6 |
| **973** 2:13 |
| **994-2500** 2:13 |
| **9:00** 134:1 |

| a |
|---|
| **able** 78:16 119:24 |
| 132:1 |
| **abrams** 2:15 |
| **abrutyn** 2:11 96:13 |
| **accident** 46:24 47:2 |
| 47:17 49:18,22 |
| 54:21 55:3,8,10,11 |
| 60:3 62:21 75:4 |
| 76:16 80:15 85:23 |
| 89:16,19 93:15,19 |
| 95:24 |
| **accidents** 110:7 |
| **accurate** 137:11 |
| **acknowledgment** |
| 136:1 |
| **action** 30:6 137:18 |
| **activities** 31:18 |
| **actual** 64:3 70:9 |
| 101:3,9 |
| **actuality** 80:1 |

| **adam** 63:2 |
|---|
| **add** 82:19 |
| **added** 86:10 |
| **additional** 100:19 |
| **address** 7:23 |
| **adjacent** 55:25 |
| **adjoining** 55:25 |
| **advice** 44:10,15 |
| **advisement** 22:15 |
| 73:17 |
| **affirmed** 6:3,3 |
| **aftermath** 98:20 |
| **afternoon** 96:10 |
| **ago** 7:9 122:21 |
| **agree** 31:3 48:9 80:3 |
| 135:3 |
| **agreed** 5:4,9,13 |
| **agreement** 25:13 |
| 126:16 |
| **agreements** 126:20 |
| **ah** 111:6 |
| **ahead** 11:23 14:18 |
| 45:20 47:13 54:9 |
| 130:22 |
| **air** 65:24 66:17 87:3 |
| **allegation** 86:9 |
| **american** 7:7 |
| **americas** 1:21 2:7 |
| 3:3 |
| **amount** 38:25 69:22 |
| 69:24 |
| **answer** 6:24 12:6,11 |
| 12:12,25 13:1 14:18 |
| 17:2 21:22 24:4,9 |
| 27:7,12 28:16 30:10 |
| 30:12 31:8 33:24 |
| 34:14 36:13,14,15 |
| 39:25 42:25 44:24 |
| 45:18 47:15,16 |
| 49:11 50:12,19,23 |
| 57:14,15 66:15 |
| 72:18,19 74:13 86:7 |
| 95:3,4,21 107:23 |
| 112:11 114:19 |
| 115:11 119:5 |

122:12,12,17
**answered** 22:22
32:7 72:1 97:2
119:12 120:22
123:13
**answering** 6:17
27:10 50:20
**answers** 85:25 86:2
86:5 98:6,11 100:21
122:12
**anybody** 39:18
76:15 102:20
133:23
**anyone's** 133:20
**anytime** 108:17
**apartment** 89:1
**apologize** 119:23
129:7
**appearance** 132:15
**appears** 57:23
**appilcant** 106:20,22
**application** 134:14
**appreciate** 100:18
107:24
**appropriate** 135:4
**approval** 41:10 49:6
49:17 109:24,25
**approve** 104:10
**approved** 42:5
46:21 47:3 49:15
104:11 132:21
**approximately**
116:1
**april** 105:4 121:7
**arabs** 23:16
**architect** 41:15 42:1
42:23 43:2 47:24
48:11,19,24
**architect's** 49:25
**area** 88:9
**areas** 76:2
**argue** 45:13
**arrange** 38:18
**arranging** 32:24

**arrived** 93:24
101:10,11
**asked** 9:19 19:19
27:14,16 32:7 42:25
45:10 47:8 54:8
68:1 77:21 90:6
93:2 97:2 112:4
119:12 120:22,25
123:12 129:6
133:24
**asking** 12:3 27:12
29:20,20 30:6 33:12
39:13,15 41:18 55:9
76:8 77:5 78:6
84:14,23,24 101:8
105:11 111:21
115:4 127:10,24
**assist** 124:4,5,6
**assistance** 123:19
**associated** 40:5
**assume** 55:20 57:24
96:25 134:16
**attorney** 137:17
**attorney's** 62:15
**attorneys** 5:5 135:5
**august** 1:23 121:20
**available** 133:22
**avenue** 1:20 2:3,7
2:11 3:3
**aware** 85:21 111:13
112:25 113:2 114:2
126:1 127:2,5

**b**

**b** 4:8 6:1 108:7
**back** 7:12 12:5,11
12:12,24,25 21:22
26:11,12,14 33:23
33:24 36:12,15 38:3
38:4 39:22,23 47:7
47:11 50:14 57:13
57:15 72:17,19 75:8
76:24,25 79:17
87:24,25 92:3,7,14
92:15 95:2,4 116:14

116:20 122:11,16
125:19 131:23
132:23 133:7
**bad** 28:12
**bank** 32:21 39:6,7
92:5,13,16,22 104:2
104:4,7,10 111:14
111:15 112:7,8,12
112:14
**based** 32:3 47:2
95:13,20 96:1
**basement** 18:19,21
90:21
**basically** 15:9 26:14
90:12
**basis** 50:5 61:12
87:6 92:12
**bates** 119:22
**beam** 125:15
**beams** 90:19,19,20
90:25 94:4
**bed** 89:2
**beginning** 62:25
85:10,12
**behalf** 98:7 118:20
126:5
**believe** 32:17 72:20
104:18 121:12
123:13 124:20
126:21 131:16
133:16
**bella** 3:12
**belonged** 57:19 58:5
**ben** 107:3,4,7
**bergson** 2:15
**best** 69:5 71:16
72:14
**bid** 75:15,24 107:25
108:6,21,25 110:11
**bidding** 109:7,14
**bids** 109:2
**big** 10:22 65:8 89:3
**bill** 110:24 111:3,5
**bills** 111:23

**birth** 7:1
**bissle** 6:15
**bit** 54:10 120:8
**blame** 118:13
**block** 11:20 12:9
13:3,8 15:2,6,11
17:23 18:22 67:22
68:24,24 132:11
**blocks** 12:1,14,18
18:24 45:2,4 69:10
69:11 71:7
**board** 107:15
120:19
**books** 97:9,11
**boom** 87:20
**born** 7:3
**break** 67:2
**brett** 2:16 128:9
**brick** 18:16 70:14
**bricks** 70:13
**bring** 90:4 131:20
131:23
**bringing** 133:6
**brings** 65:11,13,24
**broke** 31:5
**broken** 30:9
**brooklyn** 16:19,22
20:22,25 21:2
**build** 11:14 15:14
20:9 23:2,3,7 59:15
68:22 69:19 70:1
84:15 94:4
**building** 10:17 11:5
11:9,9,17 12:7,14
12:15,18,18 13:2
14:25 16:7,19,21
17:1,4,5,21,22 18:7
18:10,14 21:1 22:23
22:25 23:14 24:20
24:20,24 25:9,11,18
25:20,21,25 26:3,3
26:6,9,11,12,13,13
26:15,16,17,21,23
26:23,25 27:1,3,19
28:3,4,5,13,25

29:14,14,16 36:9,10
36:17,19 37:5 40:14
40:16 41:2,6,9,11
41:24 42:1,12 45:24
46:21 49:5,17 59:19
60:19 62:1,12 66:24
68:20 69:20,21,23
70:1,5,10,16,19
71:12 72:11 79:9
88:22 89:5,14,20
90:5,9,14,22 91:1,2
92:4,6,17,20 94:5
94:21,24,25 95:6,7
95:16 99:24 101:19
105:9,16 106:11
111:14 122:10
125:6 132:11,21
**buildings**  10:18
11:25 12:3,13 18:13
23:5,7,14 26:12,20
37:23 40:14 84:20
106:13
**built**  13:7 17:16
22:22 26:14 36:17
37:23 70:2 82:13,16
82:23,23 106:11,13
122:10
**business**  9:9,11,18

**c**

**c**  2:1 3:1 6:1 137:1,1
**call**  44:21 46:8
88:19 107:4
**called**  75:1 92:22
93:24
**car**  130:22
**card**  7:10
**care**  55:23
**carpenter**  126:7
**carpenters**  20:9
**case**  52:10 54:21
58:1 99:21 110:3
117:18 125:14,14
**ceiling**  59:13

**cell**  88:19
**cement**  11:15,17,20
12:1,14,19 13:3,5,7
13:7 16:13 17:23
18:2,19,21,22,23,25
19:23 28:2,3,9
67:22 71:6
**certain**  14:11 55:7
69:22,24 115:22
131:15
**certificate**  137:23
137:24
**certify**  136:3 137:5
137:10,16
**change**  17:3 91:7
136:7
**changes**  136:6
**changing**  37:5
**cheaper**  108:4
**check**  23:22 39:6,7,8
39:14,15,18 57:9
115:15
**checked**  57:11
**checking**  40:3
**checks**  39:5
**cinderblocks**  69:9
**citizenship**  7:5,6,8,9
**city**  118:1
**claim**  24:17,18 90:4
90:10 91:12,14,14
**clarification**  117:6
**clarify**  52:23 108:14
116:4 117:14
**classes**  97:7
**clean**  122:18
**cleanliness**  80:24
**clear**  22:21 40:19
95:13
**closed**  52:1
**collapse**  85:9 90:23
**collapsed**  28:9 85:9
85:13,13,18 88:25
89:2
**college**  8:16

**colleges**  8:19
**combination**  11:21
109:15
**come**  20:10,14 39:14
56:23 82:22 88:20
89:22 98:19 124:12
**comes**  39:6 82:25
87:17,21 115:21
116:11 132:23
**comfortable**  135:1
**coming**  23:22 62:10
87:4
**commenced**  105:23
106:6
**commencement**
137:6
**commencing**  1:23
**communicated**
45:12
**communications**
113:13
**community**  75:4
**companies**  9:13
33:2 34:2 37:24
53:7 54:18
**company**  1:3 8:22
8:23 10:13 21:12
28:2 34:5 37:15
38:6 39:18 42:16
54:22 55:12 91:15
118:21 127:7
**company's**  35:25
36:5 86:2
**complete**  126:16
133:5
**compound**  29:24
**concerned**  61:11
**concerning**  44:16
51:4
**concluded**  135:9
**concrete**  1:7,8 2:17
11:19 13:8,9,10,11
13:19,21 14:1,4,9
14:12 15:8,10 16:8
16:16,18 17:18,20

19:7,22,24 20:3,12
20:14 23:18,24
26:14,15 28:7 29:14
30:15,19,22 31:3
35:12 36:25 40:15
42:4 43:9,16,24
44:2,6,12,16,20,22
45:4,5,6,23 46:2,10
47:17,25 48:1,4,4
48:12,18,18 51:2,4
51:7,9,16,18,22,24
52:3,6,9,12,17,19
53:16,18,21,25
54:12,23,23 55:13
55:17 56:13 57:1,10
57:17,24 58:8,14,15
58:18,21 59:12,16
59:17,22,22 61:6,12
61:21,23,25 62:10
63:23,24 64:1,5,7
64:12,15,18 65:4,5
65:8,9,11,12,20,22
66:18 67:8,8,22
68:8,11,15,17 69:2
69:3,4,7,8,15 71:3,6
71:8,11,20 72:22
73:2,5,20,24,25
74:10,19 76:2,6,15
76:19 77:5,8,19,22
78:12,19,22 79:2,13
81:18 82:10 83:4,16
84:12,16,18 85:17
85:22 86:10,13,24
87:15 88:5,25 98:22
99:6,11 101:6
107:25 109:8
110:18,22 111:25
112:18 113:3
114:14,16 115:5,7
115:16,19,24 116:7
116:23 118:9,14
126:8 129:1 132:9
132:11,20
**confidential**  97:20

confirm 34:12,17
confirmation 53:13
confused 77:25
connect 83:1
connected 9:1 83:3
connection 24:23
35:25 36:5 44:11
63:19 126:18
consent 131:11
132:4
construct 12:1
construction 1:10
7:14 9:10,16,17
10:10,25 21:10
29:13 30:13 31:18
36:6 56:14 99:1
101:18,21 104:19
104:24 105:6,24
128:15
contained 128:17
129:23
continue 130:25
133:10
continued 3:1 87:4
100:13
contract 4:12,13
28:1 33:25 34:3,5
34:21 35:7,15 52:1
52:2,5,9,12,25 53:1
53:2,3,10,11,14,17
54:4 56:16 74:3,5,6
74:9 75:12 109:10
109:19,21 117:21
126:21
contractor 32:10
33:6,10,15 35:24
37:13 38:15 40:11
100:5 107:13 108:3
108:5 114:15 115:7
contractors 53:11
114:15 115:6
contracts 36:7 38:20
74:2 109:13 127:2,5
127:9,11

control 27:10
convenient 131:6
135:7
conversation 65:1
conversations 76:6
91:4,5,17 93:22
97:19 98:1 103:9,12
cook 48:13
cookie 16:11 17:15
copies 105:15
copy 119:23 120:13
corner 20:13
corp 1:7
corporate 22:9
corporation 9:23
21:14,17
corporations 21:8
21:15 33:14
correct 11:17 14:2,9
29:8 32:1,4,25 39:3
41:3,6 42:5 45:8
47:18 54:25 58:20
60:11 61:23 64:13
64:16,19 79:14
88:18 104:20 109:8
112:10 128:14
130:1,13,15
correction 120:4
correspondence
114:8
counsel 4:22 133:11
137:17
county 1:8 2:17 3:11
17:8 21:20 51:22
52:19,21 53:4,18
54:23 56:13,21 60:3
61:11 62:22 63:22
64:4 71:3,7 73:25
74:2,10,19,22 75:9
75:11 76:6,15,18
77:1,19,22 79:6
80:12 85:22 103:9
107:25 108:15,17
108:20 110:24
111:9,11,18,19,22

112:2,17 113:14
114:4 118:9,13
county's 110:11
couple 107:18
117:18 118:4
122:20
course 61:17
courses 97:10
court 1:1 133:24
134:15
cova 1:7 2:9 51:24
52:2,5,9,12,17,25
53:1,2,15 54:12
55:12
cova's 53:3
creating 84:11
currently 96:19
cv 1:2

**d**

d 4:2 42:9
daily 101:20
damage 45:7,24
46:5 88:18
date 7:1 46:23 49:14
49:18,22 51:8 84:2
105:10,22 106:21
111:24 112:18
121:8,9,15 137:13
dated 119:18 121:1
121:4,20
dates 21:24 110:17
110:22 111:24
112:18 121:7,9,11
121:16
day 15:13,14 22:12
27:21 31:11 40:1,2
47:2,17 56:4,11
57:25 70:21 80:15
83:18 86:18 91:19
91:21 93:14,14,16
98:15,18,19 100:11
101:9 102:1 133:4,7
136:22

days 55:16 56:5,10
56:12 110:17
deal 35:11 36:10
53:8 54:15,17 72:10
109:13
dealing 16:18
deals 119:7,8
decade 22:1
decide 73:1
decided 71:23 91:7
91:9 104:9 108:4
decision 67:21 68:2
68:4,10,10,14 71:5
71:10,20 72:4,11
73:4,8,8,19,24 80:9
91:10,12 99:12,14
99:15 100:13
124:13
decking 59:20
defendant 2:9,13,17
15:20 96:13
defendants 1:12 3:5
30:5
definitely 110:14
deliver 86:10
delivered 58:8
delivering 57:17
demand 22:6 46:13
demerara 1:11 42:8
42:11,15,20 103:16
107:10,12,13
113:14,22 114:4
121:21 122:7
124:21,23 125:10
125:11
department 36:9
37:6 40:16 41:3,11
42:2,13 46:22 49:6
49:17 88:11 90:5,22
105:9,16 125:6
132:21
deponent 136:1
deposed 6:9
deposition 1:6 21:19
73:13 97:23 98:4,8

131:5,8 133:6,10
134:3,9,15,21 135:6
135:9
**deposits** 92:11
**describe** 82:8
**description** 4:9
**design** 130:11
**detail** 48:12,13,19
**details** 48:24,25
51:2,3 71:15 78:7,8
114:22 123:6 129:3
**developer** 23:4
25:15 32:12,13,18
**development** 1:10
9:5 10:7 98:13,17
98:21
**difference** 10:20
60:19
**different** 12:21 21:8
49:24 50:24 51:1
55:16 56:5,10 59:5
59:19 86:21 118:8
**differently** 86:17
**directing** 61:21 65:2
**directly** 63:17 86:13
87:3 111:10,15
**discovery** 22:14
**discuss** 67:14 94:8
124:11
**discussing** 29:22
**discussion** 15:17
17:14 18:6 43:14,22
58:24 64:24 71:24
76:3 82:1 93:10
125:18 130:19
133:1 134:23
**disputes** 111:17
**district** 1:1,1
**dividers** 13:2
**docket** 1:2
**document** 112:6
117:23 119:21,24
120:12,17 124:17
126:2

**documents** 97:22
105:21 112:18
118:5,20,20,23
119:9
**dog** 130:24,25
**doing** 17:4 23:20
28:11 39:16,17,19
45:23 47:1 56:21,24
60:24 62:23 63:1
64:8 86:8 109:10
**door** 29:16 45:7,24
46:6 89:15
**double** 125:16
**draft** 129:10
**drawing** 128:15,17
128:25 129:23
**drawings** 124:20,21
124:24 128:12
129:8,11
**dries** 13:24 17:20
**dry** 13:19 14:1
15:12
**dual** 7:6
**dushinsky** 1:9 3:5
9:2,3 10:5 21:4,7,13
98:10 100:4,9,25
101:2,5 103:6
109:14,19 118:2,16
119:20 120:3,16
121:4 123:8,8,15
125:25 126:4,17,22
129:25 130:8,13
**dushinsky's** 98:25
120:21 123:18

**e**

**e** 2:1,1 3:1,1 4:2,8
17:10 42:9,9 137:1
137:1
**earlier** 54:10
**early** 123:13
**easier** 100:22
**easiest** 69:6
**east** 91:1

**eastern** 1:1
**education** 8:3,4,11
8:12
**eight** 59:17 82:25
**eighty** 36:21
**either** 11:14 41:15
66:13 68:22,24
109:6 111:3,23
114:14 120:9 126:3
126:20 129:24
133:24
**elevator** 74:4
**elevators** 28:4 56:17
76:3
**eleven** 7:24 133:21
**emails** 114:10
**employed** 8:21 9:6,8
81:21 82:2 96:16,17
**employees** 102:9,11
102:14 103:5
**ended** 31:4,19 35:13
**engineer** 23:22 39:5
40:4,10,10,21 41:16
41:25 42:3,5,11
44:4,6 71:14 100:4
100:6,7 103:23
104:2,3,4,6 107:10
114:25 115:13,14
115:20,21 116:6,10
116:23 117:7,10,12
129:25
**engineering** 1:8,11
2:13 42:9,9 96:14
97:1,8 120:2 126:17
127:6,17,25 128:4
**engineers** 40:13
100:7 103:15
**english** 6:11,15,21
8:18 34:11,15,17,19
35:5,22 50:3,3,18
78:17 97:14 118:17
119:9 120:6 122:24
123:19 124:5 129:4
130:6,12

**enter** 31:9 104:5
**entered** 21:19
**entire** 15:8 69:21
133:4
**entities** 33:9 35:16
**entity** 33:12 34:8
107:13 127:7
**equitable** 131:21
**eric** 2:12 46:14
49:10 96:12
**esq** 2:8,12,16 3:4
**estimate** 105:2,4
106:7,9
**etcetera** 101:22
**evaluate** 90:7
**event** 137:19
**everest** 1:3
**everybody** 36:8
48:15 88:10
**exact** 20:17 88:15
105:10
**exactly** 27:15 70:23
71:1 94:15 117:13
133:15
**examination** 4:3 5:6
5:11 6:6 96:8 137:6
**examined** 6:4
**example** 130:4
**exchanged** 119:21
**excuse** 11:22 43:12
**execute** 69:6
**executed** 119:19
126:15
**exhibit** 34:10
**exhibits** 4:22 118:3
**exist** 26:6 106:4
**existing** 50:25
**exists** 106:14
**expected** 75:23
**experience** 16:18
119:2 122:2 129:8
**expert** 30:8
**expertise** 78:16
124:7

**explain** 14:24,25
  17:15 59:10 65:18
  65:20 129:12
**explained** 36:18
  65:10 72:8,9
**explains** 123:8,23
  128:24
**express** 45:22
**extent** 30:2,4
**exterior** 70:9
**extremely** 134:4

**f**

**f** 137:1
**fact** 95:14
**factors** 68:9
**facts** 79:22
**fair** 16:17 45:15
  96:1 102:21 120:7
**falcowitz** 3:11 21:19
  93:4
**falcowitz's** 91:18
  93:3
**familiar** 12:22 86:4
  103:20,22
**family** 10:8,19,21
  12:7
**far** 25:6 44:25 57:23
  61:10
**fast** 89:23
**father** 93:6
**fault** 93:19 118:12
  133:20
**favors** 91:9
**fax** 114:10 117:22
**february** 105:3
**feet** 18:23 84:6,7
  85:14,16,19
**felt** 75:3 93:15,18
**fifteen** 21:3
**file** 132:18
**filing** 5:10
**filings** 105:16
**fill** 69:11 70:7

**filling** 16:13
**final** 72:4 109:24,25
**financing** 32:20,25
  37:25
**find** 6:14 56:3 80:13
  80:16,19 135:7
**fine** 15:22,23 19:15
  20:20 50:22 61:15
  106:18
**finish** 17:25 26:17
  26:19 28:2,4 36:7
  124:16 131:7 134:2
  134:9,15 135:8
**finished** 35:11 90:18
**finishing** 134:20
**fire** 88:10 89:24
**firm** 132:13
**first** 16:25 17:4
  18:23 24:21,24 25:9
  25:12 26:1,4,22
  28:12 30:14,16,19
  30:23,25 31:4,5,18
  31:20 32:11 33:3
  35:8,13 36:16 41:1
  51:13,15 56:7,9
  57:2,4 59:7,8 60:6,7
  60:16 66:2,4 69:25
  70:24 83:22 84:8
  85:14 86:22,24
  87:11 90:24 102:14
  105:5,22,22,24
  106:6 110:19 113:6
  117:7 119:25
  121:10
**five** 7:9 36:21 84:6,7
**fix** 68:21 125:3,7
**floor** 2:15 28:8,10
  30:16 51:14 56:8,8
  56:8,9,9,10 57:2,3,3
  57:5,5,6 58:10 59:4
  59:5,7,8,9,25 60:5,6
  60:7,24 61:3 63:16
  63:17,19 64:19
  65:25 66:2,3,4,6,10
  66:11,19,22 74:4

83:12,23 85:4,17
  86:22,22,25,25 87:2
  87:11 90:24,24,25
  91:1 94:19 131:1
**floors** 10:23 59:1,18
  60:2,2 83:15
**focus** 42:3
**follow** 22:6,6 96:14
  102:17 128:9,11
  129:20 131:13
**following** 136:6
**follows** 6:4
**food** 48:14
**foot** 83:14,14 84:5
  84:12
**foreclose** 92:16
**foregoing** 136:4
  137:10
**forenoon** 1:25
**forget** 41:19
**forgetting** 112:16
**form** 5:15 13:16,17
  14:6,7,11,13,15
  19:1,3,11,23 20:1,7
  20:18 23:25 24:2,22
  27:6,11 28:15 29:4
  29:18 30:10 31:7,21
  31:25 32:5 33:7,16
  36:1 37:11 38:8
  39:12,24 40:6 41:7
  41:12 42:6,18 43:10
  43:17 44:8,13,23
  45:9,25 46:3 47:4
  47:22 48:6 49:3,7
  49:19 50:1 51:5
  53:5 55:19 57:23
  58:15,17,22 67:23
  68:12 71:13,21,25
  72:7,15,23 73:6,21
  74:11,20 76:21 77:4
  78:3,14,23 79:13,17
  80:11 92:24 93:12
  94:14,21,23 95:5,10
  95:14,17 109:16
  114:17 115:9 119:4

122:25 128:19,21
  130:2,14
**formal** 8:12,18
  97:10 123:10,15
**formed** 9:24,25
  21:23 57:10,11 85:3
  115:16,19
**forms** 19:7 20:2,8,9
  20:10,14 48:20
  78:12,20,22 79:3,5
  79:8,25 80:1,9,13
  80:18 81:24 82:5,6
  82:9,9,15,16,17,18
  82:22 83:6
**forth** 7:12 137:14
**forward** 104:9
**found** 87:8,13 98:16
**foundation** 48:7
  50:4,11 78:15
**four** 10:23 20:23
  59:23,25 83:14
  85:19
**fours** 82:13
**fourteen** 21:3
**frame** 70:6,7
**fran** 54:7
**frances** 2:8
**fredric** 2:4
**frequently** 6:14
**frigging** 63:8
**fritz** 1:4
**frivolous** 63:8
**front** 26:13,16,21
  69:25 70:4,15,18
**full** 69:11 126:15
**further** 5:9,13 73:13
  137:10,16
**future** 19:17

**g**

**gallin** 2:4 4:5 6:7
  9:20 12:7 13:14
  14:18,22 15:23 19:9
  20:20 24:4 27:7,15
  27:25 28:16 29:22

30:1 34:15 39:22
40:18,20 45:13,18
47:8,13 49:10 50:7
50:22 54:5 55:22
56:1,3 58:2,7,21
61:7,15 62:6,19
63:4,7,13 64:23
66:13 67:2,5,25
75:10 77:7 83:20
96:5 122:11,17
130:21 131:23
132:6 134:16,20,25
135:2
**gallin's** 131:11
132:4
**garfinkel** 2:15
**gather** 89:25
**gauge** 70:2,6
**general** 29:23 32:10
35:24 38:15
**generally** 128:16
**gentlemen** 53:17
**gesture** 77:18
**getting** 46:14 64:7
115:1
**gills** 92:1
**give** 6:23 7:14 16:24
21:24 22:1 30:8
39:9 48:13,19 51:3
74:8 76:18 78:1,1
94:3 102:25 105:5
107:18 108:4
109:24 112:13
**given** 44:10,15
49:13 73:18 74:19
75:15
**gives** 48:12,24
**go** 7:12 8:16 11:22
14:18 20:2 45:20
47:13 54:9 56:23
64:21 67:21 71:5,10
71:20 73:4,19,24
75:22 86:15 89:24
100:22 104:10
109:21 114:25

116:14 122:11
124:1 129:17 130:5
130:7,11,12,17,21
**goes** 66:18,21,21
99:15,22,22 109:19
115:14
**going** 6:19 13:15
19:10,11 20:15 22:5
25:18 28:7 30:14
48:13 50:9 53:7
65:17 73:10 79:2
84:8 90:3,9,23
92:12,14 100:21
103:3 116:15
117:17,18 119:17
128:18,20 130:25
131:10,12 134:2,7
134:11
**gold** 1:10 3:5 4:12
9:5,8 10:6,8 25:14
25:17 32:13,14,16
32:18,22,23,24
33:25 34:3 37:21
38:21 40:12 41:1,5
41:19 42:24 43:1
67:13,14 92:6 98:13
98:17,21 103:17
111:16 112:6,17
132:16
**good** 24:4 35:1
96:10 119:16,17
**gotten** 49:21 77:2
**graduate** 8:7
**great** 61:7
**greater** 124:6
**green** 7:10
**ground** 20:16
**group** 1:9 21:23
22:9
**guess** 80:7 116:21
120:14 122:9
**guy** 48:18 51:19
58:14 68:8 83:4
84:18 89:4 93:6
115:21,24 116:7,23

117:9 118:24 126:8
**guys** 52:18 63:21,22
63:23,24 64:3,5
106:9

## h

**h** 4:8
**half** 101:10
**hand** 87:1
**hands** 48:22
**handwriting** 125:22
125:24
**handwritten** 103:11
**happen** 27:3 28:13
28:23 91:24
**happened** 27:5,18
27:19 28:5 31:23
32:2 37:3,4 40:15
55:18 68:13,15
70:21,22 71:2 75:5
76:16 80:18,20 81:1
85:9,23 88:8,14
89:4,16 91:18,23
92:15 93:11,11,15
93:16,23 94:9,12
95:25 103:18 104:7
110:3 112:1
**happens** 28:24
109:17
**happy** 90:1
**hard** 13:19
**hasid** 23:12,15
52:17 81:7
**hatch** 2:8 12:10
15:18 29:5,11 32:7
33:22 38:2 47:6,10
47:14 50:13 52:8,23
53:5,13 54:3,10,20
55:5,15 57:4,22
58:6,20,23 64:21
75:6,9 87:20,23
117:1 127:8 133:23
134:22
**havkins** 1:19 3:3

**head** 7:16
**hear** 74:25
**heard** 25:2,8,11,25
42:8 54:11 55:12
77:23 88:11 120:15
**heavy** 70:2,6
**hebrew** 6:24 35:22
97:14,16
**height** 82:12 83:13
83:15
**help** 129:24
**helped** 89:4
**helpful** 65:1,19
131:19 132:3
**hereinbefore** 137:13
**hereto** 5:6
**highest** 8:2
**hire** 22:25 40:12
71:3
**hired** 23:11 40:12
71:7 73:25 80:22
108:10
**hit** 69:12,16
**hits** 68:19
**hokel** 1:4
**hold** 17:20 105:18
109:9,10
**holds** 16:15,16
**hole** 29:15 31:13,19
35:8 94:20 95:9
**holes** 69:2,8,9
**home** 130:24
**hopefully** 135:6
**horizontal** 60:2,10
60:15 82:11,12
**hose** 61:21 63:18
66:18,25 67:1 87:16
87:19,21
**hoses** 58:8
**hour** 101:10
**hours** 134:17,18
**house** 11:8
**houses** 10:20 11:16
12:8

**housing** 10:21
**hsb** 132:15
**hsd** 1:9 3:5 8:24,24
  9:9,18,25 10:4
  21:10 29:20 33:19
  33:20,20 34:7 35:19
  35:20 52:24 53:2
  61:11 63:22 81:22
  82:2 98:7 101:14,20
  101:24,25 102:3,5
  103:5 105:6,15,23
  106:21,22 107:12
  108:10,14,17
  110:21 111:8,10
  112:17 115:25
  126:5,10,22
**hurt** 90:2

**i**

**idea** 58:3 105:1,5
  106:5
**identification** 34:10
  118:3
**identify** 35:15
  105:22 106:21
**immediately** 16:23
  125:3,4
**implies** 20:17
**important** 37:17
  134:5
**impossible** 15:9
**inch** 59:25
**inches** 51:7 59:17,23
  123:4
**incident** 37:1 43:9
  43:16,24 44:2,7,12
  44:17 51:8 55:18
  60:23 70:20,22 71:2
  80:20 82:3 83:19
  88:7,14,16 89:10
  91:6 92:19 94:9
  98:14,17 99:4
  100:10 101:3,3,12
  101:15 103:4,5
  113:10 114:3 118:7

118:14 121:9
**incidents** 124:8,9
**indicated** 132:8
  133:12
**information** 22:7
  84:15 100:19
**initial** 99:12,15
**initiate** 30:22
**initiated** 30:24
**inside** 12:1,13 13:2
  15:2,5 16:5,6 17:19
  30:15,19 31:5 35:13
  62:1 66:23 79:12
  82:5 87:9 94:21,23
  94:25 125:16
**inspecting** 80:23
**instructions** 94:3
  107:19
**instructs** 116:23
**insulation** 70:8
**insurance** 36:10
  91:15 109:22
**interaction** 38:12
**interest** 33:3
**interested** 137:18
**interpreter** 6:3 16:5
  33:11,12 108:8
  117:6 133:25
**interrogation** 86:6
**interrogatories** 86:1
  86:2 98:7,11
**interrupt** 61:14
**introduced** 96:11
**invoice** 111:23
**involved** 35:16
  36:16 65:3 71:12
  77:16 99:23 110:6
  111:16 112:7
  114:20 115:1,17,18
  115:20
**isaac** 1:7 4:4
**israel** 7:4 9:17 10:11
  11:13,17,25 12:16
  12:18 13:13 14:25
  15:1,1,4,15 16:19

22:22,24 23:8 97:5
  97:16
**issue** 126:10

**j**

**j** 17:10
**january** 7:2 105:3
**jersey** 1:19 2:12
  137:5,24
**jerusalem** 10:16
  11:2,6,8 12:8,21
**job** 20:18 28:23,25
  29:6,22 32:2,4
  35:16,25,25 36:5
  37:19 39:19 41:19
  43:6,8,16,23 44:2
  62:23 63:1 64:6
  75:17,20,23 81:12
  82:22 83:6 84:17
  88:13 114:9 115:25
  128:1 132:18
**jobs** 114:13 115:4
  115:25
**joel** 3:11 17:10 18:8
  18:11,14 19:9,22
  20:19,22,23 51:25
  51:25 93:7,10
**joint** 134:14
**jonathan** 3:4
**judd** 3:4 9:18 11:11
  11:22 12:2 13:12,15
  14:7,15,20,23 15:22
  15:24 19:4,8,19
  20:15 22:13 24:2,6
  24:14,22 26:7 27:13
  27:21,23 28:14,18
  28:21 29:3,9,18,25
  30:2 31:7,21,25
  32:5,16 33:7,16
  36:1 37:11 38:8
  39:12,24 40:17,19
  41:7 43:12,19 44:18
  44:23 45:16,20,25
  46:23 47:4 48:9
  51:5 55:19,24 56:2

56:6 57:8 61:17
  62:5,8,16,24 64:10
  66:9,14 67:24 70:18
  73:16 76:11 80:6
  81:11 87:13,16,19
  93:1 95:17,19 97:2
  100:16 101:4 102:8
  102:12,19 105:11
  106:2 109:16
  114:17 115:9 116:4
  116:18 118:10
  119:4,12 120:9,22
  121:12 122:25
  123:12 124:25
  128:20 133:2
  134:11
**judgment** 46:15
**jump** 104:14
**june** 70:25 102:6
  110:18 113:7 114:3
  118:14 119:20
  121:1,4,17

**k**

**k** 17:10
**kaplin** 103:20
**keep** 101:17,20
**keeps** 14:13
**kind** 8:4 18:13
  48:20 59:13 73:1
  77:12,13 83:23
  84:15 114:23 123:4
**kiryas** 17:10 18:7,10
  18:14 19:9,22 20:18
  20:22,23
**knew** 90:9
**know** 6:17 10:3,8,9
  15:10 18:2,9 20:2
  21:25 22:2,4,21,23
  23:23 24:13 25:13
  34:23,25 37:14,16
  37:18 38:15,17 39:4
  42:22 48:14,22
  49:13 50:25 51:1,24
  52:20 53:6,22 54:1

54:3,5,19 55:2,5
56:18 57:20 58:4,6
62:5,7 67:10 69:18
74:1,15 75:4 76:17
78:4 79:21,22 80:25
81:1 83:7,8,10
84:11,11,19 85:1
88:2 89:7,9,12,14
89:20 90:13 91:8,11
91:21,22,23,25 92:3
92:10,11 93:6,17
94:2,10,13 97:11
98:1 99:8,13,19
100:25 101:5
102:16,22,22,23,24
103:14,18,19,21
104:2,17 106:3,8,11
106:12,13 107:17
108:5,9,20,23
109:10 110:10,13
111:15,17,20 114:7
114:15,22,22,23
115:3,12 116:2,20
117:16,20 120:18
120:24 121:13
122:6 123:3,6,9
124:8,9 125:23
126:9,25,25 127:22
128:9 130:3 131:6
133:12

**knowledge** 23:23
55:9 76:14

**known** 89:17 107:3

**knows** 27:15 48:7
107:22

**kuller** 2:16 9:8,23
12:5,23 15:16 16:2
17:13 18:5 19:2,14
24:1 32:8 36:12
43:21 46:8,14 53:19
55:1 57:7,13 58:19
60:12,17,25 61:4,8
68:6 72:17 76:23
79:18 80:5 81:21
93:20 96:4 104:14

104:17,23 105:1,20
106:4,16,19,25
112:10 113:15,18
114:6 116:22
117:11 122:14
124:14 126:24
128:11,13 129:19
129:21 130:9,16,20
131:2 133:8 134:6
134:13,18 135:3

**l**

**l** 2:12,16 17:10
108:7,8

**labor** 64:3 92:11

**language** 8:18 119:2
123:24

**law** 132:13

**lawsuit** 55:6

**lawsuits** 110:6

**lawyer** 97:19 98:4

**layer** 18:2

**learned** 8:20 55:8

**leased** 92:4

**leave** 89:4 115:6
133:12

**left** 27:1 115:8
134:25

**legally** 44:9

**letter** 4:14,15
117:25 118:1
121:19

**letters** 114:10
123:19

**level** 8:2 64:19

**license** 97:1 100:5
122:4

**licenses** 96:20,23
97:4

**lien** 92:5 111:7
112:2,5,7,13

**light** 18:1,2

**line** 84:4,8,20 85:2
128:8 136:7

**liquid** 14:9,10

**listen** 100:20

**litigation** 137:19

**little** 69:2,8 103:4
120:8

**live** 7:19 25:6

**lived** 7:25

**livingston** 2:12

**livshitz** 3:12

**llc** 1:9,10,11

**llp** 1:20 2:15 3:3

**loan** 32:22 92:23

**located** 10:15

**location** 25:2,19

**log** 101:18,19,20

**long** 7:25 9:11,15
21:1 70:20 71:2
133:5,9

**longer** 75:5 109:6

**look** 26:22 83:22
84:17 105:8,18
117:25 122:5,8,9
128:15

**looked** 122:7

**looking** 84:19
100:20 132:17

**looks** 88:6

**lose** 92:8

**lost** 92:1

**lot** 8:13 9:12 11:2
74:1 91:8 130:23

**lower** 110:10,14

**lucky** 89:3

**lunch** 67:4

**lynch** 6:2 7:24

**m**

**m** 42:9

**machine** 88:3,4

**main** 21:18

**maintain** 101:24
102:3,5 105:15
109:7

**management** 1:10

**march** 105:3

**margolis** 2:15

**mark** 117:18

**marked** 34:10 118:3
119:18 124:18

**marking** 117:20,21
117:22,24 119:22

**martin** 3:11 21:19

**masonry** 11:3,10

**material** 18:4

**matter** 58:3 91:16
126:23

**mc** 2:7

**mean** 8:4 20:6 30:24
38:10,19 39:4 44:9
60:18 69:8 72:2
80:17 83:2,7 85:11
87:16 92:1 106:8,14
115:19 116:13
117:3 119:25 129:9
131:23 134:3

**meaning** 81:11
114:9 115:7

**means** 6:20 28:25
45:4 84:20 115:6

**mechanical** 40:10

**meet** 42:19 43:5,15
43:23 44:1 75:20
76:15 97:25 98:3

**meeting** 113:21

**meetings** 22:10,12

**melhuish** 2:11 96:12

**met** 42:23 43:18
51:25 113:19
127:19

**metal** 70:3,6,10,15

**methfessel** 2:3

**method** 68:25,25
69:3,4,5,5,6 85:21

**methods** 115:6

**middle** 16:13,15
17:18 25:22 26:9

**mind** 45:10 106:5

**mine** 30:4 34:13
99:2

minute 91:7
minutes 25:7 88:12
mischaracterization
46:18 62:17
missed 113:23
missing 82:19,20
mistake 29:8 80:4
mistakes 124:19,23
125:2,5,7,10,11
mixing 65:9,9
moment 88:15
money 39:9 92:3,8
92:10,14,15 102:25
102:25 111:1,6,19
112:8,15
monroe 17:12,12
morgan 2:11 96:12
morning 89:6 90:11
90:16 93:25
mortgaged 92:1
moscowitz 89:7,12
89:22 90:3,4 91:6
moscowitz's 91:2
95:6,15
mount 2:11
move 20:21 71:17
104:9 129:15
multiple 30:5
muscles 64:4
mutually 131:6
135:7

**n**

n 2:1 3:1 4:2 6:1
108:7
name 8:23 21:12,18
33:18,19 37:15 42:8
52:20,22 54:12 81:3
81:5 104:22 107:17
118:19 120:1
named 21:17 55:12
107:7
names 9:1 21:16
55:7 120:6

necessary 133:10
need 19:5,14 20:12
23:24 24:10,12 50:4
63:12 66:1 90:17
112:21,22 122:8
123:7,22 124:11
129:23
needed 58:10 65:6
65:13,25 66:7 76:2
122:9
needs 51:7
negotiations 126:19
neighbor 80:2
neighbor's 80:10
89:1
neighbors 79:11
neither 137:16
never 78:8 92:15,15
96:25 97:9 102:22
104:4 109:6 113:19
127:22
new 1:1,18,19,21,21
2:4,4,8,8,12,16,16
3:4,4 6:2 7:20 17:5
17:6 25:18 41:6,9
137:4,5,23,24
newark 130:23
nice 88:6
night 90:12 134:1
134:21
nine 8:1
nobli 108:7,10,25
110:5 114:14 115:5
nobli's 110:11
nodding 6:22
non 119:22
nonresponsive
71:18 129:16
norek 2:8
north 24:20,24 25:9
25:12 26:1,4 28:11
30:14,16,19,23,25
31:4,5,18,19 32:11
33:3 35:8,13 69:17
69:17 82:5 102:14

105:24 110:19
113:6 121:10
notary 1:18 5:7
137:4
note 45:16
noted 50:23 61:16
notes 48:3 103:11
116:22
number 4:9
numbers 129:2

**o**

o 1:4 6:1 17:10 81:4
81:6 108:7
o'clock 67:3 89:6
90:11 133:17
object 12:2 13:15,17
14:6,7,17 19:3,11
20:15 24:2 27:6,8,9
30:10 31:7,21,25
33:7,16 36:1 37:11
38:8 39:12,24 40:6
41:7,12 42:6,18
43:10,17 44:8,23
45:9,25 47:4 49:7
51:5 55:19 61:9
63:4,11 67:23,25
68:12 71:21 74:11
74:20 76:21 78:3
79:19 80:6,11 92:24
93:12 94:14 95:17
109:16 114:17
115:9 119:4 122:25
128:18,20 130:14
133:6 134:11
objected 29:25
objecting 15:20
27:11 57:22
objection 11:24
14:15 15:20,21 19:2
19:4,11,14 24:1,3
24:14,22 28:14,15
29:2,3,4,5,9,10,11
29:17,18,21,24 30:1
32:5,6,8 35:9 44:13

44:18 45:16 46:3
47:22 48:6,9 49:3
49:19 50:1,22 53:5
53:19 55:1 57:7,8
58:19 60:12,17,25
61:5,13,15 62:15
63:8,9 71:13,25
72:7,15,23 73:6,21
76:7 77:4 78:14,23
79:18 80:5 93:20
95:18,19 96:4
113:15,17 114:6
118:10 126:24
130:2
objections 5:14
observation 31:17
observations 32:3
84:25 95:14 96:2
observed 95:20
127:18
obvious 107:20,23
obviously 22:17
91:24 107:20 131:4
occurred 62:18
occurring 22:23
offhand 97:11
office 99:19,25
118:23 119:8
offices 1:19
okay 6:24 7:18
14:23 15:4,9 28:21
40:18 46:19 48:11
55:24 56:2,6 59:11
67:19 79:20 84:14
97:21 100:23
102:12,21 112:24
115:2 116:18 117:2
117:14,15 129:6
130:10 133:8
134:13
old 8:10 47:24
once 73:14 83:17,25
83:25 84:21 85:4
open 81:12 131:5
135:6

opened 95:1
operations 20:22
opinions 124:10
option 67:7,15
 72:12,14 85:5,6,7,8
optional 45:3
options 71:22 72:5,9
oral 49:2 52:13
 109:2 126:20
orange 1:8 2:17 3:11
 17:8 21:20 51:22
 52:19,21 53:4,18
 54:23 56:13,20 60:3
 61:11 62:22 63:22
 64:4 71:3,7 73:25
 74:2,9,19,22 75:9
 75:11 76:6,15,18
 77:1,19,22 79:6
 80:12 85:22 103:9
 107:25 108:14,17
 108:20 110:10,24
 111:8,11,18,18,22
 112:1,16 113:14
 114:4 118:9,13
order 14:12 15:12
 20:10,11 41:9 60:9
 60:14 100:22
 104:10
original 41:23 42:11
 44:21 82:18
oscar 1:11 42:19,22
 113:13,19,21
outcome 137:19
outside 8:11 12:20
 12:20 13:5 15:2,5
 16:9,12 17:17 95:5
 99:22,23 125:13,14
overseeing 33:5,10
 33:15 38:6 39:10
owned 25:16 89:14
 89:20
owner 32:17,19
 33:20
ownership 33:3

p

p 1:11 2:1,1 3:1,1
p.c. 1:8
p.m. 135:9
page 4:9 117:21
 119:19 121:3
 125:21 136:7
paid 39:2 90:18
 109:11 111:8,11,19
paint 18:3
pan 48:14
paragraph 126:14
parking 60:8
part 37:6 70:12,12
 71:24
partially 36:17
participate 39:10
 71:19 76:5
participated 72:3
participating
 100:12
particular 12:4
 27:21 29:21 60:14
 86:18,20 102:1
 132:6,7
particularly 30:7
parties 5:6 131:22
partner 9:4 21:5
 34:25 35:3,5 119:16
partners 22:11
party 22:18 127:4
 137:17
patricia 1:17 137:3
paul 2:4
pay 38:23,25 91:25
payments 111:18
payroll 102:5,23
pc 2:7 126:17
pending 39:23 55:6
people 53:22 54:24
 63:25 90:8,8,13
 117:20
percent 36:21

perform 22:24
 104:24
performed 107:7
 111:4,12
performing 105:6
period 19:20
permit 41:6,9
 104:22,24 106:20
 106:23
permits 36:9 105:15
person 9:6 52:21
 53:8,10,12 54:15,16
 86:7 99:18,19,25
 103:23 113:14
 126:6
personal 23:23
 31:17
personally 80:21
 101:17
phone 88:19 127:22
photographs 113:6
photos 113:9
phrased 47:12
physical 64:3
physically 64:1
 121:16 129:10
pick 67:15
piece 15:1 17:19
 82:19
pieces 82:25
pipe 66:20,24 87:9
 87:13,15,17
pissing 131:1
place 14:14 47:2
 48:5 65:13 78:19
 79:14 82:16,24
 131:7 135:7 137:13
placed 115:15
places 116:3
plaintiff 2:5 133:11
plaintiffs 1:5
plan 45:2,3,3 46:1,2
 47:24 48:3 59:24
 72:25 73:3,9 74:17
 74:18 77:11,11,14

78:18,19,20 122:5
 123:3
plans 41:2,10,14,21
 41:23,24,25 42:12
 43:4 44:19,21 45:1
 46:9,20 47:3,9,20
 47:23 48:8 49:1,8
 49:13,14,24,25 50:5
 50:16,17,24,25 67:7
 67:10,12,18 73:11
 78:1,2,5,5,8,10,16
 78:21 121:20,22,24
 121:25 122:3,7,22
 122:23 123:11,16
 123:20 131:15
 132:8,10,12,16,19
pleasant 2:11
please 12:6 15:19
 22:16 33:23 36:13
 36:14 45:17 47:7,15
 72:18 76:24 90:6
 122:15
pllc 1:11
plumber 126:7
point 20:21 22:20
 27:2 30:18 46:20
 69:18,19 77:12
 112:5 124:22
points 123:2
polishook 2:12 4:6
 13:17 14:6,17 19:3
 19:10,16 22:5,17
 24:3 27:6,9 28:15
 29:2,4,10,17,19,24
 30:4 32:6 34:14,16
 35:9 40:6 41:12,18
 42:6,18 43:10,17
 44:8,13 45:9,15
 46:3,12,16 47:22
 48:6 49:3,7,19 50:1
 50:10,15 63:3,11
 67:23 68:12 71:13
 71:17,21,25 72:7,15
 72:23 73:6,10,21
 74:11,20 76:7,21

77:4 78:3,14,23
79:19 80:11 81:25
83:18,21 92:24
93:12 94:14 95:2,18
96:9,12 100:17,24
101:7 102:10,17,21
104:16 105:14
106:18 107:1,2
110:2 113:17,23
114:1 116:12,19,24
117:2,14 120:24
122:18,19 124:15
125:1,17,19,20
127:10 128:7,18
129:5,15 130:2,14
130:17 131:9,25
132:24 133:18
134:24
**porches** 125:12,13
**portion** 129:16
**portions** 119:25
**position** 61:18 131:2
131:4,9 135:5
**possible** 88:18 112:4
**post** 103:3
**posts** 90:15
**pour** 13:9,19 14:13
15:7,10 18:25 20:14
28:7 48:4,12,14,21
48:21,22 58:25 59:4
59:8,12,23 60:3,5
60:10,11 66:2,3
69:1 76:19 78:22
79:2,7 81:19 82:10
84:6,7,8,9 85:15,22
86:13,14 87:5
114:16 132:9
**poured** 11:19 18:21
19:22,23 30:25 31:4
44:22 45:23 46:2,10
47:18 48:1,4 51:9
51:12,16 55:17
56:10 57:1,12 59:5
59:7 60:10 67:8,22
68:10,17 71:6,11,20

72:22 73:5,20,24
76:2 77:1,8 83:16
83:17,24,25 84:21
85:16 86:24,25 87:2
89:1,2 99:7,11
101:6 110:18,22
111:24
**pouring** 13:8,10,21
19:7 51:18 61:6,12
61:18 63:16,17 69:7
69:8 77:5 84:5
98:22 112:19 113:3
**pours** 60:15,16 64:9
65:23
**prefab** 82:15
**prefabricated** 20:8
**preparation** 97:23
98:4
**prepare** 114:8 129:9
**prepared** 47:21
72:21
**preparing** 129:8
**present** 3:10 76:8
113:12,20 135:5
**pressure** 28:9 65:24
86:11,14 87:4
**previously** 67:6
68:18 72:20 113:18
**price** 75:15,18
109:18 120:4
**prices** 125:23
**primarily** 119:9
**principals** 10:4,6
**prior** 37:13 49:25
51:8 98:7 99:3
101:8 103:4,15
107:12,13 110:5,18
114:2,13 115:4
121:17 126:19
137:5
**problem** 6:13 72:10
77:13 107:1 129:13
129:14
**proceed** 131:10
135:4

**proceeding** 135:1
**produce** 134:8
**produced** 73:12
132:19 133:3
**production** 4:18
22:8 46:9,11 52:8
52:11 73:15 105:21
106:1 119:22
**professional** 19:13
41:15 96:20,22 97:1
97:4 130:11
**project** 30:13 32:20
32:25 36:17,23 40:5
41:1,5 42:15 44:11
44:16 51:10 98:23
99:1,17 101:18,21
103:1,15,24 104:19
105:24 106:7 107:8
107:14,16 108:6,11
108:11,15,18,21,25
111:9,12 112:19
113:3 114:5,11
116:16 117:4
121:17 126:3,11,12
126:18 127:3,6,7,14
127:18,21 128:5,16
129:25
**projects** 99:16,17
100:2 108:12 110:5
116:17 118:8
**proper** 50:6,7
**properly** 14:12,16
**property** 25:16
55:25 111:7 112:2
112:14 113:10
**proposal** 119:19
126:15
**proposals** 126:1,10
**protective** 20:6
**provide** 112:17
**provided** 131:17
**provider** 57:24
**providing** 100:18
**public** 1:18 5:7
137:4

**pump** 58:9,10 63:20
63:20,21 65:12,20
65:23,24 66:17,21
86:9 87:5,9,18,22
**pumping** 66:1,7,23
**punch** 29:15
**punched** 35:8
**purpose** 43:15 122:6
123:21,24,25
**pursuant** 47:20
**push** 88:5
**put** 15:1,3,4,5,25
17:19,23,23 18:1
22:15 26:10 35:20
37:9,9,12 58:9,13
70:11 73:1 75:24
87:1 90:14,18,20,25
91:12 94:7,7 104:12
107:17 111:7 112:2
130:20,21 131:12
132:15,22 134:24
**putting** 83:5 120:19

### q

**question** 6:18,21
8:14 9:19,21,21
11:7,23 13:18 14:19
14:21 17:3 20:16
21:22 22:22 24:5,7
25:10 26:2 27:8,17
28:17,19 30:17
31:16 33:17 34:11
36:3,13,15 38:2,4,9
38:18,19 39:21,23
42:25 43:20 45:19
45:21 47:6,11,14,16
49:11 50:12,13,19
50:21,23 54:7,8
55:10,11 57:14,15
57:23 61:5,19,22
63:9 65:5,17 68:1
72:18,19 74:7 75:7
75:8 76:25 77:7,12
79:20 84:10,14
100:20 104:15

106:17 112:23
113:24 114:18,24
122:14,23 123:2
124:14 129:6 130:4
130:6 132:2
**questioning** 128:8
131:4 134:17,19
**questions** 5:14
30:11 86:7 96:14
97:17,18 107:19,22
111:22 115:3
117:17 118:4
122:20
**quick** 104:15

**r**

**r** 2:1 3:1 6:1 17:10
42:9,9 81:6 108:8
137:1
**rabinowitz** 1:8 4:4
4:10 6:8 9:2 53:16
58:25 96:5,10
104:18 107:3,4,7
119:18 124:18
125:21 128:14
131:14 132:8,14
133:3 134:8
**rabsky** 1:9 8:24,25
9:1 21:18,23 22:9
33:19,20 34:7 52:25
**read** 12:5,11,12,23
12:25 21:22 33:22
33:24 34:11,15,17
34:19 35:5,20 36:12
36:15 38:3,4 39:22
39:23 47:7,11,16
48:8 50:3,5,14,18
57:13,15 72:17,19
75:8 76:24,25 78:16
78:17 87:24,25 95:2
95:4 97:9,12 116:19
118:16 119:24
120:5,8 122:11,14
122:16,24 123:7
124:5 136:3

**reading** 123:19
130:12
**reads** 118:24 119:9
**ready** 20:10,11,14
83:9,9,10,10 133:4
**real** 84:10
**realistic** 131:19
**really** 21:24 83:7
89:3 100:12 102:22
106:10
**realty** 1:4
**reason** 61:9 65:14
111:21 118:6 119:7
136:7
**reasons** 119:14,15
**rebar** 51:6 69:11
78:18 114:23
115:15 129:2
**rebars** 58:11,13
78:11
**recall** 110:17
**receive** 92:3
**recess** 21:21 67:4
96:7
**recognize** 35:21
120:6
**recollection** 121:15
**recommendation**
72:13
**recommended** 75:2
**record** 15:16,17,18
17:13,14 18:5,6
34:18 43:13,14,21
43:22 46:17 58:23
58:24 64:21,24,25
76:12,13 81:25 82:1
87:25 96:12 105:17
105:19 106:14
109:5 116:14
117:24 122:16
125:17,18,19
129:17 130:17,19
130:20,21 131:13
132:25 133:1 134:7
134:22,23,25

**records** 101:24
102:3,5,13,18 105:9
106:3 109:7,9
110:21 111:24
121:14
**reference** 50:15,16
**references** 121:19
**referred** 73:12 77:8
**referring** 13:12
19:20 55:20 69:13
121:23 124:20
132:2
**reflect** 15:19 101:25
102:13 110:22
**reflecting** 111:24
**refresh** 121:15
**regarding** 103:12
114:24 127:14
**registered** 41:15
**reinsurance** 1:3
**relative** 107:6
**relevant** 102:18
**remains** 131:5
**remember** 9:12 10:1
10:3 21:25 34:6,9
43:3 44:25 49:12,20
52:16 60:4,22 70:21
70:24 74:14 75:1
89:21 93:21 105:12
106:10 108:24
110:15 132:13
**remnants** 95:10
**rephrase** 36:2 43:19
**replace** 44:3
**replaced** 37:18
**replacement** 44:6
**report** 94:10
**reporter** 1:17
133:24 137:3
**represent** 96:13
**representations**
126:19
**representative**
21:20 117:11

**represents** 132:14
**request** 4:18 22:8,18
22:18 46:11 52:11
73:15 105:21 106:1
131:11 132:5
**requests** 22:14
**require** 79:2
**requisition** 92:13,14
104:6,12 112:3,13
**reserve** 73:13
**reserved** 5:15
**residential** 18:15
**respect** 54:22
**respectfully** 115:2
**respective** 5:5
**response** 17:2
116:17
**responses** 7:15
**responsible** 32:24
37:24,25 38:10
80:22
**rest** 18:19,24
**result** 31:17 92:8
**retain** 107:12
**retained** 4:22
107:13 118:7,9
**review** 73:14 97:22
98:6 122:23
**reviewed** 122:22
**reviewing** 122:3
123:11,16
**rick** 50:2,10
**ridiculous** 63:10
**right** 13:23,25 15:3
16:10,20 19:1 25:4
26:4,24 27:1,3,20
28:6,8,13,22,25
29:1 32:9 33:8
39:20 40:3,20 41:13
52:19 53:8 54:20
57:20 64:2,17 66:3
68:25 73:13 82:9,13
84:23 85:10,11
88:16,17 89:2
105:20 113:10

116:2 121:5 124:13
**ritzert** 1:20 3:3
**rock** 11:14 12:1,20
　13:5 15:3,6,25 16:2
　16:3,6,6,8 17:17
**role** 38:6 98:25
**ronen** 121:10,16
　127:17 128:1,4
**room** 13:1
**rooms** 12:17,19
**rosenfeld** 1:19 3:3
**row** 16:2,3 17:17,18
**rows** 15:7,8,11,13
　15:14,25
**rules** 84:11,13

**s**

**s** 1:4 2:1 3:1 4:8 6:1
　17:10 81:4,4
**safe** 37:7,8 90:14
**safety** 80:24
**sands** 1:17 137:3
**sat** 107:16
**saw** 34:25 57:11
　62:6,14,20 68:18
　79:10 80:17 83:8,9
　83:10 85:1 88:24,25
　91:22 94:20 121:10
　121:16 125:2,6
　132:8
**saying** 19:16 52:24
　53:14 61:10 133:19
**says** 62:15 121:2
　126:14
**scared** 91:22
**scene** 89:22
**scream** 63:12
**screaming** 63:3,13
**sealing** 5:10
**second** 43:12 51:13
　51:15 56:8,9 57:2,5
　61:3 64:22 66:6,9
　66:19 83:22 84:9
　85:4,6,7 86:22,24
　87:11 90:25 91:9

117:8 121:3 130:18
　131:21
**seconds** 129:18
**secretaries** 109:21
**sections** 83:17 84:1
**see** 6:22 7:15 31:13
　38:14 39:19 41:21
　56:24 62:10,15,22
　63:1,6,15 82:6 83:5
　83:23 85:4 86:3
　88:23 94:20,23 95:5
　95:10 96:2,3 105:19
　109:22 116:15
　118:11 120:1,2,3
　121:22,25 122:10
　125:7 127:25 132:1
**seeing** 88:17
**seek** 129:24
**seeking** 111:19
**seen** 52:10 85:25
　86:1 95:23 113:5,9
　120:12 132:10
**self** 96:16
**send** 39:6
**sends** 116:9
**sent** 111:5 117:9
**separate** 12:19
**separates** 12:17
**series** 87:23
**services** 105:7 107:8
　110:25 111:2,4,9,12
　116:1
**set** 41:21 50:4 67:7
　84:7 131:7 137:14
**sets** 13:24 14:14
**settle** 109:18
**seven** 25:7 116:3
　118:8
**seventh** 2:3
**shake** 7:17
**shaking** 7:16
**shames** 103:22
**sharon** 1:7 2:13
　4:13 40:24 43:5,8
　43:15,23 44:1,5,10

44:15 45:4,6,22
　46:1,9,20 47:21
　49:1,21 51:3 71:11
　71:19 72:6,13,21
　73:3,18,23 74:8,17
　74:18 76:5,14 77:3
　77:10,15 93:23,24
　93:24 94:1,2,6,8,10
　94:13,16 96:13
　100:8 103:10
　115:14 117:21,22
　118:7,12 121:18
　121:10,16,23 122:9
　124:18,22 125:2
　126:2,9,17,22 127:3
　127:6,13,16,17,19
　127:25 128:1,4,4
　129:12 130:5
**sharon's** 46:20
　49:24 50:24 78:21
　116:1 119:21
　121:19 124:17
**sheetrock** 17:24
　70:8
**shorthand** 1:17
　137:3
**show** 78:20,21
　119:17 132:20
**showed** 83:24 85:3
　104:5
**shows** 59:24 78:18
　78:19 123:3
**side** 16:4 28:8 79:9
　79:10 80:2 86:15
　88:4
**sides** 28:3 69:14
　86:14
**sign** 34:2 35:2 83:24
**signature** 34:12
　120:3,21 121:3
**signatures** 120:7
　125:22
**signed** 28:1 32:14
　34:4,5,24 35:7,10
　74:9,15 75:12 112:6

118:20 126:3 136:5
**signing** 34:23
**signs** 85:2
**simon** 1:9 9:3 98:25
　118:1,16 126:16
**simple** 107:23
**simply** 130:12
**single** 61:5
**sir** 54:10
**sit** 110:11,16 121:8
　123:7 125:9 133:9
**site** 29:23 35:25 36:6
　43:6,8,16,24 44:2
　56:14 62:23 63:2
　75:17,20,23 81:12
　82:22 83:6 88:13
　98:14,18,21 99:18
　99:24 100:9 101:2
　101:14,22,25 103:5
　104:2,7,8 128:1
**siting** 53:8
**sitting** 51:20 52:18
　53:17 54:16 130:24
**situation** 68:22
**sixes** 82:14
**skyscrapers** 10:19
**small** 38:25
**sold** 92:5,5 111:14
　112:14
**somebody** 25:20
　32:4 37:9,12 53:24
　54:12,17 55:4 61:20
　75:3 96:6 116:10,10
**soon** 88:11 112:6
**sorry** 14:23 33:11
　39:21 41:4 47:10
　75:6 76:23 106:16
　120:24
**sort** 12:16 15:5
　63:18 66:18,24,25
**sounded** 16:11
**sounds** 107:23
**space** 109:11
**speak** 50:3 98:3,10
　118:16 120:16

128:3
**speaking** 93:4
**specialized** 20:7,11
**specializing** 48:17
**specific** 78:8 100:21
**specifically** 110:17
  116:16 122:3
  124:22
**specifications** 72:22
  76:19 77:2,6,14,22
  78:7,9,10 129:11
  131:16
**specify** 127:8
**spedon** 2:7
**spell** 37:16
**spoke** 51:25 93:2,14
  100:12 114:4
  120:18
**stage** 36:18 54:9
  125:8
**stamped** 41:14,23
  41:24 42:12 119:22
**stand** 26:22
**standing** 56:22 61:4
  61:20 83:8,11 94:6
  112:3
**start** 6:16,17 13:11
  13:22 16:21 68:5
  109:23,24 133:20
**started** 16:19,25
  17:4 18:7 25:20
  27:24 37:5 41:1
  62:11 68:6 74:16
  75:11,14 88:17
  104:11,19 105:6
  106:22 110:1
  120:20 131:3
  133:15,16
**starts** 41:5 61:23
  131:1
**state** 11:24 45:10
  105:10 117:24
  128:22
**stated** 54:14 118:22

**states** 1:1,18 17:7
  96:16,23 137:4
**stating** 46:16 112:18
**stay** 90:6 94:2 133:4
  133:25
**stayed** 79:14 89:5
  90:10
**steel** 26:10,15,16
  36:20,22 37:6,8,9
  42:4 59:15,20,20
  68:16,23 73:1 78:11
  123:5,5 130:5
**stenographically**
  137:12
**steve** 103:20
**stick** 125:13
**stipulated** 5:4,9,13
**stop** 63:3 92:20
**stopped** 50:20 91:8
  91:10 92:21,22
  104:8,13
**story** 8:15 10:19
  131:1
**street** 2:15 6:2 24:21
  24:25 25:9,12 26:1
  26:4,22 28:12 30:14
  30:16,20,23 31:1,4
  31:5,19,20 32:11
  57:16 64:16 69:25
  102:15 105:25
  110:19 113:6
  121:10
**streets** 8:20
**strength** 14:2,5 16:6
**strengthening** 15:4
**strike** 71:17 129:15
**strong** 68:19 69:21
  69:23
**stronger** 68:23
**strongest** 69:5
**structural** 40:4 42:5
  97:8 103:15 121:20
  122:3 123:11,16
  129:8

**structure** 14:1 36:20
  37:7 59:14,15,16,21
  68:16,23
**stucco** 18:20 70:12
  70:14
**studied** 8:10,13
**study** 84:13,22
**stuff** 109:12 123:6
  132:18
**sub** 54:18
**subcontract** 53:21
**subcontractor** 23:1
  23:1 24:10 39:2
  53:3
**subcontractor's**
  39:11
**subcontractors**
  23:11 38:7,13,21,23
  39:19
**subcontracts** 36:8
**subject** 136:5
**submit** 41:2,10
  111:3,23
**submitted** 49:5,16
**subs** 38:18
**subscribed** 136:21
**subsequent** 133:7
**suffered** 45:7,24
  46:6
**suite** 2:3,11 3:3
**summary** 46:15
**supercedes** 126:18
**superior** 1:8 2:17
  118:9,14
**supply** 79:5
**supplying** 53:24
**support** 59:14,15,16
  59:17,21 82:11,11
  82:12,12,14 88:5
  90:20 95:15
**supporting** 90:15,25
  94:4
**supposed** 7:17 23:2
  23:3 26:17,19 28:2
  28:12,23 29:15

30:15 37:2,3 39:17
  48:5 52:14 56:17
  59:4 60:7 69:15
  70:11,17 74:3 77:15
  79:5,23,25 80:25
  81:18 84:17 86:15
  91:24 94:2 95:23
  104:5
**sure** 39:3 56:16,18
  69:20 74:15 79:10
  79:11 90:6,14
  104:16 108:3
  109:20 112:22
  115:13 133:14
**sworn** 5:7 136:21
  137:7
**sym** 1:4
**synagogue** 89:13

**t**

**t** 4:8 6:1 81:6 137:1
  137:1
**table** 51:20 52:18
  53:9,18 54:16,24
  132:22
**take** 17:25 18:3 48:5
  67:2 72:12 73:16
  103:8,10 112:4
  117:25 134:2
**taken** 1:16 22:14
  44:5 97:7 113:1,2,5
  113:9 136:4 137:12
**takes** 65:12 133:5
**talk** 77:15
**talked** 117:8
**talking** 49:8 66:10
  66:11 67:17 102:8
  131:17
**teach** 23:17
**team** 39:6
**technical** 119:2
  123:25 124:7
  130:10
**tell** 8:25 11:21 24:11
  27:22 62:14,20

| | | | **u** |
|---|---|---|---|
| 73:23 84:3 88:20 | **thinking** 92:12 | **tortured** 96:6 | |
| 90:3 91:4,20 94:16 | 124:12 | **town** 17:12 | **underneath** 125:23 |
| 97:18 99:9,10 | **thinks** 53:1 115:22 | **traffic** 130:23 | **understand** 6:11,15 |
| 100:17 121:9,11 | **third** 28:8,10 30:16 | **training** 10:24 | 6:21 13:1 14:20 |
| 122:9 125:9 | 56:8,10 57:3,5 | 122:21 123:10,16 | 15:24 24:6,8,19 |
| **telling** 30:11 94:6 | 60:24 64:19 66:6,10 | **transcript** 1:16 | 26:7 27:13 28:18 |
| **tells** 115:23 116:7 | 66:19 83:12 85:17 | 136:4 137:11 | 30:17 33:17 34:21 |
| **ten** 10:2,12 16:17 | 87:2 90:24 91:1 | **translate** 7:17 | 34:22 38:14 54:6 |
| 25:7 83:14,14 84:5 | 94:19 131:24,25 | **translated** 6:18,23 | 78:25 114:18 |
| 84:12 90:13 | **thought** 32:13 77:23 | 14:22 | 115:10 119:6 120:9 |
| **terms** 78:11 | 94:11,17 | **translation** 112:22 | 123:22 124:1 |
| **testified** 6:4 50:18 | **thousand** 92:2 | **translator** 6:14,16 | 128:16,24 129:1,13 |
| 72:21 103:8 104:1 | **three** 10:23 65:7 | 6:19,20 7:16 | 129:22,24 |
| 106:2 113:18 | 68:21 72:10 76:9 | **transperfect** 3:12 | **understanding** 36:4 |
| 121:13 122:20 | 85:14,16,19 88:12 | **trial** 5:15 | 38:5 57:25 79:1 |
| **testify** 65:16 72:24 | 90:7,15,19 127:19 | **trough** 65:23 | 80:8 86:23 87:7 |
| 131:15 137:7 | **thursday** 1:21 | **truck** 57:16,19 58:4 | **understands** 118:24 |
| **testimony** 1:16 50:2 | **time** 12:15,17 15:7 | 61:23 62:1,11 63:17 | 119:1 |
| 50:8 54:6,11 116:12 | 15:10,12 19:18 | 63:19 64:8,12,15,16 | **understood** 112:23 |
| 116:13 132:7 136:4 | 20:21 27:2,22,23 | 65:3,11,22,22 66:1 | **united** 1:1 17:6 |
| 137:11 | 30:18 54:21 56:20 | 66:7,23 | 96:15,23 |
| **thank** 55:15 58:7 | 56:23 60:23 62:9,18 | **trucks** 65:9 | **universities** 8:19 |
| 63:25 130:16 | 62:25 63:2 76:1 | **true** 54:13 137:11 | **updates** 74:5 |
| **thanks** 83:21 106:25 | 81:9,11,13 82:2 | **truth** 137:7,8,8 | **ups** 129:20 |
| **thick** 123:5 | 83:5 84:3 85:14 | **try** 100:22 | **upstate** 17:1,5,6 |
| **thickness** 78:12 | 96:15 98:14,22 | **trying** 56:3 90:11 | **use** 6:19,20 14:12 |
| 128:25 | 99:24 100:9 101:2 | 124:3 | 17:22,24 18:3 19:1 |
| **thing** 10:18 33:21 | 101:15 104:20 | **tweak** 20:13 | 19:6,23 20:1 48:20 |
| 35:4 40:14 48:16 | 105:5,22 106:6 | **twenty** 22:12 65:7 | 48:20 51:6 58:17 |
| 60:8 64:10,11 88:1 | 107:24 112:12 | **two** 9:1 10:19 15:7,8 | 68:10,24 69:10,11 |
| 89:3 115:12 120:20 | 117:7,8 126:7 131:6 | 15:11,13,13,25 | 73:2 78:11,12,22 |
| **things** 8:13 55:8 | 131:21,24,25 | 16:12 17:11 20:13 | 79:3,8,13,16 80:9 |
| 79:23 84:22 92:10 | 133:15 135:7 | 22:11 26:12 28:3 | 87:5 92:10 |
| 92:11 114:21 | 137:13 | 40:15 47:23 65:7 | **usual** 86:12 |
| 115:23 117:19 | **times** 22:12 40:2 | 82:13,14,25 86:14 | **usually** 38:25 40:9 |
| 119:8 125:3 | 101:8 127:19 | 88:12 90:15,19 | 40:12 99:14,16 |
| **think** 30:7 46:17 | **tired** 63:7 | 117:21 119:19 | 109:9,17 125:12 |
| 56:18 75:13 77:7 | **today** 21:18 62:25 | 122:11 123:1 | **utilize** 123:18 |
| 96:11 101:4,7 103:7 | 110:12,16 111:8 | 124:10,10 125:8 | |
| 106:24 108:13 | 119:18 120:13 | 129:17,19 | **v** |
| 111:10 117:15 | 121:8 125:9 127:21 | **type** 105:4 | |
| 118:15 122:1 | 132:7 133:3 | **typed** 103:11 | **v** 81:6 |
| 125:25 126:13 | **told** 88:3 90:4,16,24 | **typewritten** 119:25 | **vacuum** 26:6 |
| 131:19 132:3 | 91:10 106:9 125:3 | **typical** 11:8 | **various** 72:5 |
| 133:23 134:1,3 | | | **varriale** 1:20 3:3 |

**veneer** 16:8 70:15
**verbal** 7:15
**verbally** 94:16
**vertical** 60:11,16,24
  61:2 64:8 67:18
  76:20 77:2,9 79:2,7
  83:13
**vertically** 85:17
**vibrating** 88:4
**video** 113:2
**videotapes** 112:25
**view** 30:8 50:17
**vitrio** 81:6 101:15
  103:6
**voluntarily** 134:8

**w**

**w** 6:1
**wafers** 16:12
**wait** 6:22 84:6 86:16
**waived** 5:11
**walk** 25:23
**walked** 25:21
**wall** 12:16 13:10
  15:11 16:7,8 17:22
  28:8 29:15 31:6,13
  31:19 47:18 51:13
  51:15 55:21,22,24
  56:7,15 60:11,24
  61:2 66:11 67:8
  68:18 69:12,13,14
  69:16,18,22 70:1,4
  70:9 79:11,12,16,17
  80:10 83:9,12,17
  84:4,5,12,16 85:3
  85:13,18,23 86:19
  86:21 87:2,3,9,14
  88:6,24 89:2 90:20
  90:23 94:20,25 95:6
  95:9,11,15 132:12
  132:20
**walls** 12:14 13:5
  44:22 51:9,12 55:17
  57:4 58:20 59:1,3
  60:10 67:18,18 74:3

76:20 77:2,9 132:9
**walters** 1:11 42:22
  103:16 113:13,19
  113:21
**want** 8:14 14:25
  15:24 22:13 54:8
  76:11 79:21,22
  91:11 97:18 98:1
  116:14,19,21
  117:25 120:13
  126:9 133:2 134:24
**wanted** 44:3 45:5,6
  111:1 128:9,11
**wants** 27:8 111:5
**watch** 23:20 81:18
**watching** 23:21
**way** 7:15 12:21 15:3
  26:10 47:12 50:8,17
  54:6,8 57:1,12 59:6
  59:24 82:13 84:24
  84:24 86:12 87:10
  90:21 91:8 99:20
  100:14 112:3
  113:20 115:15,19
  131:20 132:24
**ways** 62:2 68:21
  72:10 115:22
**week** 70:24 102:25
**weeks** 71:4
**went** 20:25 42:24,25
  68:9 71:15 85:5,6
  97:9 104:12 125:15
  125:15
**werbel** 2:3
**west** 2:11,15
**wet** 13:11,22 14:4,9
  14:12 23:24 29:14
  30:14,18,22 58:21
**whatsoever** 24:24
**white** 2:7
**williamsburg** 6:2
  7:22 25:4
**willing** 131:10
**wind** 68:19 69:13,16
  69:19,22,24

**withdraw** 107:11
**withdrawn** 41:20
  98:2 99:9 101:1
  102:4 113:1 121:7
  127:4
**withstand** 69:21,24
**witness** 3:5 4:3 19:5
  24:8,15 27:10,17
  28:20,22 29:6,12
  31:9,22 32:1,9 33:8
  33:18 35:10 36:2
  37:12 38:9 39:13
  40:1,7 41:8,13 42:7
  43:11 44:9,14,19,25
  45:21 46:1,4,19,25
  47:5,23 48:11 49:4
  49:12,20 51:6 52:24
  53:6,20 54:14 55:2
  55:14 56:7 57:9
  60:13,18 61:1 63:5
  63:14 65:15,18
  66:16 68:8,13 71:14
  71:22 72:2,8,16,25
  73:7,11,22 74:14,21
  76:9,22 77:10 78:4
  78:18,24 79:20 80:7
  80:12 81:23 87:15
  87:17,21 92:25
  93:13,21 94:15
  95:22 97:3 100:23
  104:21,25 105:8,13
  106:8,24 107:18
  108:9 109:17
  113:16 114:7,20
  115:12 116:9
  117:13 118:11
  119:6,13 120:23
  123:1 126:25
  128:22 130:3,15
  133:21 137:6
**witnessed** 99:10
**witnesses** 6:15
**wood** 11:9,13,14
  15:1,5 16:3,5,14,16
  17:20,22,25 18:20

19:6 20:5,5 94:22
**wooden** 19:1 94:21
**word** 14:16
**words** 17:11 123:20
**work** 11:3 14:24
  17:5 23:18,24 28:11
  29:13 33:18,19
  36:22 37:21 38:6,24
  38:24 39:1,3,4,5,7
  39:11 40:3,21 42:4
  47:1,1 52:7 56:14
  56:21,24 62:23 63:1
  64:1 68:5,7 74:16
  75:3,11,14,22 76:20
  90:11,18 92:19
  99:13 103:1 104:8
  104:24 106:7 108:1
  109:8,23,25,25
  114:13 115:8 116:7
  118:7 120:20
  126:17
**worked** 9:13 20:23
  40:13 65:21 74:22
  90:12 115:5 120:20
**worker** 80:21,22,24
  102:24
**worker's** 81:3
**workers** 23:16
**working** 27:24
  39:14,16 40:11
  54:22 75:5 81:2
  102:14 104:9,11
  105:23 116:3 126:6
**works** 59:10 86:12
  99:20
**worried** 90:22 91:22
**worth** 134:17,18
**write** 37:16 102:23
  102:23 103:1 114:9
  127:13
**writes** 124:18
**writing** 22:7,16
  73:18 74:8,12
  102:18 117:23
  124:19 127:23,23

131:14
**writings** 111:23
**written** 35:21 49:2,4
  52:13,14,15 94:5,11
  109:2 111:3 119:8
  126:20 127:8 129:3
  129:4 130:7
**wrong** 84:24
**wrote** 72:25 94:13

| **x** |
|:---:|

**x** 4:2,8

| **y** |
|:---:|

**y** 17:10 81:4
**yeah** 23:21 32:14
  56:1 67:1 75:10
  80:7 83:20 89:23
  102:7,10 106:8
  111:1 119:11,14
  121:12 122:8
**year** 8:9 16:24
**years** 7:9,11 8:1,10
  9:14,19 10:2,12
  16:18 18:8 20:24
  21:3,8
**yeshiva** 8:5,11
**york** 1:1,18,21,21
  2:4,4,8,8,16,16 3:4
  3:4 6:2 7:20 17:5,6
  137:4,23
**yossi** 81:4 88:19
  101:15 102:20
**younger** 93:8,9

| **z** |
|:---:|

**z** 6:1