Exhibit 2
Part (2 of 2)

1          Isaac Rabinowitz

2          (The record was read by the reporter.)

3     Q.     When you say "the same as the plan

4     shows," are you referring to the second page of

5     Rabinowitz 3?

6     A.     The one who inspects, the person in

7     Sharon's office.

8          MR. POLISHOOK:  I'm going to move to

9          strike as nonresponsive.  Please read the

10         question and answer.

11         (The record was read by the reporter.)

12    Q.     Prior to June 2, 2009, had anybody from

13    Sharon's office come to the construction project to

14    perform any type of inspection?

15         MR. POLISHOOK:  Objection to form.

16    A.     I don't remember.

17    Q.     Was it the obligation of Sharon's office

18    to perform inspections at the construction project

19    prior to June 2, 2009?

20         MR. POLISHOOK:  Objection.  Sharon's

21         contract is not dated until after the incident.

22         MR. KULLER:  Off the record.

23         (Discussion held off the record.)

24         MR. KULLER:  We have a pending question.

25         (The record was read by the reporter.)

1          Isaac Rabinowitz

2          MR. POLISHOOK:  Objection.

3     A.     He sends occasionally, every once in a

4 while, whenever he feels like it he sends somebody.

5          MR. POLISHOOK:  I am going to move to

6     strike as nonresponsive.

7     Q.     Before June 2nd.

8     A.     I don't understand the significance of

9 the date, the 2nd of June.

10    Q.     The significance is that that's the date

11 of the accident.

12    A.     I don't know when he was there.  I don't

13 know if he was there on the same day, the day before.

14 I don't know.

15    Q.     Can you be certain, Mr. Rabinowitz, that

16 prior to June 2nd, somebody from Mr. Sharon's office

17 came to the construction project to perform an

18 inspection?

19         MR. POLISHOOK:  I object to form.  The

20    proper question to ask is what he saw, what he

21    knows, not a vague question.  There is no

22    foundation.

23    Q.     Was Mr. Sharon the engineer for your

24 construction project on June 2nd, 2009?

25         MR. POLISHOOK:  Objection to form.  Calls

1        Isaac Rabinowitz

2        for legal conclusion.

3            MR. JUDD:  I object in the same vein.

4        A.    He was on board already, but he was

5    not -- still not with the Building Department.

6        Q.    But on June 2, 2009, you considered

7    Mr. Sharon to be your engineer, correct?

8            MR. POLISHOOK:  Objection to form.  Calls

9        for a legal conclusion.  Ask questions.

10       A.    The plan he made was prior to that.

11       Q.    When you say "the plan," are you

12   referring to the second page of Rabinowitz 3?

13           MR. POLISHOOK:  Objection to form.

14       A.    By the plan, I'm referring to all the

15   papers in --

16           MR. POLISHOOK:  Is this Exhibit 7?  I

17       don't know, I just want to be clear what he is

18       talking about.

19           MS. NOREK-HATCH:  The witness is pointing

20       to Rabinowitz Exhibit 7.

21           MR. POLISHOOK:  That's completely the

22       antithesis of his testimony earlier.  If you

23       want to clarify as to what he is actually

24       talking about, Exhibit 7 is about hundreds of

25       pages, two sets of them dated after the

1                    Isaac Rabinowitz

2        incident.  Maybe you can clarify that.

3        Q.      Was Mr. Sharon your engineer on June 2,

4   2009, in your mind?

5              MR. POLISHOOK:  Objection to form.  Calls

6        for a legal conclusion, speculative.

7              MR. JUDD:  Objection.  He was asked this

8        question at his last deposition.

9              MR. KULLER:  There is a question pending.

10       A.      As I said before, the decision to make

11  the wall, the concrete, was a decision made together

12  with him.

13             MR. POLISHOOK:  Move to strike as

14       nonresponsive.

15       Q.      Are you referring to Mr. Sharon when you

16  say "him?"

17       A.      Yes.

18             MR. JUDD:  Let's take a break.

19             (Recess taken.)

20       Q.      Mr. Rabinowitz, I'm not concerned with

21  who was the engineer of record at the DOB on June 2,

22  2009.  My question to you is whether in your own

23  mind, you believe that Sharon was serving as the

24  engineer for this construction project on June 2nd,

25  2009.

1        Isaac Rabinowitz

2            MR. POLISHOOK:  I will object to form, to

3        "the engineer."

4            MR. JUDD:  I object to form.  You can

5        answer, if you understand it.

6        A.    Yes.

7        Q.    Were there any other engineers for this

8    construction project other than Ronan Sharon on June

9    2, 2009?

10            MR. POLISHOOK:  Objection to form.

11       You're asking for a legal conclusion.

12       A.    There was the old engineer, but nobody

13   took him off record.

14       Q.    And you're referring to Oscar Walter of

15   Demerara Engineering, correct?

16       A.    Yes.

17       Q.    And prior to June 2, 2009, you had never

18   met Oscar Walters, correct?

19       A.    Yes, correct.

20       Q.    What was your understanding as to who the

21   architect for this construction project was on June

22   2, 2009?

23       A.    We didn't change the architect.

24            MR. JUDD:  He is asking who it was.

25       Q.    Please feel free to look at Plaintiff's

1              Isaac Rabinowitz

2    Exhibit 7.

3              MR. JUDD:  Do you know the name?  Please

4         tell him that the question is whether he knows

5         the name of the architect as of the date that

6         that incident occurred.

7         Q.    On June 2, 2009.

8         A.    I don't remember the name.  The name is

9    from there.

10        Q.    Can you take a look at

11   Rabinowitz 7 and just point to the architect that

12   you're referring to, please.

13             MR. KULLER:  Let the record reflect that

14        Mr. Rabinowitz is referring to Alan Patrick

15        Bruton on the drawing that has A-000 on the

16        bottom, stamped December 8, 2006.

17        Q.    While we're over here -- why don't we

18   stay over there.  I would like you, Mr. Rabinowitz,

19   to please show me what, to your knowledge, were the

20   drawings that were in effect for this construction

21   project on June 2nd, 2009.

22             MR. POLISHOOK:  Object to form, to what

23        "in effect" means.  He can answer.

24             MR. KULLER:  Let me withdraw the question

25        and ask another one.

1                    Isaac Rabinowitz

2        Q.    Why don't you tell me, Mr. Rabinowitz,

3   what drawings you were relying upon on June 2nd, 2009

4   on this project.

5             MR. JUDD:  Objection to form.

6             MR. POLISHOOK:  Objection to form.

7        Assumes facts not in evidence.  Can I have the

8        question again?

9             (The record was read by the reporter.)

10       A.    In other words, what Orange County is

11   supposed to perform?

12       Q.    The question is what drawings HSD was

13   utilizing and relying upon at the construction

14   project on June 2nd, 2009.

15            MR. POLISHOOK:  I will object to form.

16       Assumes facts not in evidence, that they relied

17       on any drawings.

18            MR. JUDD:  Objection.  You can ask him if

19       he sees in Exhibit 7 any drawings that he

20       recognizes as being used during the project

21       prior to the incident.

22       Q.    Do you see in Exhibit 7 any drawings that

23   HSD was relying upon on this construction project on

24   June 2nd, 2009?

25            MR. JUDD:  I object to "relying upon."

1                    Isaac Rabinowitz

2          If he can identify anything that's been used

3          during the project, prior to the accident, go

4          ahead and you can identify it.

5                    MR. POLISHOOK:  Same objection.

6          A.      There is two buildings.  Both of them

7     were constructed as per the drawings, the plan.

8                    MR. POLISHOOK:  Do you want to ask

9          specifically about this wall or generally about

10         the building?

11         Q.      Let me ask the question.  The building

12    I'm concerned about is Building A.  Which drawings

13    were being utilized by HSD at this construction

14    project on June 2, 2009, with respect to the

15    construction of the walls at Building A?

16                   MR. JUDD:  Objection.

17                   MR. POLISHOOK:  Objection.

18                   MR. JUDD:  Objection to the use of the

19         term "Building A" because I don't recall you

20         ever asking him anything about what Building A

21         is.

22         Q.      Did the accident occur in Building A,

23    Mr. Rabinowitz?

24         A.      Yes.

25         Q.      Now, the question is:  What drawings was

1          Isaac Rabinowitz

2    HSD utilizing and relying upon in connection with

3    Building A, in the construction work at Building A,

4    on June 2nd, 2009?

5              MR. POLISHOOK:  Objection to form.  Still

6         assumes facts not in evidence.

7              MR. JUDD:  Objection.

8         Q.    Please answer the question.

9         A.    We used everything.

10             MR. JUDD:  Let me go outside for one

11        minute.

12             (Recess taken.)

13        Q.    Was HSD relying upon drawings in

14   connection with the construction project as of June

15   2nd, 2009?

16             MR. JUDD:  Read that back, please.

17             (The record was read by the reporter.)

18             MR. JUDD:  Object to form.

19             MR. POLISHOOK:  Objection.

20        Q.    Yes or no, Mr. Rabinowitz?

21             THE INTERPRETER:  I need the question

22        read back.

23             (The record was read by the reporter.)

24        A.    With everything that was possible, there

25   was, and it showed we relied on other things.  We

1                    Isaac Rabinowitz

2      needed to take other details.

3           Q.     Do you see in the drawings that have been

4      marked today as Rabinowitz Exhibit 7 any of the

5      drawings that you were relying upon at the

6      construction project as of June 2nd, 2009?

7                    MR. JUDD:  Object to form.  You can

8           answer.

9           A.     What specifically do you want to know?

10          Q.     I want to know whether you see in front

11     of you any of the drawings that you were relying

12     upon.

13                   MR. POLISHOOK:  You want him to point

14          them out, right, Brett?

15                   MR. KULLER:  It's a yes or no answer.

16          A.     The buildings were constructed in such a

17     way.  The one who did work prior to me relied upon

18     these, yes.

19                   MR. JUDD:  You're talking about the

20          general contractor before you?

21                   THE WITNESS:  Yes.

22          Q.     Was HSD relying upon any of the drawings

23     that we're looking at right now as of June 2nd, 2009?

24                   MR. JUDD:  Objection to form.

25          A.     HSD in the end had to come in and repair

1          Isaac Rabinowitz

2    everything.  Nothing of this was worth anything.

3              MR. POLISHOOK:  Object to form.  Maybe

4         it's my fault.  Maybe they should have been

5         marked separately.  It's confusing the answer.

6         Q.    Is it your testimony, Mr. Rabinowitz,

7    that on June 2nd, 2009, HSD was not relying upon any

8    of the drawings contained within Exhibit 7 that we

9    are looking at right now?

10             MR. JUDD:  Object to form.

11        A.    I needed to rely upon them, but there

12   were repairs on each and every thing.

13        Q.    So the answer is, yes, there are drawings

14   in Rabinowitz Exhibit 7 that HSD was relying upon on

15   June 2nd, 2009?

16             MR. JUDD:  Object to form.

17        A.    Except those that we needed to repair.

18        Q.    When you say "repair," what are you

19   referring to?

20        A.    There was need to have repairs on the

21   steel.  There were certain things that we changed

22   into cement, from blocks to cement.

23        Q.    I would like you to --

24             THE INTERPRETER:  I don't think he

25        finished.

1          Isaac Rabinowitz

2          THE WITNESS:  I am finished.

3     Q.     With respect to the construction of the

4  walls at 50 North First Street, what drawings, if

5  any, in this pile, depict what the walls were

6  supposed to be composed of as of June 2nd, 2009?

7          MR. JUDD:  Object to form.

8          MR. POLISHOOK:  Object to form also.

9     Q.     Feel free to take as much time as you

10  need to look at these plans.

11     A.     There is another point I want to make

12  that I spoke of prior to this.  The wall that you're

13  asking about, as far as I remember, there was another

14  plan, and I don't see it.

15     Q.     Where did you get that plan from?

16     A.     I got it from Gold.  At that time I got

17  all the plans from Gold, except for when you brought

18  in Sharon.

19     Q.     And those plans that you obtained from

20  Gold that you don't see here today, do you still have

21  those?

22     A.     I looked for it and I couldn't find it.

23          MR. KULLER:  We call for production of

24          the plans that Mr. Rabinowitz is referring to

25          that were provided to him by Gold, that he

1          Isaac Rabinowitz

2          doesn't see.  I ask that those be produced.  As

3          of today, they haven't been produced.

4          A.    I looked at my place, I looked at Gold

5    and I couldn't find it.  I looked in the storage.

6          MR. JUDD:  Put your request in writing

7          and we will take it under advisement.

8          Q.    With respect to Rabinowitz Exhibit 7,

9    what I'm looking at right now is the cover sheet of

10   drawings that are dated August 3rd, 2009, listing an

11   architect named Aston Architecture, PC.  I'd like you

12   to please, Mr. Rabinowitz, look through these

13   drawings and tell me with respect to these specific

14   drawings whether you had seen these drawings prior to

15   June 2nd, 2009.

16          MR. JUDD:  Everything contained in that

17          or on the front page of that?

18          MR. POLISHOOK:  I object to form to the

19          extent the drawings are dated about two months

20          after the accident.  He can answer the question,

21          obviously.

22          MR. KULLER:  I just want to know if he

23          saw those before June 2nd, 2009.

24          MR. JUDD:  Object on the same ground.

25          A.    Yes.  Not only that, but I also asked

1                    Isaac Rabinowitz

2    Sharon and he also asked for a copy.  When I hired

3    Sharon, he asked me for a plan that -- for a plan

4    that I have.

5              MR. POLISHOOK:  Move to strike as

6         nonresponsive.

7         Q.    When you hired Mr. Sharon, he asked you

8    what plans you have possession of?

9         A.    Yes.  He wanted to know what took place

10   up until that day and then that way he would be able

11   to move forward.

12        Q.    And that was prior to June 2, 2009,

13   correct?

14        A.    Yes.

15        Q.    So this file of drawings -- why don't you

16   show me what you provided to Mr. Sharon prior to June

17   2nd, 2009.

18             MR. POLISHOOK:  If anything, because

19        you're referring to records that are two months

20        after.

21             MR. KULLER:  He testified he saw it prior

22        to June 2nd.

23             MR. POLISHOOK:  Read that again.

24             (The record was read by the reporter.)

25             MR. POLISHOOK:  I object as asked and

1           Isaac Rabinowitz

2     answered.

3           MR. JUDD: Objection.

4           MR. POLISHOOK: He can answer the

5     question. It's proper.

6     A.    All of it. This I gave. This he

7     certainly got.

8           MR. KULLER: Please let the record

9     reflect that Mr. Rabinowitz is testifying that

10    the drawings that were provided to Mr. Sharon

11    prior to June 2nd, 2009 are drawings that have

12    Demerara Engineering, PLLC noted and the

13    architect of record is Alan Patrick Bruton. The

14    mechanical engineer is AAA Omvraki Consulting,

15    P.C., and they are stamped March 28, 2008.

16          MR. POLISHOOK: Object to counsel's

17    characterization of testimony.

18          MS. NOREK-HATCH: Just so the record is

19    clear, this is from Rabinowitz Exhibit 7. These

20    particular plans were previously identified as

21    being dated 3/19/08, being Demerara, with the

22    first page being S-1 and the last page S-15.

23          MR. JUDD: Objection on the same grounds.

24          MS. NOREK-HATCH: They're originally

25    dated 3/19/08.

1        Isaac Rabinowitz

2        MR. KULLER:  That's correct.

3        Q.    I'd like you to show me, Mr. Rabinowitz,

4   in these drawings what pertains to construction of

5   the walls that were adjacent to 48 North First

6   Street.

7        MR. POLISHOOK:  I am just going to object

8        as far as the competence of the witness to do

9        that.  He testified he does not read English.

10       He also testified he is not an engineer.  I

11       don't think he has the competence to answer.  He

12       can answer over objection.

13       MR. JUDD:  I agree.  Same grounds.

14       MR. KULLER:  He testified he reads plans

15       all the time.  If he has a question about the

16       English, he asked a professional.

17       MR. POLISHOOK:  You're showing him plans

18       without the assistance of Mr. Dushinsky.

19       MR. KULLER:  Yes, I am, and I'm asking if

20       he sees specifications for construction of the

21       walls that were adjacent to 48 North First

22       Street.

23       MR. JUDD:  If there are any.

24       A.    I can't answer that.

25       Q.    Why can't you answer that?

1                    Isaac Rabinowitz

2          A.     I have to go over the entire file.  I

3     don't understand it.

4          Q.     When you say "go over the entire file,"

5     you mean the drawings that are sitting in front of

6     you?

7               MR. JUDD:  I object to the form of the

8          question.

9          A.     Yes.

10         Q.     Please take your time.  Take a look at

11    these drawings.  For the record, it's --

12         A.     Time will not help me.  I will have to

13    have somebody assist me to look at it and read this.

14               MR. JUDD:  You're asking him to read a

15          page of English when he testified he can't do

16          that.

17               MR. KULLER:  I'm asking him to show me in

18          the drawings where it shows the construction of

19          the concrete walls -- sorry, where it shows the

20          construction of the wall at 50 North First

21          Street.

22               MR. POLISHOOK:  I will object.

23         Q.     Mr. Rabinowitz, is it your testimony that

24    you can't tell from looking at the drawings what

25    pertains to the construction of the walls at 50 North

1                     Isaac Rabinowitz

2    First Street?

3          A.     No.  I don't understand.  I can't read

4    it.

5          Q.     When we took a break last time you

6    reviewed all the drawings.  You had a problem reading

7    all the drawings when we took a break?

8                MR. POLISHOOK:  Objection.

9          A.     I didn't read anything.  I just looked at

10   the details.

11         Q.     Okay.  And would the details tell you

12   anything with respect to the construction of the

13   walls?

14               MR. POLISHOOK:  Object to form.

15         A.     Not clearly.

16               MR. JUDD:  I object to the line of

17               questioning as to form and I object to the tone

18               of the questioning.

19         Q.     Was there one set of plans that provided

20   for the construction of the walls at 50 North First

21   Street to be cinderblock, yes or no?

22               MR. POLISHOOK:  Object to form.

23               MR. JUDD:  If you know.

24         A.     There were two plans.  One was showing

25   the blocks and Sharon was supposed to show the

1                    Isaac Rabinowitz

2    concrete.

3                    MR. POLISHOOK:  Objection to form.

4        Q.    Do you see the ones that show the

5    concrete?

6        A.    I remember that there was one that also

7    showed concrete, but I don't see it here.

8        Q.    Do you see the one that showed

9    cinderblocks?

10       A.    Yes.

11       Q.    Can you please· point it out for me?

12                   MR. POLISHOOK:  I am going to object to

13            form and competence again.

14       A.    No.  If somebody will be next to me and

15   show it to me and I can go over it, I can answer.

16                   MR. JUDD:  You don't recognize it on your

17            own?

18                   THE WITNESS:  Alone it would be detail.

19            Each little detail would change it.

20       Q.    Can you tell, Mr. Rabinowitz, from

21   looking at this drawing right here, which for the

22   record is A-012, stamped December 8, 2006, architect

23   of record, Alan Patrick Bruton;. engineer, Steven

24   Kaplan, can you tell me looking at this drawing, what

25   the walls were supposed to be composed of at 50 North

1                    Isaac Rabinowitz

2   First Street?

3              MR. POLISHOOK:  Objection.

4              MR. JUDD:  I object to form.

5              MR. POLISHOOK:  Same objection,

6         competence.

7         A.    Am I permitted to ask you a question?

8         Q.    Yes, of course.

9         A.    I don't understand what difference does

10  it make whether I do or do not recognize the walls on

11  this drawing.  The point is you are representing the

12  person who poured the concrete.  I invited that

13  person to do the work, pour the concrete, and he knew

14  that that was the work that he was supposed to

15  perform.

16        Q.    I have a question for you.  Did you

17  provide any of the drawings that you see here in

18  Rabinowitz Exhibit 7 to Orange County Superior

19  Concrete?

20        A.    I don't remember.  I really don't

21  remember.

22        Q.    Do you remember if you provided any

23  drawings to Orange County Superior Concrete?

24        A.    I don't remember if I gave them both or I

25  only gave him Sharon's.  I don't remember.  The

1                   Isaac Rabinowitz

2  bottom line is that he took the work to pour the

3  concrete and he performed concrete work.  The whole

4  thing happened because of him, so I don't understand

5  all this.

6          Q.     We will come back to this.

7               Do you ever enter into contracts that are

8  written in English before Mr. Dushinsky reads them to

9  you?

10               MR. JUDD:  Objection.

11          A.     No.

12               MR. TOBIN:  As him does he ever sign

13  contracts.

14          Q.     Do you ever sign contracts written in

15  English if Mr. Dushinsky does not explain them to

16  you?

17          A.     No.

18               MR. JUDD:  I believe that was asked at

19      his last deposition.

20          Q.     Do you ever enter into a contract on

21  behalf of HSD unless -- strike that.

22               Is it fair to say that you wouldn't enter

23  into a contract on behalf of HSD unless both you and

24  Mr. Dushinsky agree?

25               MR. JUDD:  I object to the form because I

1                    Isaac Rabinowitz

2       don't know what you mean.  Agree to what?

3                MR. KULLER:  Agree that they should enter

4       into a contract.

5       A.      Everything goes through Dushinsky.

6       Q.      So in all decisions made by HSD to enter

7    into a contract, there has to be agreement between

8    you and Dushinsky to enter into it.  Correct?

9                MR. JUDD:  Objection to form.

10      A.      Correct.

11      Q.      I am showing you what was marked at the

12   deposition of August 9th as Rabinowitz 1.  This is

13   your contract for Gold for this construction project.

14   Correct.

15      A.      Yes.

16      Q.      Was it modified at any time?

17      A.      No.

18      Q.      Were there any amendments or additions or

19   changes to the contract at any time?

20      A.      No.

21      Q.      Who supplied the form?  Was it Gold or

22   HSD?

23                MR. POLISHOOK:  Objection to form.

24       Sorry, I withdraw my objection.

25      A.      I don't remember.

1        Isaac Rabinowitz

2        Q.    At the top of the contract, it says "AIA

3    Document A-101-1997."  Have you used that form

4    before, that specific form for other construction

5    projects, such a contract?

6        A.    I don't know.

7        Q.    Have you used this form at any time after

8    the 50 North First Street project?

9        A.    I don't know, but as a general rule, I

10    never work for someone else.  We don't take work for

11    third parties.  We do everything on our own.  Several

12    other minor things we took on but, generally, we

13    don't take a third party.

14            MR. JUDD:  I'm sorry, can you read that

15        back.

16            (The record was read by the reporter.)

17        Q.    You said there were no modifications to

18    the contract, correct?

19        A.    No.

20            (Rabinowitz Exhibit No. 8, AIA Document

21        A-201-1997, was received and marked for

22        identification.)

23        Q.    Mr. Rabinowitz, I'm handing you what's

24    been marked as Rabinowitz Exhibit 8.  I'd like to

25    invite your attention to Rabinowitz 1.  Top of

1                    Isaac Rabinowitz

2    Rabinowitz 1 says "AIA Document A-201-1997.  General

3    conditions of the contract for construction is

4    adopted in this document by reference.  Do not use

5    with other general conditions unless this document is

6    modified."

7              This is the exhibit that I've handed you,

8    it's Rabinowitz 8, AIA Document A-201-1997.  My

9    question to you is:  Did you and Mr. Dushinsky review

10   this document at any time prior to signing

11   Rabinowitz 1?

12             MR. JUDD:  If you remember.

13        A.    I don't remember.

14        Q.    Have you ever utilized that form, AIA

15   Document A-201-1997 in connection with any other

16   construction project?

17        A.    I don't remember.

18        Q.    Were there any other contract documents

19   for this construction project between you and Gold,

20   other than Rabinowitz 1?

21        A.    No.

22             MR. JUDD:  Any other contracts you said?

23             MR. KULLER:  Contract documents.

24        Q.    You had testified a little while ago

25   about some inspections with respect to rebar at the

1                    Isaac Rabinowitz

2  construction project.  Are you sure that there was

3  any inspection of the rebar at the construction

4  project used with the pouring of the concrete walls

5  prior to June 2, 2009?

6              MR. POLISHOOK:  Objection to form.

7              MR. JUDD:  Objection.  Asked and

8         answered.

9       A.    I'm not certain, no.  I never said that

10  there definitely was.  I said perhaps there was an

11  inspection.

12      Q.    What leads you to say "perhaps there was

13  an inspection?"

14              MR. POLISHOOK:  Objection to form.

15              MR. JUDD:  Objection.

16              MR. POLISHOOK:  Speculative.

17      A.    I don't know for certain because I know

18  how Sharon operates.  Occasionally he does send

19  people on other jobs to inspect, so he might have

20  done that.

21      Q.    You're just not certain whether that

22  happened before June 2nd, 2009?

23              MR. JUDD:  Objection.

24              MR. POLISHOOK:  Objection.

25      A.    I don't know.

1              Isaac Rabinowitz

2        Q.     Have you ever served as -- strike that.

3               About how many construction projects has

4   HSD served as a general contractor for?

5               MR. JUDD:  When?

6               MR. KULLER:  At any time.

7               MR. JUDD:  At any time?  In what year?

8               MR. KULLER:  In his history at HSD.

9               MR. JUDD:  I certainly object.

10       Q.     All I want to know is about how many

11  construction projects HSD has worked on.

12              MR. JUDD:  Objection.

13       A.     I don't know.

14       Q.     More than ten?

15              MR. JUDD:  You're not giving him any time

16       period.  You're not asking for an average.

17       You're asking a question that's completely in a

18       vacuum.

19       Q.     Has HSD served as general contractor for

20  more than ten construction projects?

21              MR. JUDD:  When?

22              MR. KULLER:  It doesn't matter when.  He

23       is the president of HSD Construction.  He can

24       certainly testify as to how many jobs, in his

25       estimation, construction projects HSD has served

1           Isaac Rabinowitz

2     as general contractor.

3           MR. JUDD:  That they have ever done?

4           MR. KULLER:  Yes.

5     A.    I don't know.

6     Q.    More than ten?

7     A.    Perhaps.

8     Q.    More than 20?

9     A.    I don't remember.

10    Q.    Has HSD ever served as a general

11  contractor in connection with a contract for a

12  construction project that entailed the pouring of

13  walls similar to those poured at 50 North First

14  Street?

15          MR. JUDD:  Objection.

16          MR. POLISHOOK:  I will object too.

17    A.    We are involved, but I don't know what

18  difference it makes to you.

19    Q.    My question, Mr. Rabinowitz, is whether

20  HSD served as a general contractor for any

21  construction project where walls were being poured at

22  construction projects that were similar to the walls

23  that were poured at 50 North First Street.

24          MR. JUDD:  Objection.

25          MR. POLISHOOK:  I also object to the same

1          Isaac Rabinowitz

2      question.

3      A.     Something like this we never had before.

4  The main problem is that here we came in in the

5  middle and I had to correct the previous errors.   The

6  base wasn't good.   Today I'm doing buildings with

7  pouring of concrete from the top to the bottom.

8          MR. JUDD:  Just answer the question.

9          MR. KULLER:  Don't instruct the witness

10      while a question is pending.

11      A.     I make buildings out of steel.   I make a

12  lot of things.   Each thing is different, each one is

13  different.   But here the problem was that I came in

14  in the middle.   A lot of things were missing.

15      Q.     In fact, you came in in the middle and

16  things were missing and you said that there were, you

17  know, deficiencies and problems with the drawings.

18          In your opinion, did those issues factor

19  into this accident?

20          MR. JUDD:   Objection.

21          MR. POLISHOOK:   Objection to form,

22      competence.

23          MR. POLISHOOK:  He is not an expert.

24      A.     The problem here occurred because the

25  company never performed such work.   They did work in

1                    Isaac Rabinowitz

2  upstate foundations.

3       Q.     When you say "the company," you mean

4  Orange County?

5       A.     Yes.

6       Q.     How do you know exactly what type of work

7  Orange County was engaged in prior to this

8  construction project?

9       A.     I asked Joel Falkowitz and he admitted to

10 that.

11      Q.     That he had never done similar work to

12 that at 50 North First Street?

13      A.     That he never did work like that.

14      Q.     How come you hired them?

15      A.     It's a good question.

16      Q.     Do you have an answer?

17      A.     No.

18      Q.     Did it cause you concern that he didn't

19 have experience doing this type of work?

20            MR. POLISHOOK:  Objection to form.

21      A.     At that time I had no idea that he worked

22 without forms.  I thought he would work normally.

23            MS. NOREK-HATCH:  Would you read back the

24       question and answer.

25            (The record was read by the reporter.)

1                    Isaac Rabinowitz

2          Q.      And you knew prior to the time that you

3     hired Orange County that they didn't have any

4     experience doing this type of work?

5                    MR. POLISHOOK:  Object to form.

6                    MR. JUDD:  Objection to form.

7          A.      I didn't know exactly, no.

8          Q.      When did you find that out?

9          A.      When the accident happened.

10         Q.      And what did Mr. Falkowitz say to you?

11         A.      On the place, Mr. Falkowitz said that he

12    knows that he is responsible for the accident.  From

13    that time to this time, I had no idea that I will

14    have to spend all the days such as I am now doing

15    this.

16         Q.      You had no idea throughout the time that

17    Orange County was rendering services at North First

18    Street that no form was being used on the wall that

19    collapsed on that site.  Correct?

20                    MR. JUDD:  Objection to form.

21                    MR. POLISHOOK:  I object to form.  There

22               is no foundation.

23         A.      It's A, B, C.  He has the expertise.

24    He's the person who needs to know what to use and how

25    to use it.

1           Isaac Rabinowitz

2      Q.     Had you known that forms were not being

3  utilized, two-sided forms on the side of the wall

4  with 48 North First Street, would you have stopped

5  the work?

6      A.     Absolutely.

7           MR. JUDD:  Objection.

8      A.     Certainly.

9      Q.     Was it possible to use a form on the

10  side, on the wall where 48 North First Street

11  collapsed?

12           MR. POLISHOOK:  Objection to form.

13           MR. JUDD:  I object also because he is

14      not an expert.  He can't answer that question.

15           MR. POLISHOOK:  Same objection.  You can

16      still answer.  It's an objectionable question.

17           THE INTERPRETER:  What was the question?

18           (The record was read by the reporter.)

19      A.     It was possible it was necessary, but he

20  would have had to leave it inside.

21      Q.     Would it have been proper to leave wooden

22  forms inside after the concrete had dried?

23           MR. JUDD:  Objection.

24           MR. POLISHOOK:  Same objection.

25      A.     Why not?

1              Isaac Rabinowitz

2       Q.    Would it rot?

3       A.    But the wood doesn't hold it any longer.

4             MR. POLISHOOK:  Objection to form.  There

5       was no testimony there was wood forms.

6             MR. JUDD:  Objection.

7       Q.    In your opinion, it would be proper to

8  leave the forms inside the wall.  Is that correct?

9             MR. JUDD:  Objection to form.

10      A.    Seemingly, yes.

11            MR. POLISHOOK:  Same objection.

12      Q.    Is there a specific type of form that

13  would have been most proper to use on this type of

14  wall?

15            MR. JUDD:  Objection.

16      A.    I don't know.

17      Q.    Had you worked on a construction project

18  where a two-sided form was used like you're

19  suggesting one should have been used here?

20            MR. JUDD:  Objection to form.

21      A.    No.

22      Q.    So you've never been involved with a

23  construction project where you were pouring a

24  concrete wall adjacent to another building?

25            MR. JUDD:  Objection.

1          Isaac Rabinowitz

2     A.     The wall itself, not, but poles, yes.

3     Q.     I don't understand what you mean by

4  poles.  Can you please explain?

5          THE INTERPRETER:  Columns instead of

6     poles.

7     A.     Columns.  There was work on sites that I

8  worked on that I saw the neighbor left columns, forms

9  that he constructed.

10    Q.     Have you ever been involved in a

11 construction project where the concrete that was

12 being poured was poured directly against an adjacent

13 building?

14    A.     Not concrete walls.

15    Q.     When during the course of Orange County's

16 pouring of the walls -- when I say "walls," I'm

17 talking about the walls adjacent to 48 North First

18 Street.

19          When do you believe an inspection of that

20 work should have taken place?

21          MR. JUDD:  Objection.

22          MR. POLISHOOK:  Objection.  Calls for

23     legal conclusion, lack of foundation, et cetera.

24    A.     During that period, I don't know what the

25 Building Department's rules were.  I don't know.

1           Isaac Rabinowitz

2      Q.      Should any inspection have taken place?

3           MR. POLISHOOK:  Objection to form.  He is

4      not an expert.

5           MR. JUDD:  Objection.  Same objection.

6      Q.      You can answer.

7      A.      Today the Building Department obligates

8      that.  At that time it was a little green.  If you

9      had to do -- we had to make a little hole in the wall

10     and take out some concrete, send it to a laboratory

11     and they would see if it's the right thing or not.

12     Q.      What lab?

13          MR. JUDD:  I said answer what you're

14     asked.

15          MR. KULLER:  There is a question pending.

16          MR. JUDD:  It was after he answered your

17     question.

18     Q.      At what point in time was concrete sent

19     to a laboratory to be tested?

20          MR. POLISHOOK:  I am going to object to

21     form.  There is no foundation.

22     A.      At the end of the project.

23     Q.      I'm talking about with respect to the

24     pouring of the walls at 50 North First Street.  Are

25     you sure that at some point in time the concrete was

1                    Isaac Rabinowitz

2    sent to a lab to be tested?

3              MR. POLISHOOK:  Objection to form.

4         That's not what he testified.

5         A.    Yes.  Before they were supposed to

6    take -- before they give a C of O.  It was supposed

7    to be taken before that time.

8         Q.    Who would have been responsible for doing

9    that?

10             MR. POLISHOOK:  Objection to form.

11             MR. JUDD:  Objection as well.

12        A.    I don't understand.  What difference does

13   it make in regard to all of this incident?

14        Q.    Who would have taken that concrete to be

15   tested?  Whose job was that at this construction

16   project?

17             MR. POLISHOOK:  Objection.  Calls for

18        legal conclusion based on a contractual issue.

19        It's not a proper question.

20             MR. JUDD:  Yes, exactly.

21             MR. POLISHOOK:  Irrelevant also.

22             MR. JUDD:  Yes, it's irrelevant.

23        A.    You got your answer.  I don't have what

24   to say.

25             MR. KULLER:  Please repeat the question.

1      Isaac Rabinowitz

2          (The record was read by the reporter.)

3      A.    What difference does it make?  If I would

4   have been the one and it wasn't right, I would go

5   with him to court that he wasn't doing the right

6   thing.

7      Q.    All I want to know is whose job it was at

8   the construction project to take the testing to the

9   lab.

10          MR. JUDD:  Objection.

11          MR. KULLER:  I still haven't got an

12       answer.  It's objected to and it's still pretty

13       simple, whose job it was at the construction

14       project to send the concrete to be tested at the

15       laboratory.

16          MR. POLISHOOK:  Objection.

17      A.    As a general rule, we are supposed to

18   get -- before any job is done, we are supposed to get

19   a detailed list of what is going to be used and how

20   it's going to be used.  And then if anything is

21   amiss, then we hire a company to take out the

22   concrete and have it tested.  If there is anything

23   wrong, then I would take him to court.

24          THE INTERPRETER:  Is that what you said?

25       Am I right?

1              Isaac Rabinowitz

2          THE WITNESS:  Yes.

3          THE INTERPRETER:  There are other things

4      that he said that it wasn't as detailed as it is

5      now.  It wasn't a requirement such as it is now

6      by the Building Department at that time.  At

7      that time it wasn't -- there wasn't such a

8      strong requirement to have more details as there

9      is now.

10         Q.    At that time, was there any requirement

11     that the form work should have been inspected at any

12     time at the construction project?

13         MR. JUDD:  Objection.

14         MR. POLISHOOK:  Objection.  You're

15     calling for a legal conclusion, for either the

16     Department of Buildings code or legal matters.

17     It's not a proper question.

18         MR. KULLER:  He served as general

19     contractor for the construction project.

20         MR. POLISHOOK:  He can answer.

21         A.    I don't know.

22         Q.    Should there have been any type of

23     quality control conducted with respect to the

24     concrete work?

25         MR. JUDD:  Objection.

1          Isaac Rabinowitz

2          MR. POLISHOOK:  Objection to form.

3     A.    I don't know.

4     Q.    Was Mr. Dushinsky the superintendent of

5  construction for this construction project?

6     A.    Yes.

7     Q.    As superintendent of construction, what

8  were Mr. Dushinsky's obligations?

9     A.    He would come and inspect the safety and

10  all those sorts of things.

11          MS. NOREK-HATCH:  Would you read back the

12     answer.

13          (The record was read by the reporter.)

14     Q.    Do you know whether there were any

15  controlled inspections conducted with respect to the

16  construction project?

17     A.    I don't know.

18     Q.    Whose job would it be to schedule a

19  controlled inspection with respect to this

20  construction project?

21          MR. POLISHOOK:  Objection to form.

22          MR. JUDD:  Objection.

23     A.    Again, one of the issues here is that I

24  came in in the middle.  Maybe there were some done

25  before.  I don't know.

1  Isaac Rabinowitz

2  Q.    My question is, whose job is it at the

3  construction project to schedule the controlled

4  inspections?

5  A.    If you're asking me as of today, when I

6  do other construction work and so forth, the person

7  who does the concrete takes care of the concrete and

8  also does the quality control.

9  Q.    With respect to the construction project

10  at 50 North First Street, was that the case, that

11  Orange County was responsible for scheduling the

12  controlled inspections?

13  MR. POLISHOOK:  Objection.

14  A.    I can't speak of something I don't know

15  of.  They didn't speak of it, so I don't know.

16  Q.    Did you have any discussion with Orange

17  County regarding inspection of their work?

18  A.    I don't know.

19  Q.    Did you have any representative from HSD

20  who was inspecting the work that Orange County was

21  performing?

22  A.    No.

23  Q.    Is there anything about this construction

24  project that Mr. Dushinsky may know that you don't

25  know?

1          Isaac Rabinowitz

2          MR. JUDD:  Objection.  Calls for

3     speculation.

4          A.    No.

5          Q.    The only individuals on behalf of HSD

6     that were ever present at the construction site were

7     you, Dushinsky and Vitriol?

8          A.    Yes.

9          Q.    What was Mr. Vitriol's title?

10          MR. JUDD:  That was asked and answered at

11     his initial deposition, I believe.

12          A.    I said -- I already spoke of that a few

13     times.  He was the man on the scene.  He was the man

14     in the field who took care of all the workers who

15     might have been around the area to clean, do lighting

16     and so on.

17          Q.    Did you have any duties with respect to

18     Orange County's work?

19          MR. JUDD:  Objection.

20          A.    Just I knew when he was supposed to come

21     and I was in contact with him telephonically and I

22     knew whether they came, whether they were working or

23     not working.

24          Q.    Did you tell Orange County that if they

25     had specific questions they should deal with Sharon

1                    Isaac Rabinowitz

2     directly?

3                    MR. POLISHOOK:  Objection to form.

4          A.    Yes.

5          Q.    Did you ever have any discussion with

6     Mr. Sharon about using the wall of 48 North First

7     Street as a form?

8                    MR. POLISHOOK:  Objection to form.

9                    THE INTERPRETER:  I can't concentrate.

10         When I get interrupted, I lose my concentration.

11         I need to hear the question again.

12                   (The record was read by the reporter.)

13                   MR. POLISHOOK:  Objection.

14         A.    No, not me.

15         Q.    So is it fair to say you hired Orange

16    County Superior Concrete and you didn't give them any

17    direction or detail about how to perform the work?

18                   MR. JUDD:  Objection.

19         A.    Yes.

20         Q.    And if Orange County had any questions

21    whatsoever, they were supposed to ask Sharon,

22    correct?

23                   MR. POLISHOOK:  Objection to form.

24         A.    Yes.

25         Q.    Is there anyone other than Mr. Sharon

1              Isaac Rabinowitz

2 that Orange County should have spoken with if Orange

3 County had any questions about the details of its

4 work?

5          MR. POLISHOOK:  Objection to form.

6     Speculative question.

7    A.    No.

8    Q.    Did you ever have any discussion with

9 Orange County about using the wall of 48 North First

10 Street as a form?

11          MR. JUDD:  Asked and answered.

12          MR. POLISHOOK:  Objection.  You asked

13     that three questions ago.

14    A.    I said before no.

15          MR. JUDD:  Correct.  He said that.

16    Q.    Do you know whether Mr. Vitriol had any

17 discussion with Orange County regarding Orange

18 County's work?

19    A.    I don't know.

20    Q.    What other subcontractors were hired at

21 this construction project?

22          MR. JUDD:  By him?

23          MR. KULLER:  Yes, by HSD.

24    A.    At that time the framer began and the

25 carpenter.  The same thing.  It's the same thing.

1           Isaac Rabinowitz

2           Q.      We will refer to them as the carpenter

3     or -- not carpenter.  Were there other subcontractors

4     hired by HSD?

5           A.      The plumber.

6           Q.      Carpenter, plumber.  Anyone else?

7           A.      Electrician.  There was an electrician,

8     but he was there before me.

9           Q.      Did the electrician perform any work

10    while HSD was serving as the contractor?

11          A.      No.

12          Q.      Was the carpenter performing services at

13    the construction project while HSD was serving as

14    general contractor?

15          A.      Yes.

16          Q.      And the plumber, was the plumber

17    performing work while HSD was serving as the general

18    contractor?

19          A.      Yes.

20          Q.      Did HSD give the carpenter or the plumber

21    any instructions about how to perform the details of

22    their work?

23          A.      No.

24          Q.      So with respect to all the subcontractors

25    at the construction project, HSD never gave any

1          Isaac Rabinowitz
2    directions to the subcontractors about details of
3    their work.   Is that correct?
4              MR. JUDD:  Object to form.
5        A.     Correct.
6              MR. KULLER:  Let's take a quick break.
7              (Recess taken.)
8              MR. KULLER:  Do we have the last question
9    answered?
10             (The record was read by the reporter.)
11       A.     Each one gets a plan.  Each one knows
12   what he is supposed to do.  The one thing that we are
13   taking care of on a daily basis is the safety.
14             MR. JUDD:  Please read that again.
15             (The record was read by the reporter.)
16       Q.     Who at the construction project was in
17   charge of safety?
18             MR. POLISHOOK:  Objection to form.
19             MR. JUDD:  Object to the form too.
20       A.     Each place is a different person.
21       Q.     I'm talking about 50 North First Street.
22             MR. POLISHOOK:  I still object.
23       A.     I don't see Vitriol.
24       Q.     What was the plan that was provided to
25   Orange County Superior Concrete?

1          Isaac Rabinowitz

2               MR. POLISHOOK:  Objection to form.

3          Safety plan?

4          A.    I don't see -- he is taking care of all

5     the safety issues, such as there shouldn't be

6     blocked -- the stairs should be safe and so forth,

7     but the answer is "nothing" to your question.

8               MS. NOREK-HATCH:  I don't think he

9          understood the question.

10              MR. KULLER:  He said a plan is given.

11              MS. NOREK-HATCH:  I think the witness is

12         thinking you were talking about the safety plan.

13         Q.    Mr. Rabinowitz, when you say that a plan

14    is given to each of the subcontractors, do you mean a

15    safety plan?

16         A.    The architect has the plan of how it

17    should be built, the steel guy gets the plan for the

18    steel, and if we have blocks, it's windows.  If we

19    have brick windows, it's windows.  Everybody gets his

20    plan.  Steel is steel.

21         Q.    What exact plans were provided to Orange

22    County?

23         A.    He got the plans that we got.  Perhaps he

24    got plans from Sharon.  I don't remember.

25              MR. POLISHOOK: Objection.  Move to

1        Isaac Rabinowitz

2        strike to the extent "the plan" is vague and

3        plans have been identified.

4        Q.      When you say the plans from Sharon, are

5   you referring to the second page of Rabinowitz 3?

6        A.      When I speak of plans, I am speaking of

7   these plans (indicating).

8        Q.      You're referring to the plans that are

9   marked as Rabinowitz Exhibit 7?

10       A.      Yes.

11       Q.      In addition to plans that may be

12  contained within Rabinowitz 7, was the second page of

13  Rabinowitz 3 also provided to Orange County?

14              MR. POLISHOOK:  I am just going to object

15       to form.  Don't put your hand in my face that

16       way, like you're going to hit me.

17              MR. JUDD:  You're continuing to --

18              MR. KULLER:  You're interrupting the

19       witness.

20              MR. POLISHOOK:  I need to object to form

21       before he answers.  My objection is to your

22       question, not his answer.  It's completely

23       inappropriate and unprofessional behavior.

24       Q.      What was the answer?

25              THE INTERPRETER:  I don't need to hear it

1                    Isaac Rabinowitz
2          again.  I know the question.
3          A.    I don't know whether that was included or
4     not.  Perhaps he asked it and he did it for him.  I
5     don't know whether that was included in the plan.
6          Q.    Who provided the plans to Orange County?
7                 MR. POLISHOOK:  Objection to form.  What
8          plans?
9          A.    I did.
10         Q.    Are you saying that you're not sure
11    whether or not you provided the second page of
12    Rabinowitz 3 to Orange County?
13                MR. POLISHOOK:  Objection to form.  Asked
14         and answered.
15                MR. JUDD:  Objection.  Asked and
16         answered.  He just said he didn't remember.
17         A.    I answered before.
18         Q.    Is your answer you don't remember,
19    Mr. Rabinowitz?
20                MR. POLISHOOK:  Objection to form.
21                MR. JUDD:  Asked and answered.
22         A.    What I said is that I don't know as a
23    result of what did Sharon do it.  I don't know who
24    asked for it.  I don't know.
25         Q.    All I'd like to know, Mr. Rabinowitz, is

1            Isaac Rabinowitz

2  Rabinowitz Exhibit 3 and the plans that are sitting

3  here marked as an exhibit, Rabinowitz Exhibit 7, if

4  you know which specific plans were provided to Orange

5  County.

6       A.    You're going over and over again the same

7  thing.  What I know is that he got this plan that's

8  on table here.  He might have gotten plans, prior

9  plans to it, and this one over here, I don't know.

10            MR. POLISHOOK:  I'm just going to object

11         to the fact it didn't state a time period.  Like

12         certain plans within Exhibit 7 postdate the

13         incident, but you may want to clear things up

14         for a clear record.  "That plan," it's not

15         identified.

16            MR. JUDD:  He didn't remember about

17         Number 3.

18       Q.    Mr. Rabinowitz, I'm not trying to be

19  difficult with you.  All I'm really trying to

20  understand is if you know which specific documents

21  you provided to Orange County.

22       A.    That's what I'm saying.  I'm saying I

23  gave him a set with Mr. Sharon and maybe he also got

24  prior ones.  That, I don't know.

25       Q.    When you say the set with Mr. Sharon, is

```
1                    Isaac Rabinowitz
2      that set on the table right now?
3           A.    Yes.
4           Q.    Can you just please point it out for me?
5                 MR. POLISHOOK:  I am going to object to
6           form.  Time frame wasn't specified.  It looks
7           like the witness may be identifying something
8           that postdates the incident, so I'm not sure
9           what the significance is.
10          Q.    Mr. Rabinowitz, you're referencing the
11     plans I'm pointing to right now.  Is that correct?
12          A.    Yes.
13          Q.    These are the plans you're saying were
14     provided to Orange County?
15                MR. POLISHOOK:  Objection to form.  You
16          should identify what you're speaking about.
17                MR. KULLER:  I will.
18          A.    Perhaps there are -- there might be
19     revisions that Sharon did later on, but as you could
20     see here, there are two dates here.  One was prior to
21     it, and then perhaps he amended or changed some
22     things, so there is another date.
23                MR. JUDD:  Can you please point out to
24          Mr. Rabinowitz that the plans he is pointing to
25          have two dates on them?
```

1            Isaac Rabinowitz

2            MR. POLISHOOK:  Three dates.

3            MR. JUDD:  Please show him June 12, 2009.

4      Q.    Please point to June 16, 2009 and July

5  1st, 2009.  Do you understand, Mr. Rabinowitz, that

6  the accident happened on June 2nd, 2009?

7            MR. JUDD:  He said that's why there might

8       be a revision.

9            MR. POLISHOOK:  They haven't been

10      produced, though.  None of that has been

11      produced.  There are none.

12      Q.    Do you understand, Mr. Rabinowitz, what I

13  am asking?

14      A.    I understand.

15      Q.    Mr. Rabinowitz, are you saying that --

16            MR. KULLER:  So the record is clear,

17      Mr. Rabinowitz is referring to plans, the first

18      page which is S-001.01, General Notes, Sharon

19      Engineering, PC, with the date of July 1, 2009,

20      the first date on the top right corner.

21      Q.    Mr. Rabinowitz --

22            MS. NOREK-HATCH:  Top right corner, the

23      date the plans apparently were drawn is .6/12/09.

24      Q.    Are you saying that these plans that we

25  are speaking about right now may have been revised

1              Isaac Rabinowitz

2   plans and that different plans were provided to

3   Orange County?

4              MR. POLISHOOK:  Objection to form.

5        That's speculative and not a proper question.

6              MR. JUDD:  Objection.

7              MR. KULLER:  I'm trying to understand

8        what he is saying.

9              MR. POLISHOOK:  Ask a proper question.

10       It's testimony, not a question.

11             THE INTERPRETER:  I'm sorry, you hired

12       me.  I am very well paid and I want to do my

13       job.

14       A.    It's possible that the amended changes

15  were made after the incident, but the dates that he

16  made changes are here.

17       Q.    Do you believe you may have the set that

18  you actually provided to Orange County?

19             MR. POLISHOOK:  Objection to form.  There

20       is no testimony he definitely provided anything

21       else to Orange County.  It's just speculative.

22             MR. JUDD:  Objection.  Same reason.

23             MS. NOREK-HATCH:  Can I ask a question?

24             MR. KULLER:  Let him answer the question

25       first.

1          Isaac Rabinowitz

2     A.     I gave everything I had.

3     Q.     You gave everything you had to your

4  attorney?

5     A.     Yes.  I think so, yes.  From that time I

6  left many things in the old office that I felt

7  weren't necessary or anything.  At that time I had no

8  idea that I needed to hold on to things, that I was

9  going to get into complications.

10          MS. NOREK-HATCH:  Mr. Rabinowitz, I just

11          want to ask you one question about this.  As

12          best you recall, before the accident, had you

13          seen written plans that were prepared by

14          Mr. Sharon?

15          MR. POLISHOOK:  Object to form.

16          THE WITNESS:  As far as I remember, yes.

17          MS. NOREK-HATCH:  Thank you.

18          MR. JUDD:  It's now 5:00 o'clock and I am

19          going to stop the deposition because my client

20          has been produced for almost two complete days

21          and I am not at this point going to allow him to

22          testify any further.  We have been told by

23          counsel that there is at least two more hours of

24          questioning that has not been done yet, counsel

25          for Orange County.  So I'm going to end the

1      Isaac Rabinowitz

2    deposition at this point.

3         MR. KULLER:  I will just say for the

4    record that counsel's position is that he is

5    ending the deposition.  I say that there is no

6    way that I've asked more than two hours of

7    questions between the two days of depositions

8    that have been conducted in this action.

9         On the first day of the deposition that

10   was conducted in this action I didn't have the

11   opportunity to ask any questions.  It's our

12   position that I'm certainly within my rights to

13   finish my deposition.  So what I'm going to do

14   is I'm going to make a telephone call to Gail

15   Ritzert, who I understand is the partner in

16   charge of this case.  I am going to ask her to

17   advise me in writing whether or not she will

18   agree to produce Mr. Rabinowitz to finish his

19   deposition.  And if the answer is no, then we

20   will make the appropriate application to the

21   Court so that I can have the opportunity to

22   finish the deposition and so that any attorneys

23   that have followup questions can ask questions.

24        Before we end the deposition, I can

25   represent it will take no more than five minutes

1            Isaac Rabinowitz

2    now.  I would like to ask him about the

3    subcontract between Orange County and HSD.

4            MS. NOREK-HATCH:  I would like to say

5    that contrary to counsel's representations,

6    although the attorneys have been here for two

7    full days, we definitely have not gotten two

8    full days of testimony.  First date of testimony

9    really amounted to perhaps no more than than two

10   and a half to three hours of testimony and

11   perhaps there was a total of about two and a

12   half hours today.

13           We have a difficult situation with the

14   Hebrew interpreter as well, in addition to

15   multiple parties.  I do believe every party has

16   a right to have a reasonable amount of time to

17   question this very important witness and we have

18   not had any opportunity to ask any questions

19   yet.

20           Therefore, I request this witness be

21   reproduced for a reasonable amount of time, if

22   we need to agree on one for the remaining

23   testimony to take place.

24           MR. POLISHOOK:  We just reserve our right

25   to any followup questions based on testimony

1      Isaac Rabinowitz

2      after our initial questioning.

3          MR. KULLER:  We also say we're reserving

4      rights based on the fact that we feel there is

5      probably additional documents that haven't been

6      produced, that we are entitled to, that we would

7      like to question the witness on.  I didn't have

8      an opportunity to question the witness on the

9      contract he entered into between the witness and

10     my client.

11         MR. TOBIN:  I am Edward Tobin, attorney

12     for plaintiff.  As far as plans are concerned,

13     this deposition is complete.  However, if an

14     additional day of deposition testimony is

15     granted, like counsel, we are reserving our

16     rights to conduct examination with followup

17     questions based upon any further testimony

18     given.

19         In addition, as we are now making formal

20     request for the witness to come back for another

21     day, we are advising that we will not pay the

22     costs associated with another day of testimony.

23         We also ask that whatever records

24     Mr. Rabinowitz has that he is referring to,

25     drawings that were provided by Mr. Sharon, to

1              Isaac Rabinowitz
2        the extent there are any that haven't been
3        produced, that they please be produced.
4              MR. POLISHOOK:  We have produced all of
5        the Sharon documents Mr. Rabinowitz testified
6        to.
7              MR. KULLER:  We are adjourned.
8              (TIME NOTED: 5:00 p.m.)
9
10
11

12                            _____
                             ISAAC RABINOWITZ
13
14   Subscribed and sworn to before
15   me this_____ day of_____, 2012.
16
17   _____

     NOTARY PUBLIC SIGNATURE
18
19
20

     _____
21   NOTARY PUBLIC of the State of: _____
22   My Commission expires:_____, 20___.
23
24
25      Job No. NJ1337053

STATE OF NEW YORK      )   Page _____ of ____

                       )  ss:

COUNTY OF NEW YORK     )

    I wish to make the following changes, for the following reasons:

PAGE LINE

____ ____     CHANGE: _____

            REASON:  _____

____ ____     CHANGE: _____

            REASON:  _____

____ ____     CHANGE: _____

            REASON:  _____

____ ____     CHANGE: _____

            REASON:  _____

____ ____     CHANGE: _____

            REASON:  _____

____ ____     CHANGE: _____

            REASON:  _____

____ ____     CHANGE: _____

            REASON:  _____

____ ____     CHANGE: _____

            REASON:  _____

_____      _____

        WITNESS' SIGNATURE                DATE

Job No. NJ1337053

1

2                     Page _____of_____

3    ____ ____    CHANGE: _____

4                 REASON: _____

5    ____ ____    CHANGE: _____

6                 REASON: _____

7    ____ ____    CHANGE: _____

8                 REASON: _____

9    ____ ____    CHANGE: _____

10                REASON: _____

11   ____ ____    CHANGE: _____

12                REASON: _____

13   ____ ____    CHANGE: _____

14                REASON: _____

15   ____ ____    CHANGE: _____

16                REASON: _____

17   ____ ____    CHANGE: _____

18                REASON: _____

19   ____ ____    CHANGE: _____

20                REASON: _____

21   ____ ____    CHANGE: _____

22                REASON: _____

23   _____    _____

24        WITNESS' SIGNATURE           DATE

25   Job No. NJ1337053

1

2                  C E R T I F I C A T E

3

4    STATE OF NEW YORK )

5                    :   SS:

6    COUNTY OF KINGS   )

7

8                I, HANNA ROTH, a Shorthand

9    Reporter and Notary Public within and for the State

10   of New York, do hereby certify:

11               That ISAAC RABINOWITZ, the witness

12   whose deposition is hereinbefore set forth, was duly

13   affirmed by me, and that such deposition is a true

14   record of the testimony given by such witness.

15               I further certify that I am not related

16   to any of the parties to this action by blood or by

17   marriage, and that I am in no way interested in the

18   outcome of this matter.

19               IN WITNESS WHEREOF, I have

20   hereunto set my hand this 27th day of September 2012.

21

22

                    _____

23                  HANNA ROTH

24

25

**&**

**&** 138:10 139:3,7,21
139:23 151:20
198:5,23

**0**

**000** 217:15
**001.00** 171:12
**001.001** 171:22
**001.01** 261:18
**012** 230:22
**024** 171:8
**07039** 139:14

**1**

**1** 171:19 226:22
233:12 234:25
235:2,11,20 261:19
**10** 140:11 170:7,19
**10001** 139:9,19
**10018** 139:24
**101-1997** 234:3
**10123** 139:4
**1065** 138:15 139:23
**10:45** 138:17
**11** 138:7 152:13
170:8
**12** 138:16 171:23
261:3
**1400** 139:4
**142** 140:4
**15** 140:18 171:20
179:20 226:22
**151** 140:17
**16** 261:4
**170** 140:10,11
**192** 140:18
**193** 140:5
**1:15** 193:7
**1st** 261:5

**2**

**2** 180:11 196:10
212:12,19 214:6
215:3,21 216:9,17
216:22 217:7

219:14 225:12
236:5
**20** 140:12 180:4
238:8 267:22
**2006** 217:16 230:22
**2008** 226:15
**2009** 143:8,11 153:8
154:20 171:23
176:25 179:20
196:10 209:6 210:6
212:12,19 213:24
214:6 215:4,22,25
216:9,17,22 217:7
217:21 218:3,14,24
219:14 220:4,15
221:6,23 222:7,15
223:6 224:10,15,23
225:12,17 226:11
236:5,22 261:3,4,5
261:6,19
**201-1997** 140:12
234:21 235:8,15
**201.001.** 171:22
**2012** 138:16 152:11
201:11 267:15
270:20
**212** 139:5,9,24
**223** 140:20
**23** 140:20
**234** 140:12
**237** 139:18
**24** 143:5
**27th** 270:20
**28** 226:15
**2:00** 193:8
**2nd** 143:11 213:7,9
213:16,24 215:24
217:21 218:3,14,24
220:4,15 221:6,23
222:7,15 223:6
224:15,23 225:17
225:22 226:11
236:22 261:6
**2o1-1997** 235:2

**3**

**3** 152:10,23 153:14
153:20 154:2 155:3
155:14 156:13
157:5,6,13,18,21,25
158:8 162:10,16
163:2 165:22
179:10,12,21 180:2
187:15 188:25
189:5,14,19 190:9
190:22 199:4
201:12 212:5
214:12 257:5,13
258:12 259:2,17
**3/19/08** 226:21,25
**3/20/06** 171:8
**3/9/08** 171:19
**30** 176:25
**3427** 138:7
**35th** 139:18
**3rd** 224:10

**4**

**4** 140:17 155:19
156:9,12,25 158:19
158:24 159:7
162:19,25 165:22
179:10,12,22
180:21
**450** 139:4
**48** 164:23 165:25
166:6 167:10
173:12 180:3 191:9
192:7 193:18 204:8
204:19 207:4 227:5
227:21 242:4,10
244:17 252:6 253:9
**488-1598** 139:24
**4th** 139:18

**5**

**5** 176:25 177:21
**50** 148:21 193:17
194:15 202:5,9
203:21 210:24

223:4 228:20,25
229:20 230:25
234:8 238:13,23
240:12 245:24
250:10 255:21
**564-6633** 139:9
**5:00** 263:18 267:8

**6**

**6** 140:4 177:4,7,10
177:23
**6/12/09** 261:23
**651** 139:13

**7**

**7** 140:10 170:4,9,15
171:17,21 172:4
173:6,10 190:18,22
214:16,20,24 217:2
217:11 218:19,22
221:4 222:8,14
224:8 226:19
231:18 257:9,12
259:3,12
**7a** 140:11 170:5,10
170:15

**8**

**8** 140:12 180:6
217:16 230:22
234:20,24 235:8
**8/3/09** 171:12
**8/9/12** 176:25 177:4
**8/9/2012** 155:19
**800** 139:23
**875** 139:8
**8th** 142:13

**9**

**9** 140:5,10 152:11
201:11
**947-1999** 139:5
**973** 139:14
**994-2500** 139:14
**9th** 142:13 201:5
233:12

**a**

**a.m.** 138:17
**aaa** 226:14
**ability** 143:8
**able** 205:5 225:10
**abrams** 139:17
  193:12
**abrutyn** 139:12
  142:12
**absolutely** 242:6
**accepted** 163:15
  173:20
**accident** 143:15,23
  149:23 165:23
  171:15 177:18,20
  181:8 182:12
  184:14 185:4
  191:12 192:13
  194:3,6 196:7
  202:22 203:4
  204:12,14 206:5,15
  208:8,10 213:11
  219:3,22 224:20
  239:19 241:9,12
  261:6 263:12
**accomplish** 203:16
**accurate** 148:19
  170:19
**accurately** 199:25
**action** 264:8,10
  270:16
**actual** 169:8
**addition** 257:11
  265:14 266:19
**additional** 156:11
  156:14 192:21
  266:5,14
**additions** 233:18
**adjacent** 144:3
  164:23 165:25
  166:6 167:10
  173:12 180:8,16,19
  191:9 192:7 193:18
  202:21 204:7,18

207:13 227:5,21
  243:24 244:12,17
**adjourned** 267:7
**admitted** 240:9
**adopted** 235:4
**advise** 264:17
**advisement** 151:9
  193:6 224:7
**advising** 266:21
**affect** 143:7
**affirmed** 142:7
  270:13
**afternoon** 193:10
**ago** 235:24 253:13
**agree** 181:9 188:9
  227:13 232:24
  233:2,3 264:18
  265:22
**agreed** 141:3,7,10
  179:4 195:18 233:7
**agreement** 150:16
  179:4 195:18 233:7
**ahead** 150:25
  159:22 166:8
  197:18 219:4
**aia** 140:12 234:2,20
  235:2,8,14
**alan** 171:5 217:14
  226:13 230:23
**alcoholic** 143:6
**allow** 263:21
**allowed** 180:18
**amended** 260:21
  262:14
**amendments** 233:18
**americas** 138:15
  139:8,23
**amiss** 247:21
**amount** 180:18
  265:16,21
**amounted** 265:9
**answer** 142:18,18
  142:21 143:2
  146:16 148:13
  150:6,25 152:19
  156:4,6,20 158:17

158:18 159:21,23
  162:13 163:24
  164:2,10,11 165:14
  172:9 173:15
  174:10,12,25
  178:13 179:7
  189:10 197:10
  199:8,25 200:7
  203:13 204:10
  208:12,13 209:21
  210:11 212:10
  216:5 217:23 220:8
  221:8,15 222:5,13
  224:20 226:4
  227:11,12,24,25
  230:15 239:8
  240:16,24 242:14
  242:16 245:6,13
  246:23 247:12
  248:20 249:12
  256:7 257:22,24
  258:18 262:24
  264:19
**answered** 158:11
  168:19 174:24
  179:8 191:3 195:8
  199:8 203:19 226:2
  236:8 245:16
  251:10 253:11
  255:9 258:14,16,17
  258:21
**answers** 142:4
  187:13 205:22
  257:21
**antithesis** 214:22
**anybody** 194:11
  200:9 212:12
**apartment** 180:20
**apparently** 261:23
**application** 152:2
  264:20
**applications** 198:9
**appreciate** 174:12
  190:5

**appropriate** 152:2
  174:22 199:10
  264:20
**approval** 181:5
**approximately**
  180:4
**architect** 171:10
  173:24,24,25
  208:19 216:21,23
  217:5,11 224:11
  226:13 230:22
  256:16
**architects** 176:18
**architectural** 171:5
  171:10
**architecture** 171:11
  224:11
**area** 143:12,14
  166:5 191:17,21
  251:15
**argument** 192:11
**arrived** 147:21
**artfully** 178:19
**asked** 146:15 147:12
  149:6,17 150:11
  158:11,15,16 159:9
  162:23 164:18
  166:15 168:19
  172:16 174:7
  186:14 189:7 195:7
  195:21 199:7
  203:19 207:8
  209:23 215:7
  224:25 225:2,3,7,25
  227:16 232:18
  236:7 240:9 245:14
  251:10 253:11,12
  258:4,13,15,21,24
  264:6
**asking** 153:22
  155:10 156:6
  165:15 167:20
  175:11,23 177:23
  181:18 188:18,18
  189:9,18 190:6,15

191:18,20 207:18
211:11 216:11,24
219:20 223:13
227:19 228:14,17
237:16,17 250:5
261:13
**assist** 147:24 154:20
228:13
**assistance** 227:18
**assisted** 154:23
**associated** 266:22
**assumes** 218:7,16
220:6
**assuming** 148:7
**aston** 171:10 224:11
**attention** 154:7,15
181:4 234:25
**attorney** 142:23,25
193:11 263:4
266:11
**attorneys·** 139:3,8,12
139:17,22 141:4
264:22 265:6
**atypical** 181:3
**august** 142:13
152:11 201:5,11
224:10 233:12
**available** 180:25
**avenue** 138:15
139:4,8,13,23
**average** 237:16
**aware** 165:23
177:25 185:18
186:2 197:6,14

**b**

**b** 142:6 183:19
241:23
**back** 146:5 150:6
153:8 154:19
155:17 157:4 158:8
159:15 163:20
166:13 168:11
176:21 211:25
220:16,22 232:6

234:15 240:23
249:11 266:20
**bank** 150:4,16
198:25
**base** 239:6
**based** 152:4 246:18
265:25 266:4,17
**basis** 176:9 181:25
255:13
**began** 253:24
**behalf** 138:20
207:25 232:21,23
251:5
**behavior** 257:23
**believe** 160:22
186:16 191:24
193:23 202:20
215:23 232:18
244:19 251:11
262:17 265:15
**bergson** 139:17
193:12
**best** 144:12 165:10
200:2 263:12
**better** 179:16
190:20
**big** 170:17
**binding** 209:3
**blocked** 256:6
**blocks** 222:22
229:25 256:18
**blood** 270:16
**board** 180:12 214:4
**borne** 180:15
**bottom** 217:16
232:2 239:7
**brand** 168:17 169:2
169:12
**break** 154:6,8,9,17
215:18 229:5,7
255:6
**brett** 139:19 160:20
193:11 221:14
**brian** 177:2

**brick** 180:6,12,15
180:17 181:7
256:19
**brings** 147:5
**brought** 170:3 181:4
223:17
**bruton** 171:6 217:15
226:13 230:23
**buckled** 180:7
**building** 144:3
164:16 177:3,19,22
180:16 182:14,14
192:3 196:15 199:2
202:2 203:4 207:5
207:11,13,13,17,19
207:20 209:25
210:3 214:5 219:10
219:11,12,15,19,20
219:22 220:3,3
243:24 244:13,25
245:7 248:6
**buildings** 182:10,19
183:25 196:14,18
197:5,8 209:25
219:6 221:16 239:6
239:11 248:16
**built** 144:3,5,6
191:9 210:3 256:17
**business** 154:19

**c**

**c** 139:2 142:6 241:23
246:6 270:2,2
**call** 154:5,6 180:22
184:19 211:17
223:23 264:14
**called** 142:6 183:4
184:18 207:17
**calling** 248:15
**calls** 159:20 175:5
208:24 210:8
213:25 214:8 215:5
244:22 246:17
251:2

**capacity** 154:19
180:17
**capital** 170:25 171:2
**captioned** 138:22
**care** 146:23 250:7
251:14 255:13
256:4
**carpenter** 253:25
254:2,3,6,12,20
**case** 147:9 151:18
184:23,23 193:14
250:10 264:16
**cause** 182:19 184:2
240:18
**caused** 181:8
**cd** 170:18
**cement** 143:25
144:6 147:8 148:24
148:25 149:15
167:4,5 206:25
211:19 222:22,22
**certain** 164:15,16
171:13,14,14
180:17 188:14
213:15 222:21
236:9,17,21 259:12
**certainly** 151:22
226:7 237:9,24
242:8 264:12
**certify** 270:10,15
**cetera** 244:23
**chance** 209:17
**change** 216:23
230:19 268:6,8,10
268:12,14,16,18,20
269:3,5,7,9,11,13,15
269:17,19,21
**changed** 222:21
260:21
**changes** 233:19
262:14,16 268:4
**chani** 153:5
**characterization**
226:17

characterizing
  188:8
charge  255:17
  264:16
chase  185:18
check  211:18
checked  197:7,16
checks  150:22
cinderblock  229:21
cinderblocks  230:9
circumstances
  162:11,20 201:23
city  177:3 182:18
clarify  207:4 214:23
  215:2
clean  251:15
clear  162:24 173:20
  174:25 187:20
  214:17 226:19
  259:13,14 261:16
clearly  145:11 181:6
  205:4 229:15
client  144:8 263:19
  266:10
close  179:22 180:2
closed  205:7 206:14
  206:19,21
code  248:16
collapse  180:3
collapsed  241:19
  242:11
color  144:14
columns  244:5,7,8
come  184:19 212:13
  221:25 232:6
  240:14 249:9
  251:20 266:20
comes  189:25
  208:16
commenced  202:6
  203:21
comments  178:11
commission  267:22
communication
  165:8

communications
  165:8,17 174:4,15
  176:13 186:3
companies  173:22
company  138:4
  173:20,21 185:6
  195:13 202:2
  239:25 240:3
  247:21
company's  195:5
competence  227:8
  227:11 230:13
  231:6 239:22
complain  162:2
  168:24 169:18,22
complaining  162:7
complaints  161:12
  161:17 168:4,10,15
  169:5
complete  204:6,23
  205:5 263:20
  266:13
completed  204:15
completely  214:21
  237:17 257:22
complications  263:9
composed  223:6
  230:25
concealed  207:2,23
concentrate  252:9
concentration
  252:10
concern  240:18
concerned  215:20
  219:12 266:12
concerns  173:24,25
conclusion  208:25
  210:9 211:17 214:2
  214:9 215:6 216:11
  244:23 246:18
  248:15
conclusions  181:14
  181:24 182:5
concrete  138:8,8
  139:8,18 144:24

145:22 146:22,23
  147:8,10,25 157:20
  158:2,10,25 159:2,8
  159:13 160:7
  163:17 165:11
  169:8,13,16,19,23
  173:9,11,21 180:8
  180:10,15,19,22
  185:20 186:20
  187:2 188:12,15,22
  193:13 201:15,20
  204:6 206:7,14
  207:2 208:5 210:15
  210:24 211:5,7,8,13
  215:11 228:19
  230:2,5,7 231:12,13
  231:19,23 232:3,3
  236:4 239:7 242:22
  243:24 244:11,14
  245:10,18,25
  246:14 247:14,22
  248:24 250:7,7
  252:16 255:25
conditions  235:3,5
conduct  266:16
conducted  248:23
  249:15 264:8,10
confirm  143:5
confusing  222:5
conjunction  164:23
  172:22,24 185:20
  186:25
connecting  180:23
connection  220:2,14
  235:15 238:11
considered  214:6
consisted  180:6
construct  146:21
constructed  161:19
  162:4 219:7 221:16
constructing  161:14
construction  138:9
  138:20 139:22
  143:23 151:15,21

172:23 174:19
  180:6,9 181:3
  194:13,15 195:4,13
  195:17,25 196:5,10
  197:2,7,15 198:12
  198:15,24 202:6
  205:25 208:22
  209:6,25 210:5,16
  212:13,18 213:17
  213:24 215:24
  216:8,21 217:20
  218:13,23 219:13
  219:15 220:3,14
  221:6 223:3 227:4
  227:20 228:18,20
  228:25 229:12,20
  233:13 234:4 235:3
  235:16,19 236:2,3
  237:3,11,20,23,25
  238:12,21,22 240:8
  243:17,23 244:11
  246:15 247:8,13
  248:12,19 249:5,5,7
  249:16,20 250:3,6,9
  250:23 251:6
  253:21 254:13,25
  255:16
consulting  226:14
contact  251:21
contained  194:19
  198:6 222:8 224:16
  257:12
contents  155:3
  189:7
continue  152:3
  178:12
continued  138:19
  142:10
continuing  257:17
contract  150:14
  185:15 194:20,21
  198:4,4 212:21
  232:20,23 233:4,7
  233:13,19 234:2,5
  234:18 235:3,18,23

238:11 266:9
**contracted** 195:19
**contractor** 150:20
　150:23 160:7
　185:14,16 195:2,3
　195:25 196:5,8
　221:20 237:4,19
　238:2,11,20 248:19
　254:10,14,18
**contractors** 181:2
**contracts** 232:7,13
　232:14 235:22
**contractual** 246:18
**contrary** 265:5
**control** 185:2,7,7
　248:23 250:8
**controlled** 185:19
　208:15,18,23 209:7
　210:6,16 249:15,19
　250:3,12
**conversation** 165:5
　176:11 180:9
　191:14 192:11
**conversations** 165:5
　165:16 177:14
　183:21
**copies** 150:21
　170:18
**copy** 152:23 156:9
　162:16 177:10
　196:21,24 225:2
**corner** 261:20,22
**corp** 138:8
**correct** 143:9
　172:18 200:3,5
　201:18 214:7
　216:15,18,19
　225:13 227:2 233:8
　233:10,14 234:18
　239:5 241:19 243:8
　252:22 253:15
　255:3,5 260:11
**costs** 266:22
**counsel** 140:13
　151:15 164:2 170:3

170:16 192:16,24
　263:23,24 266:15
**counsel's** 226:16
　264:4 265:5
**county** 138:8 139:17
　144:23 145:8,13,17
　147:9,17,18,22
　148:21 149:4,11,17
　150:20 159:17,21
　160:7,10,14 161:5
　161:13 167:15,22
　168:10,14,16,24
　169:4,11,12,15,18
　169:22 174:4,16
　175:7,8,12,16,20,24
　176:13 186:13,25
　187:6,9,10,12,13
　188:12,22 191:8,20
　192:6,11 193:13,19
　194:8,21 198:4
　199:15,17,18,20,23
　200:21 201:15,19
　202:6,14,17,17
　203:2,15,21 204:5
　206:2 208:6 218:10
　231:18,23 240:4,7
　241:3,17 250:11,17
　250:20 251:24
　252:16,20 253:2,3,9
　253:17 255:25
　256:22 257:13
　258:6,12 259:5,21
　260:14 262:3,18,21
　263:25 265:3 268:3
　270:6
**county's** 168:5
　208:2 244:15
　251:18 253:18
**couple** 161:24
　187:18
**course** 152:6 193:2
　208:9 231:8 244:15
**court** 138:2 141:14
　152:2 247:5,23
　264:21

**cova** 138:8 139:8
**cover** 171:4 224:9
**covering** 206:25
**created** 157:3
　162:11,20
**cut** 163:22 185:18
**cv** 138:7

**d**

**d** 140:2 141:2
**daily** 255:13
**date** 165:4 192:20
　196:20 213:9,10
　217:5 260:22
　261:19,20,23 265:8
　268:24 269:24
**dated** 152:11,13
　155:19 171:8,12,19
　171:23 212:21
　214:25 224:10,19
　226:21,25
**dates** 165:4 260:20
　260:25 261:2
　262:15
**day** 191:13,16 193:3
　195:24 196:4
　213:13,13 225:10
　264:9 266:14,21,22
　267:15 270:20
**days** 189:10 204:12
　204:16 241:14
　263:20 264:7 265:7
　265:8
**deal** 251:25
**dealt** 201:19
**december** 217:16
　230:22
**decide** 160:13
**decision** 165:12
　174:7,8,8 203:2
　215:10,11
**decisions** 233:6
**defendant** 139:8,12
　139:17 193:13

**defendants** 138:11
　138:21 139:22
**deficiencies** 239:17
**definitely** 176:10
　236:10 262:20
　265:7
**demand** 152:7
**demands** 193:4,5
**demerara** 138:10
　171:18 183:3,7
　186:7 216:15
　226:12,21
**department** 177:3
　177:19,22 182:10
　182:19 183:25
　196:14,15,18 197:5
　197:8 214:5 245:7
　248:6,16
**department's**
　244:25
**dependent** 210:2
**depict** 223:5
**deposed** 142:13
**deposition** 138:19
　146:12 152:3,11
　161:3 164:9 184:22
　191:25 192:22
　195:8 198:21 215:8
　232:19 233:12
　251:11 263:19
　264:2,5,9,13,19,22
　264:24 266:13,14
　270:12,13
**depositions** 264:7
**describe** 144:13
**describing** 181:12
**description** 140:9
　140:16
**design** 171:6
**detail** 157:15 203:7
　230:18,19 252:17
**detailed** 247:19
　248:4
**details** 158:20,24
　159:7 173:19,23

176:6 202:13 221:2
229:10,11 248:8
253:3 254:21 255:2
**determine** 147:18
169:12,15
**determined** 147:13
**development** 138:10
139:23 151:20
198:5,23
**difference** 231:9
238:18 246:12
247:3
**different** 170:24
186:15 239:12,13
255:20 262:2
**differently** 158:15
**difficult** 259:19
265:13
**dim** 171:7
**dimensions** 168:17
**direction** 203:16
252:17
**directions** 255:2
**directly** 180:15
183:10 199:22,23
244:12 252:2
**disagree** 181:10,13
182:4
**disagreement** 179:4
**discovery** 193:4,5
**discretion** 202:25
203:8
**discuss** 159:12
160:9,24 163:13
164:22 165:2
202:10 203:24
**discussed** 163:16
191:12 204:2
**discussing** 155:2
**discussion** 143:19
144:22 151:11
154:12 155:22
158:7 161:23
172:15 176:3
179:18 182:23

**district** 138:2,2
**dob** 171:10 197:15
215:21
**docket** 138:7
**document** 140:12
152:12,21 155:8,11
155:17 156:8
162:11,20 177:9
189:2 199:6,13
200:4,11,16,20,24
201:9,11,15 234:3
234:20 235:2,4,5,8
235:10,15
**documents** 140:15
152:5 170:17
173:10 177:7
185:23 186:6
235:18,23 259:20
266:5 267:5
**doing** 239:6 240:19
241:4,14 246:8
247:5
**double** 180:24
**draft** 199:6
**drawing** 171:11
217:15 230:21,24
231:11
**drawings** 140:18
171:15,17,19 172:5
176:17 192:17
217:20 218:3,12,17
218:19,22 219:7,12
219:25 220:13
221:3,5,11,22 222:8
222:13 223:4
224:10,13,14,14,19
225:15 226:10,11
227:4 228:5,11,18
228:24 229:6,7
231:17,23 239:17
266:25

188:16 191:6
203:11 205:15
212:23 250:16
252:5 253:8,17

**drawn** 261:23
**dried** 242:22
**drink** 143:6
**drugs** 143:7
**duly** 142:7 270:12
**dushinsky** 138:9
139:22 151:17
154:25 155:10
177:5,24 178:3,4,6
178:7,21 227:18
232:8,15,24 233:5,8
235:9 249:4 250:24
251:7
**dushinsky's** 249:8
**duties** 251:17

**e**

**e** 138:1 139:2,2
140:2 141:2,2 142:2
160:23 170:8
183:19,19,19 270:2
270:2
**earlier** 190:24
214:22
**ears** 188:21
**easier** 142:23
179:10
**eastern** 138:2
**edward** 139:5
266:11
**effect** 141:13 217:20
217:23
**either** 151:20
168:17,25 172:24
186:11,23 188:10
188:19 248:15
**electrician** 254:7,7,9
**elevator** 206:6,8
**employed** 153:8
**engaged** 240:7
**engineer** 163:15
165:3 166:16 171:7
174:2 181:4,17
182:3 208:19
213:23 214:7 215:3

215:21,24 216:3,12
226:14 227:10
230:23
**engineering** 138:8
138:10 139:13
142:14 152:13,15
163:6,14 171:18,22
173:25 216:15
226:12 261:19
**engineers** 176:18
216:7
**english** 142:4,5,19
153:23 154:19
155:5 156:18 178:7
184:10 227:9,16
228:15 232:8,15
**entailed** 238:12
**enter** 232:7,20,22
233:3,6,8
**entered** 266:9
**entire** 149:22
151:13 228:2,4
**entitled** 151:22
192:21 266:6
**entity** 197:6,14
**eric** 139:15 142:12
**errors** 239:5
**esq** 139:5,10,15,19
139:25
**esqs** 139:3,12
**estimation** 237:25
**et** 244:23
**events** 143:8
**everest** 138:4
**everybody** 256:19
**evidence** 218:7,16
220:6
**exact** 193:24 256:21
**exactly** 240:6 241:7
246:20
**examination** 141:11
142:10 193:9
266:16
**examined** 140:3
142:8

**exceeded**  180:17
**excuse**  143:17 144:7
**exhibit**  170:9,15,15
  171:17,21 172:4
  173:5,6,10 177:7,23
  189:19 190:18,22
  190:22 214:16,20
  214:24 217:2
  218:19,22 221:4
  222:8,14 224:8
  226:19 231:18
  234:20,24 235:7
  257:9 259:2,3,3,12
**exhibits**  140:8,13
**exist**  192:21
**existing**  180:12
**expectations**  173:23
**experience**  240:19
  241:4
**experienced**  180:25
**expert**  239:23
  242:14 245:4
**expertise**  203:8
  241:23
**expired**  196:20
**expires**  267:22
**explain**  157:2 203:6
  205:24 209:12
  232:15 244:4
**explained**  189:8
**extent**  151:19 152:4
  188:3 192:17
  224:19 257:2 267:2
**exterior**  180:13
  192:3,7

**f**

**f**  141:2 160:23
  171:12 270:2
**face**  180:13 257:15
  266:4
**fact**  239:15 259:11
  266:4
**factor**  239:18
**facts**  218:7,16 220:6

**failed**  180:18
**fair**  149:16 232:22
  252:15
**falkowitz**  160:16
  201:20,24 202:4,9
  240:9 241:10,11
**falkowitz's**  160:25
**far**  223:13 227:8
  263:16 266:12
**father**  160:25
**fault**  192:13 222:4
**fax**  152:13 154:18
**faxed**  162:16 200:4
  200:15,17
**faxes**  153:11
**feel**  216:25 223:9
  266:4
**feels**  213:4
**feet**  180:4,11
**felt**  263:6
**field**  151:14
**figure**  182:13
**file**  140:17 150:8
  151:6,7,13,17,19,23
  151:25 185:23
  194:14,19 198:3,6
  225:15 228:2,4
**filing**  141:5
**find**  191:21 223:22
  224:5 241:8
**fine**  158:17
**finish**  186:9 191:2
  196:23 264:13,18
  264:22
**finished**  222:25
  223:2
**firm**  193:11
**first**  148:21 152:10
  152:12 153:6,20
  160:23 161:2
  164:23 165:25
  166:6,16 167:10
  170:24 171:11
  172:5 173:12 177:7
  191:9,16 192:7

193:17,18 194:15
  194:22,25 195:19
  200:3 201:3,23
  202:2,5,8,9 203:21
  204:7,8,11,11,15,19
  204:22 205:2,9,19
  206:2,11,16,18
  207:5 209:21
  210:24 223:4
  226:22 227:5,21
  228:20 229:2,20
  231:2 234:8 238:13
  238:23 240:12
  241:17 242:4,10
  244:17 245:24
  250:10 252:6 253:9
  255:21 261:17,20
  262:25 264:9 265:8
**five**  264:25
**floor**  139:18 148:3
  180:5,19 194:2
  202:21 203:3 204:7
  204:13,22 205:2,9
  205:20 206:3,7,11
  206:17,22
**floors**  206:6,7,9
**flow**  180:19
**foam**  202:24
**focus**  170:15
**follow**  151:5,24
  192:16
**following**  142:3
  143:11 182:24
  186:7 268:4,4
**follows**  142:9
**followup**  146:13
  151:6 192:24
  264:23 265:25
  266:16
**force**  141:12
**foreclosure**  198:25
**form**  141:8 145:14
  145:23,24 148:23
  148:24 149:2,20
  150:24 156:19

157:3 162:8,12,21
  164:3 166:7,20
  172:8 173:14
  178:22 179:6
  180:13 181:8
  191:25 192:6
  193:21 194:5,9
  197:9,17 198:8
  199:24 200:6,12,18
  200:22 201:16
  202:20,23 203:3,5
  204:9 205:9,11,12
  205:19 206:22,24
  207:2,9,14,24 208:3
  209:9,10 210:20
  211:3,15 212:15
  213:19,25 214:8,13
  215:5 216:2,4,10
  217:22 218:5,6,15
  220:5,18 221:7,24
  222:3,10,16 223:7,8
  224:18 228:7
  229:14,17,22 230:3
  230:13 231:4
  232:25 233:9,21,23
  234:3,4,7 235:14
  236:6,14 239:21
  240:20 241:5,6,18
  241:20,21 242:9,12
  243:4,9,12,18,20
  245:3,21 246:3,10
  248:11 249:2,21
  252:3,7,8,23 253:5
  253:10 255:4,18,19
  256:2 257:15,20
  258:7,13,20 260:6
  260:15 262:4,19
  263:15
**formal**  266:19
**forms**  144:24
  145:10,13,18,21
  146:2,9,12,17,21,24
  147:18,22,24
  148:20 149:5,9
  158:2,10,16,25

159:2,8,12,18 160:9
160:24 161:5,9,14
161:19,25 162:3,7
166:12 167:25
168:2 169:5 180:22
180:24 181:2,7
191:8,17,21 205:7
206:9 240:22 242:2
242:3,22 243:5,8
244:8
**forth** 171:6 250:6
256:6 270:12
**forward** 225:11
**found** 199:2
**foundation** 181:22
205:17,21 213:22
241:22 244:23
245:21
**foundations** 240:2
**four** 170:23
**frame** 260:6
**framer** 253:24
**frances** 139:10
**free** 216:25 223:9
**fritz** 138:5
**front** 221:10 224:17
228:5
**full** 154:7 180:5
265:7,8
**further** 141:7,10
192:15,23 193:5
263:22 266:17
270:15

---
                  **g**
---

**g** 171:13
**gail** 264:14
**garfinkel** 139:17
193:12
**general** 148:6
165:20 174:21
194:25 195:3,25
196:5 221:20 234:9
235:2,5 237:4,19
238:2,10,20 247:17

248:18 254:14,17
261:18
**generally** 154:25
219:9 234:12
**give** 142:18 145:15
150:17 160:20
172:12 179:19
202:16 203:15
209:16 246:6
252:16 254:20
**given** 184:22 188:17
256:10,14 266:18
270:14
**giving** 237:15
**go** 150:25 155:17
159:21 166:7
197:17 205:13
219:3 220:10 228:2
228:4 230:15 247:4
**god** 184:25
**goes** 171:12 172:13
233:5
**going** 142:14 148:5
151:24 152:8,9,16
152:17 153:19
155:16,18 156:3
157:4 158:8 159:4
163:8,22 164:6,8,11
164:17,19 165:13
170:2,13,14 171:3
176:24 177:7 179:9
179:19,21,23
187:18,24 188:25
190:25 191:2
202:20,24 210:3
211:14 212:8 213:5
227:7 230:12
245:20 247:19,20
257:14,16 259:6,10
260:5 263:9,19,21
263:25 264:13,14
264:16
**gold** 138:9 139:22
140:20 151:14,16
151:20 183:9,9,13

183:15,16 194:22
198:5,22 223:16,17
223:20,25 224:4
233:13,21 235:19
**good** 142:11 163:11
193:10 239:6
240:15
**gotten** 259:8 265:7
**granted** 266:15
**graph** 152:14
**green** 245:8
**ground** 205:22
224:24
**grounds** 226:23
227:13
**group** 138:9 151:14
151:16,21 153:9,12
162:17 177:5
194:13 200:5,10,17
**guess** 175:22
**guessing** 187:23
188:2
**guy** 256:17
**guys** 150:18 184:7

---
                  **h**
---

**half** 265:10,12
**hand** 257:15 270:20
**handed** 235:7
**handing** 234:23
**handwriting** 153:21
153:24 154:3
156:11,14,15 163:3
**hanna** 138:23 270:8
270:23
**happened** 143:24
149:23 150:4
177:19 182:8,16
184:16,20 187:22
232:4 236:22 241:9
261:6
**hatch** 139:10 160:17
170:22 183:18
187:24 190:10,14
199:10 203:12

207:3,8,16 214:19
226:18,24 240:23
249:11 256:8,11
261:22 262:23
263:10,17 265:4
**havkins** 139:21
**hear** 158:4 177:16
186:17 188:11,19
188:20 197:19
210:18 252:11
257:25
**heard** 177:12,13
178:3 185:6 201:2
**hearing** 181:9
**hebrew** 142:2,4,4,21
142:21 184:7,8
265:14
**height** 180:5
**held** 138:22 143:19
144:22 151:11
154:12 155:22
158:7 161:23
172:15 176:3
179:18 182:23
191:6 203:11
205:15 212:23
**help** 174:13 209:14
228:12
**hereinbefore** 270:12
**hereto** 141:5
**hereunto** 270:20
**hire** 247:21
**hired** 225:2,7
240:14 241:3
252:15 253:20
254:4 262:11
**history** 237:8
**hit** 257:16
**hokel** 138:5
**hold** 243:3 263:8
**hole** 245:9
**hope** 156:22 202:3
**hours** 143:5 263:23
264:6 265:10,12

**hsd** 138:9,20 139:22
  140:17 149:4 150:8
  150:21 151:7,14,15
  151:21 170:3,16
  194:13 195:4,24
  196:9,16,22,25
  198:11,15,23
  207:25 218:12,23
  219:13 220:2,13
  221:22,25 222:7,14
  232:21,23 233:6,22
  237:4,8,11,19,23,25
  238:10,20 250:19
  251:5 253:23 254:4
  254:10,13,17,20,25
  265:3
**hundreds** 214:24
**hydrostatic** 180:7
  180:14

**i**

**idea** 163:11 188:16
  240:21 241:13,16
  263:8
**identification** 140:8
  170:12 234:22
**identified** 226:20
  257:3 259:15
**identify** 172:5,17
  219:2,4 260:16
**identifying** 260:7
**ii** 138:1
**imagine** 207:16
**immediately** 150:4
  205:4
**impact** 185:6,10,13
  185:16,19,24 186:3
**important** 265:17
**inappropriate**
  257:23
**incentive** 164:6
**inch** 180:6
**incident** 143:11,15
  143:21 144:15
  150:4 159:11

160:11 161:10,15
  161:20 162:4,7
  163:12 164:24
  166:4 167:11,17,23
  168:6,17 169:2,6,9
  169:20,24 171:24
  172:25 173:13
  174:5,14 175:7,17
  176:5,14,16 182:9
  182:16,20,24,25
  183:7,8,11 184:2,16
  184:24 186:4,8,8
  187:3 188:23 189:4
  190:7 191:7,17,18
  191:21,22 192:5
  196:2 212:21 215:2
  217:6 218:21
  246:13 259:13
  260:8 262:15
**included** 258:3,5
**includes** 145:10
**incorrect** 160:19
**indicate** 197:24
**indicated** 180:3,10
**indicating** 257:7
**indication** 181:5
**individual** 201:18
**individual's** 195:9
**individuals** 251:5
**indulge** 189:10
**initial** 251:11 266:2
**inner** 192:2
**inside** 166:9,11
  167:4 180:3 207:5
  207:11,16 242:20
  242:22 243:8
**insignia** 152:15
**insofar** 159:20
  193:22
**inspect** 208:16
  211:18 236:19
  249:9
**inspected** 211:19,24
  248:11

**inspecting** 207:25
  250:20
**inspection** 179:22
  180:2 208:15
  210:17,23 211:4,12
  211:21 212:14
  213:18 236:3,11,13
  244:19 245:2
  249:19 250:17
**inspections** 185:7,19
  208:23 212:18
  235:25 249:15
  250:4,12
**inspector** 185:2
  208:18 209:7 210:7
**inspects** 212:6
**installation** 167:13
**installed** 167:9
  169:6
**installing** 167:22
**instruct** 144:23
  239:9
**instructed** 187:9
  194:7
**instruction** 145:15
**instructions** 142:16
  145:5 158:9 186:13
  186:25 188:11,21
  193:19 202:16
  254:21
**interested** 270:17
**interpret** 179:23
**interpreter** 142:2,7
  144:11 145:2 175:3
  179:23 183:19
  197:12,19 209:16
  209:20 220:21
  222:24 242:17
  244:5 247:24 248:3
  252:9 257:25
  262:11 265:14
**interperter's** 142:21
  148:17
**interrupted** 252:10

**interrupting** 257:18
**invite** 234:25
**invited** 231:12
**invoice** 149:25,25
  150:3,11,15
**invoices** 149:4,7,11
  150:9,22
**involved** 238:17
  243:22 244:10
**involving** 160:4
**irrelevant** 246:21,22
**isaac** 138:19 140:4
  143:1 144:1 145:1
  146:1 147:1 148:1
  149:1 150:1 151:1
  152:1 153:1 154:1
  155:1 156:1 157:1
  158:1 159:1 160:1
  161:1 162:1 163:1
  164:1 165:1 166:1
  167:1 168:1 169:1
  170:1 171:1 172:1
  173:1 174:1 175:1
  176:1 177:1 178:1
  179:1 180:1 181:1
  182:1 183:1 184:1
  185:1 186:1 187:1
  188:1 189:1 190:1
  191:1 192:1 193:1
  194:1 195:1 196:1
  197:1 198:1 199:1
  200:1 201:1 202:1
  203:1 204:1 205:1
  206:1 207:1 208:1
  209:1 210:1 211:1
  212:1 213:1 214:1
  215:1 216:1 217:1
  218:1 219:1 220:1
  221:1 222:1 223:1
  224:1 225:1 226:1
  227:1 228:1 229:1
  230:1 231:1 232:1
  233:1 234:1 235:1
  236:1 237:1 238:1
  239:1 240:1 241:1

242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1,12
270:11
**issue** 246:18
**issues** 239:18 249:23
256:5

**j**

**j** 142:2 160:23
**jersey** 139:14
**job** 138:25 140:17
147:25 148:3,4,6
151:7,13,17,19,22
151:25 198:3
246:15 247:7,13,18
249:18 250:2
262:13 267:25
268:25 269:25
**jobs** 236:19 237:24
**joel** 175:25 176:4
201:20,23 202:4,8
203:20,24 204:3
240:9
**jonathan** 139:25
**judd** 139:25 143:17
144:7,21 145:14,24
146:5 147:6 148:2,7
148:12 149:20
150:6,24 151:8
152:6,25 153:17
154:11,16 155:21
156:6,19 158:4,6,11
158:13,16 159:15
159:19,24 161:22
162:8,12,21 163:8
163:19 164:4,13
166:7,20,24 167:19
168:9,19 170:20

172:8,16 173:2,14
174:17,19 176:2,8
178:17,22 179:6,16
181:16 182:6,22
186:9,19 187:3
188:9 189:18,22
190:13,23 191:5,24
193:2,22 194:5
195:7,21 196:2
197:9,17,23 198:8
198:18,20 199:9
200:6 201:4 202:23
203:5,19 204:9
205:12 206:15
208:4,8 209:10
210:10,12,18,20
211:3,6,16,23 214:3
215:7,18 216:4,24
217:3 218:5,18,25
219:16,18 220:7,10
220:16,18 221:7,19
221:24 222:10,16
223:7 224:6,16,24
226:3,23 227:13,23
228:7,14 229:16,23
230:16 231:4
232:10,18,25 233:9
234:14 235:12,22
236:7,15,23 237:5,7
237:9,12,15,21
238:3,15,24 239:8
239:20 241:6,20
242:7,13,23 243:6,9
243:15,20,25
244:21 245:5,13,16
246:11,20,22
247:10 248:13,25
249:22 251:2,10,19
252:18 253:11,15
253:22 255:4,14,19
257:17 258:15,21
259:16 260:23
261:3,7 262:6,22
263:18

**july** 261:4,19
**june** 143:11 171:23
176:25 196:10
209:5 210:6 212:12
212:19 213:7,9,16
213:24 214:6 215:3
215:21,24 216:8,17
216:21 217:7,21
218:3,14,24 219:14
220:4,14 221:6,23
222:7,15 223:6
224:15,23 225:12
225:16,22 226:11
236:5,22 261:3,4,6

**k**

**k** 160:23
**kaplan** 171:7 230:24
**keep** 189:12 190:15
**kind** 151:6 200:14
**kings** 270:6
**knew** 192:12 231:13
241:2 251:20,22
**know** 142:22 144:19
145:7,8,19 146:4,25
147:12,16 148:16
148:20 150:19
151:3 153:5,14,25
155:4,14 156:14
157:8,11,12 158:3
158:12,14,22 159:3
159:10,17,20,23
162:10,15,19 163:2
165:4,6 166:11,15
166:24 174:6 175:8
175:13 176:12
177:14 183:6
187:21,22 189:22
193:18 194:7,11,12
194:25 195:3,5,15
195:16,21,23 196:3
196:16 198:10,22
200:9,16,20,23
201:14 203:9 205:8
206:10 207:21

209:11,22,24
210:13,21 213:12
213:13,14 214:17
217:3 221:9,10
224:22 225:9
229:23 233:2 234:6
234:9 236:17,17,25
237:10,13 238:5,17
239:17 240:6 241:7
241:24 243:16
244:24,25 247:7
248:21 249:3,14,17
249:25 250:14,15
250:18,24,25
253:16,19 258:2,3,5
258:22,23,24,25
259:4,7,9,20,24
**knowledge** 217:19
**known** 166:2 242:2
**knows** 182:3 189:24
213:21 217:4
241:12 255:11
**kuller** 139:19 140:5
144:25 145:23
146:4 149:19
151:12 160:22
166:22 172:12
174:22 176:21
179:11 181:15
186:16 191:11,23
192:9 193:9,11,25
196:3 203:10 207:6
207:14 208:9
211:25 212:22,24
215:9 217:13,24
221:15 223:23
224:22 225:21
226:8 227:2,14,19
228:17 233:3
235:23 237:6,8,22
238:4 239:9 245:15
246:25 247:11
248:18 253:23
255:6,8 256:10
257:18 260:17

261:16 262:7,24
264:3 266:3 267:7

**l**

**l** 138:1 139:15,19
141:2,2 160:23,23
183:19
**lab** 245:12 246:2
247:9
**laboratory** 245:10
245:19 247:15
**lack** 181:6 205:19
244:23
**landlord** 183:14
**language** 184:6
**large** 140:10 170:3,9
180:18
**law** 193:11
**lawyer** 197:15
184:15,18
**lay** 166:18 181:18
181:21,22
**leads** 236:12
**leave** 155:17 242:20
242:21 243:8
**left** 149:6 244:8
263:6
**legal** 208:25 210:9
211:17 214:2,9
215:6 216:11
244:23 246:18
248:15,16
**leib** 183:17,20
**letter** 177:2,4,17,23
178:2,8,15,21,25
179:5,10,20 187:5,5
189:6,25 190:2
**letterhead** 171:18
**letters** 157:10
177:21 188:16,18
**lien** 150:5,16
**lift** 180:11
**lighting** 251:15
**liked** 205:6

**limit** 163:9 164:14
**line** 140:3,9,16
175:6 229:16 232:2
268:5
**list** 247:19
**listen** 142:20 163:23
164:10,21 174:11
**listing** 224:10
**litigation** 192:19
**little** 164:6 168:21
186:15 230:19
235:24 245:8,9
**livingston** 139:14
**llc** 138:9,9,10,21
139:22,23
**llp** 139:17,21
**location** 148:2
193:24
**long** 173:6 180:4
204:5,14
**longer** 196:6,8 243:3
**look** 152:17 155:19
155:23,23 158:19
162:19 172:4,11
173:6 177:6 188:25
197:3 216:25
217:10 223:10
224:12 228:10,13
**looked** 190:24 205:3
223:22 224:4,4,5
229:9
**looking** 157:21
160:18 162:10
171:9 207:15
221:23 222:9 224:9
228:24 230:21,24
**looks** 260:6
**lose** 252:10
**lot** 194:16,18 239:12
239:14
**luncheon** 193:7
**lynch** 182:10,16
184:3,9

**m**

**m** 138:1 139:5 142:2
183:19
**mailed** 170:6,7,8
**main** 239:4
**maintain** 150:8
**maintained** 151:13
151:19
**making** 152:18
266:19
**man** 251:13,13
**management** 138:10
139:23 151:20
198:5,23
**march** 226:15
**margolis** 139:17
193:12
**mark** 170:2,5
172:13
**marked** 152:9,23
155:16,18 156:8
170:12 176:24
177:10 199:4 221:4
222:5 233:11
234:21,24 257:9
259:3
**marriage** 270:17
**martin** 160:25
**material** 167:5
**materials** 146:20
147:3,13,13,17,19
147:21 149:8
159:17 160:10
161:13,18 162:3
**matter** 154:9 172:19
182:2 237:22
270:18
**matters** 248:16
**mcspedon** 139:7
**mean** 157:12 158:25
160:6 185:8 201:4
201:12 206:22
207:10 228:5 233:2
240:3 244:3 256:14

**meaning** 144:13
153:15 156:14
165:8 208:19
**means** 157:19
217:23
**meant** 157:16,18
207:4
**mechanical** 226:14
**meet** 202:4 203:20
**melhuish** 139:12
142:12
**member** 153:9
**met** 142:12 201:23
202:8 216:18
**metal** 149:3,3 161:7
**methfessel** 139:3
**meyer** 183:17
**middle** 194:23
195:20 239:5,14,15
249:24
**mind** 154:9 215:4,23
**minor** 234:12
**minute** 220:11
**minutes** 264:25
**mischaracterize**
188:7
**mischaracterizing**
171:25 188:4
**missed** 205:16,20
**missing** 239:14,16
**misspoke** 159:5
**mistake** 192:12
**modifications**
234:17
**modified** 233:16
235:6
**moment** 151:2
**monday** 170:7
**money** 149:6 150:12
150:18 198:14,23
203:25 204:3
**months** 224:19
225:19
**morgan** 139:12
142:12

morning 142:11
mount 139:13
move 152:8 163:25
 165:13 174:9
 187:18 212:8 213:5
 215:13 225:5,11
 256:25
multiple 265:15

**n**

n 139:2 140:2 141:2
 142:2,2,6 195:11
name 142:11 160:15
 160:23 171:5
 183:17 193:10
 195:5,6,9 196:8,13
 217:3,5,8,8
named 224:11
names 187:8
necessary 145:6
 152:4 242:19 263:7
need 145:2 148:10
 152:19 154:5,8
 156:4 158:4 163:23
 164:8 175:13
 192:10 197:19
 203:9 209:11
 210:18 220:21
 222:20 223:10
 252:11 257:20,25
 265:22
needed 177:18
 206:4,5 221:2
 222:11,17 263:8
needs 154:13,16
 160:12 163:16,17
 181:3 202:11
 241:24
neighbor 244:8
neighbor's 182:14
 207:20
never 145:5 164:18
 216:17 234:10
 236:9 239:3,25
 240:11,13 243:22

254:25
new 138:2,15,15,24
 139:4,4,9,9,14,19,19
 139:24,24 142:8
 144:5,6 150:18
 164:20 177:3 268:2
 268:3 270:4,10
night 182:13 183:5
nj1337053 138:25
 267:25 268:25
 269:25
nonresponsive
 164:2 165:14
 174:10 212:9 213:6
 215:14 225:6
norek 139:10
 160:17 170:22
 183:18 187:24
 190:10,14 199:10
 203:12 207:3,8,16
 214:19 226:18,24
 240:23 249:11
 256:8,11 261:22
 262:23 263:10,17
 265:4
normally 240:22
north 148:21 164:23
 165:25 166:6
 167:10 173:12
 191:9 192:7 193:17
 193:18 194:15
 202:5,9 203:21
 204:8,19 207:4
 210:24 223:4 227:5
 227:21 228:20,25
 229:20 230:25
 234:8 238:13,23
 240:12 241:17
 242:4,10 244:17
 245:24 250:10
 252:6 253:9 255:21
notary 138:23
 141:12 142:8
 267:17,21 270:9

noted 226:12 267:8
notes 171:13,13,14
 171:14,22 261:18
notice 138:22
number 189:19
 259:17
numbers 157:7,8,9
 157:11,12

**o**

o 138:1,4 141:2
 142:2,2,6 160:23,23
 246:6
o'clock 263:18
object 145:24
 149:20 150:24
 156:19 159:19
 162:8,12,21 166:7
 166:20 167:19
 176:8 178:22 179:6
 181:16 187:24
 191:24 193:2,22
 194:5 198:8 200:6
 200:12,22 202:23
 203:5 204:9 205:11
 206:24 208:3,4
 209:9 210:20
 211:14,16 213:19
 214:3 216:2,4
 217:22 218:15,25
 220:18 221:7 222:3
 222:10,16 223:7,8
 224:18,24 225:25
 226:16 227:7 228:7
 228:22 229:14,16
 229:17,22 230:12
 231:4 232:25 237:9
 238:16,25 241:5,21
 242:13 245:20
 255:4,19,22 257:14
 257:20 259:10
 260:5 263:15
objected 151:16
 156:23 164:2
 247:12

objection 142:24,24
 144:25 145:14,23
 149:19 163:19
 164:4,12 166:22
 172:8 173:14
 181:15 182:6 188:4
 191:11,23 192:9
 193:21 194:9 197:9
 197:17 198:18
 199:7,9,11,24
 200:18 201:16
 205:12,17,23
 208:24 209:10
 210:8,10 211:2,3
 212:15,20 213:2,25
 214:8,13 215:5,7
 216:10 218:5,6,18
 219:5,16,17,18
 220:5,7,19 221:24
 226:3,23 227:12
 229:8 230:3 231:3,5
 232:10 233:9,23,24
 236:6,7,14,15,23,24
 237:12 238:15,24
 239:20,21 240:20
 241:6,20 242:7,12
 242:15,23,24 243:4
 243:6,9,11,15,20,25
 244:21,22 245:3,5,5
 246:3,10,11,17
 247:10,16 248:13
 248:14,25 249:2,21
 249:22 250:13
 251:2,19 252:3,8,13
 252:18,23 253:5,12
 255:18 256:2,25
 257:21 258:7,13,15
 258:20 260:15
 262:4,6,19,22
objectionable
 242:16
objections 141:8
 152:7
objects 179:13

obligates 245:7
obligation 209:4
  212:17
obligations 210:2
  249:8
observe 206:2,16
  207:15
observed 193:16
  206:11 207:22
obtain 199:20
obtained 223:19
obviously 224:21
occasionally 213:3
  236:18
occur 219:22
occurred 143:15,23
  191:13,18,22
  192:13 203:4
  204:12 206:5 217:6
  239:24
offer 158:6 178:10
  178:10,24 179:3
  182:15
offered 178:20,22
office 153:13 194:14
  212:7,13,17 213:16
  263:6
officer 153:9
okay 144:10 147:16
  154:10 161:4
  164:17 173:2 198:2
  229:11
old 181:7 216:12
  263:6
omvraki 226:14
once 147:21 213:3
ones 230:4 259:24
ongoing 194:23
online 197:3,4
onsite 146:18,19
opened 206:9
operates 236:18
opinion 158:19,23
  159:6 166:18
  178:11,15,24

181:11,19,22,23
  239:18 243:7
opinions 178:20,23
  179:3 181:10
  182:15
opportunity 264:11
  264:21 265:18
  266:8
oral 138:19 186:2
orally 184:20
  188:11,11,20
orange 138:8 139:17
  144:23 145:8,13,17
  147:9,17,18,22
  148:21 149:4,11,16
  150:19 159:17,20
  160:6,10,14 161:4
  161:12 167:15,22
  168:4,8,10,14,15,24
  169:4,10,12,15,18
  169:22 174:4,16
  175:7,8,12,16,20,24
  176:13 186:13,25
  187:6,9,10,12,13
  188:12,22 191:8,20
  192:6,11 193:13,19
  194:8,21 198:4
  199:15,16,18,20,23
  200:21 201:15,19
  202:5,14,16,17
  203:2,15,21 204:5
  206:2 208:2,6
  218:10 231:18,23
  240:4,7 241:3,17
  244:15 250:11,16
  250:20 251:18,24
  252:15,20 253:2,2,9
  253:17,17 255:25
  256:21 257:13
  258:6,12 259:4,21
  260:14 262:3,18,21
  263:25 265:3
order 159:18 190:3
ordered 146:14,20
  147:3,12,14,17,19

168:13,16,25 169:6
  169:10,13,16,19,23
orders 147:4
original 196:22,25
originally 226:24
oscar 138:10 183:3
  183:7 216:14,18
outcome 270:18
outside 166:12
  199:2 206:22 207:4
  207:9,10,17 220:10
overhear 183:24
owner 183:14
  195:16,22
owners 195:18,19

**p**

p 138:10 139:2,2
  141:2
p.c. 138:8 139:7,13
  226:15
p.m. 193:7,8 267:8
page 140:3,9,16
  152:12,12,14 153:6
  153:20 154:2
  155:13 156:13
  157:6 171:4,8 189:2
  189:14,19 190:8
  199:5 200:3 201:8
  201:10 212:4
  214:12 224:17
  226:22,22 228:15
  257:5,12 258:11
  261:18 268:2,5
  269:2
pages 214:25
paid 198:11,23
  262:12
paper 152:14
  189:15 200:15
papers 214:15
paperwork 194:16
paragraph 180:2,21
paragraphs 179:10
  179:12,21

part 167:4 171:16
  179:9 190:10,11,15
  192:2 203:8 209:21
participate 175:5
particular 148:2,3
  174:20 226:20
parties 141:4 234:11
  265:15 270:16
partner 264:15
parts 149:3
party 199:11 234:13
  265:15
patrick 171:5
  217:14 226:13
  230:23
pay 149:13,14
  154:15 266:21
payment 149:5,18
  149:18 150:5 151:5
  198:9
payments 150:9
pc 171:11 224:11
  261:19
pending 154:8
  212:24 215:9
  239:10 245:15
people 236:19
perform 185:3,10
  196:9 202:14,17
  212:14,18 213:17
  218:11 231:15
  252:17 254:9,21
performed 185:19
  198:12 208:6 232:3
  239:25
performing 206:2
  250:21 254:12,17
performs 185:7
period 164:16 176:7
  237:16 244:24
  259:11
permit 196:21,22,25
permits 196:14,17
permitted 231:7

**person** 146:23 147:7
174:3,15 186:12,24
188:10,20 212:6
231:12,13 241:24
250:6 255:20
**personal** 154:9
**personally** 145:16
175:13 186:11,23
187:22 188:10
**pertains** 194:14
227:4 228:25
**perusing** 152:21
**phone** 175:5,12
184:19 186:12
**photographs** 143:14
**piece** 189:15
**pile** 223:5
**place** 138:22 143:22
143:23 194:3
202:22 208:23
210:17 224:4 225:9
241:11 244:20
245:2 255:20
265:23
**placed** 167:9
**placement** 167:14
**placing** 167:23
180:22
**plaintiff** 266:12
**plaintiff's** 216:25
**plaintiffs** 138:6
139:3
**plan** 165:20,21
172:21 173:8
188:15 189:3,4,13
189:13,15,20 190:7
190:8,11,15,16,17
211:20 212:3
214:10,11,14 219:7
223:14,15 225:3,3
255:11,24 256:3,10
256:12,13,15,16,17
256:20 257:2 258:5
259:7,14

**plans** 140:10,11,18
140:20 170:3,6,10
170:11,17,24 172:3
172:5 173:4,8,9
187:6,6,10 189:16
190:11,12,23
192:17 223:10,17
223:19,24 225:8
226:20 227:14,17
229:19,24 256:21
256:23,24 257:3,4,6
257:7,8,11 258:6,8
259:2,4,8,9,12
260:11,13,24
261:17,23,24 262:2
262:2 263:13
266:12
**pleasant** 139:13
**please** 142:22 144:8
150:6 151:8 163:9
176:21 189:10
193:5 197:24
205:25 207:3 212:9
216:25 217:3,12,19
220:8,16 224:12
226:8 228:10
230:11 244:4
246:25 255:14
260:4,23 261:3,4
267:3
**pllc** 138:10 226:12
**plumber** 254:5,6,16
254:16,20
**point** 172:7 217:11
221:13 223:11
230:11 231:11
245:18,25 260:4,23
261:4 263:21 264:2
**pointing** 214:19
260:11,24
**poles** 244:2,4,6
**polishook** 139:15
140:4 142:10,16
148:5,9,16 151:4
152:8 153:2,19

154:13 158:15,17
160:20 163:10,25
164:5,14,17 165:13
168:11,21 170:2,13
171:3 172:10,14,16
172:19 173:16
174:9,18,21,24
178:18,24 179:19
181:18 186:17,21
187:7 188:6 189:23
190:17,25 192:4,15
193:21 194:9 199:7
199:24 200:12,18
200:22 201:6,12,16
205:11,13,16
206:24 208:3,24
209:9,11,18 210:8
211:2,14 212:8,15
212:20 213:2,5,19
213:25 214:8,13,16
214:21 215:5,13
216:2,10 217:22
218:6,15 219:5,8,17
220:5,19 221:13
222:3 223:8 224:18
225:5,18,23,25
226:4,16 227:7,17
228:22 229:8,14,22
230:3,12 231:3,5
233:23 236:6,14,16
236:24 238:16,25
239:21,23 240:20
241:5,21 242:12,15
242:24 243:4,11
244:22 245:3,20
246:3,10,17,21
247:16 248:14,20
249:2,21 250:13
252:3,8,13,23 253:5
253:12 255:18,22
256:2,25 257:14,20
258:7,13,20 259:10
260:5,15 261:2,9
262:4,9,19 263:15
265:24 267:4

**portion** 164:15
180:4 187:19 192:3
**position** 151:18
264:4,12
**possession** 225:8
**possible** 195:15
220:24 242:9,19
262:14
**possibly** 198:10
**post** 171:15,23
**postdate** 259:12
**postdates** 260:8
**pour** 145:6,6 157:20
173:9 180:8 181:3
186:19 188:15
211:19 231:13
232:2
**poured** 169:9
193:17 231:12
238:13,21,23
244:12,12
**pouring** 144:24
145:22 147:25
148:24,25 158:2,10
159:2,8,13 173:11
180:10,22 185:20
187:2 188:12,22
204:6 208:5 210:15
210:24 211:7,12
236:4 238:12 239:7
243:23 244:16
245:24
**pre** 165:23
**prefabricated**
146:17
**preparation** 149:13
168:5
**prepare** 146:8 162:6
184:15
**prepared** 146:25
153:14 168:2 186:6
189:3 263:13
**prepares** 146:23
147:4 149:15

preparing 167:25
168:3
prescription 143:7
present 174:3,15
188:15 191:13
251:6
presented 150:5
173:8
presently 197:6
president 237:23
pressure 180:7,14
180:17
pretty 247:12
previous 168:20
185:14 187:5 239:5
previously 140:19
193:15 226:20
principle 157:14,15
prior 159:11 160:18
161:10,14,19 162:4
162:7 163:12
164:24 166:4
167:10,23 168:5,16
169:2,6,9,20,24
173:13 174:4,14
175:17 176:5,13,16
176:18 185:3,16
186:3 187:3 188:23
189:3 190:7 191:25
192:19 195:16,22
200:24 201:11
202:5 208:8,9
212:12,19 213:16
214:10 216:17
218:21 219:3
221:17 223:12
224:14 225:12,16
225:21 226:11
235:10 236:5 240:7
241:2 259:8,24
260:20
probably 199:14
266:5
problem 154:14
211:9 229:6 239:4

239:13,24
problems 239:17
procedures 180:21
process 188:13,22
produce 264:18
produced 140:19
192:19,20,22 224:2
224:3 261:10,11
263:20 266:6 267:3
267:3,4
producing 193:3
production 140:15
152:4 223:23
professional 150:20
208:18 227:16
project 140:10,11
140:17 145:21
146:9 150:10,21
151:7,15 163:7
166:5 167:7 169:20
169:24 170:10,11
172:3,23,24 175:7
175:18,21 185:11
185:21 194:15
195:4,25 196:5
197:2,15 198:12,16
198:24 199:14
202:6 208:22 209:6
210:5,16 212:13,18
213:17,24 215:24
216:8,21 217:21
218:4,14,20,23
219:3,14 220:14
221:6 233:13 234:8
235:16,19 236:2,4
238:12,21 240:8
243:17,23 244:11
245:22 246:16
247:8,14 248:12,19
249:5,16,20 250:3,9
250:24 253:21
254:13,25 255:16
projects 234:5 237:3
237:11,20,25
238:22

proper 187:7 213:20
226:5 242:21 243:7
243:13 246:19
248:17 262:5,9
proposed 180:14
prove 200:13
provide 158:20,24
159:7 186:12,24
188:11,21 200:10
231:17
provided 140:19,20
149:18 173:11,13
189:21 190:6
200:20 201:14
223:25 225:16
226:10 229:19
231:22 255:24
256:21 257:13
258:6,11 259:4,21
260:14 262:2,18,20
266:25
provides 158:9
providing 151:16
public 138:24
141:12 142:8
267:17,21 270:9
purchase 180:25
pursuant 138:21
put 146:18 147:22
151:8 167:4 170:13
193:5 206:7 224:6
257:15
putting 161:5

**q**

quality 248:23
250:8
query 187:14
question 141:8
142:17,22 143:2
144:9 145:2 148:11
148:13,15 149:21
152:20 153:16
154:7 156:4,5,22
159:4,19,25 163:9

163:11,20,23
164:10,11,12,14,19
164:20,20 166:13
166:14,15,21
168:11,20 173:6,15
173:17 174:11,12
174:23 176:9,22
178:19 179:7,17
182:11 184:5
186:14,22 187:11
188:7,19 189:11
190:14,20,21 191:2
196:22 197:10,20
197:24 205:22
207:10 209:18,23
212:10,24 213:20
213:21 215:8,9,22
217:4,24 218:8,12
219:11,25 220:8,21
224:20 226:5
227:15 228:8 231:7
231:16 235:9
237:17 238:19
239:2,8,10 240:15
240:24 242:14,16
242:17 245:15,17
246:19,25 248:17
250:2 252:11 253:6
255:8 256:7,9
257:22 258:2 262:5
262:9,10,23,24
263:11 265:17
266:7,8
questioning 229:17
229:18 263:24
266:2
questions 142:3,15
142:18 143:3
146:13 152:18
154:15 156:3
161:24 163:21,24
173:23 175:9,22,23
179:24 187:12,18
191:3 192:16,23,25
199:12,14,15,16,18

214:9 251:25
252:20 253:3,13
264:7,11,23,23
265:18,25 266:17
**quick** 255:6

**r**

**r** 139:2 141:2 142:6
183:19 195:11
270:2
**rabinowitz** 138:20
140:4,8 142:11
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1,10,10,22,23
153:1,14,20 154:1,2
155:1,3,14,19 156:1
156:9,12,13,25
157:1,5,6,13,18,21
157:25 158:1,8,19
158:24 159:1,7
160:1 161:1 162:1
162:10,16,19,25
163:1,2 164:1,9
165:1,22,22 166:1
167:1 168:1 169:1
170:1,4,5,9 171:1
172:1,2 173:1 174:1
175:1 176:1,25
177:1,4,10,21 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
187:15 188:1,25
189:1,5,14 190:1,9
191:1 192:1,18
193:1,10 194:1,4
195:1 196:1,24
197:1 198:1 199:1,3
199:4 200:1 201:1
201:12 202:1 203:1
204:1 205:1,25
206:1 207:1,22
208:1 209:1 210:1

211:1 212:1,5 213:1
213:15 214:1,12,20
215:1,20 216:1
217:1,11,14,18
218:1,2 219:1,23
220:1,20 221:1,4
222:1,6,14 223:1,24
224:1,8,12 225:1
226:1,9,19 227:1,3
228:1,23 229:1
230:1,20 231:1,18
232:1 233:1,12
234:1,20,23,24,25
235:1,2,8,11,20
236:1 237:1 238:1
238:19 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1,13 257:1,5,9
257:12,13 258:1,12
258:19,25 259:1,2,3
259:18 260:1,10,24
261:1,5,12,15,17,21
262:1 263:1,10
264:1,18 265:1
266:1,24 267:1,5,12
270:11
**rabsky** 138:9 151:14
151:16,21 153:9,12
162:16 177:5
194:13 200:4,10,17
**read** 145:4 146:5,6
150:6,7 155:5
156:17 158:5
159:10,15,16
163:20 168:11,12
173:19 176:21,23
178:7,7,9,16,21,25
179:5,9,11,13
197:21 203:12,14
209:19 210:19
211:25 212:2,9,11

212:25 218:9
220:16,17,22,23
225:23,24 227:9
228:13,14 229:3,9
234:14,16 240:23
240:25 242:18
247:2 249:11,13
252:12 255:10,14
255:15
**reading** 153:23
158:23 159:6 229:6
**reads** 227:14 232:8
**ready** 149:25
**really** 166:21 231:20
259:19 265:9
**realty** 138:5
**reason** 192:10
262:22 268:7,9,11
268:13,15,17,19,21
269:4,6,8,10,12,14
269:16,18,20,22
**reasonable** 265:16
265:21
**reasons** 268:4
**rebar** 157:20,23
158:21 163:6,13
164:15,22 165:16
165:18,19,24 166:5
166:19,23,24 167:9
167:23 168:2,5,13
168:16,25 211:19
211:20,24 235:25
236:3
**recall** 146:15 155:2
155:10 172:6
178:14,20 179:8
184:4 219:19
263:12
**recalls** 172:21
**receive** 153:11
154:18 198:14
**received** 162:15
170:11 234:21
**receives** 153:13

**recess** 193:7 215:19
220:12 255:7
**recharacterization**
187:25
**recognize** 153:21,24
154:3 156:13
172:20 230:16
231:10
**recognized** 172:18
**recognizes** 153:18
172:20 218:20
**recollected** 188:3
**record** 143:18,19
144:21,22 145:4
146:2,6 148:18
150:7 151:10,11
154:11,12 155:21
155:22 158:5,6,7
159:16 161:22,23
168:12 170:14,23
172:14,15 176:2,3
176:23 179:17,18
182:22,23 191:5,6
197:21 203:10,11
203:14 205:14,15
209:8,19 210:7,19
212:2,11,22,23,25
215:21 216:13
217:13 218:9
220:17,23 225:24
226:8,13,18 228:11
230:22,23 234:16
240:25 242:18
247:2 249:13
252:12 255:10,15
259:14 261:16
264:4 270:14
**records** 172:17
196:17 197:7,15
225:19 266:23
**recreational** 143:7
**reduce** 150:16
**refer** 157:22 187:11
254:2

reference 235:4
referencing 260:10
referred 153:5
  192:18
referring 155:13
  168:9 187:15
  189:12 212:4
  214:12,14 215:15
  216:14 217:12,14
  222:19 223:24
  225:19 257:5,8
  261:17 266:24
reflect 217:13 226:9
regard 182:12
  246:13
regarding 145:21
  146:9,12 158:24
  159:7 161:13,24
  163:17 165:16,24
  173:7 174:17,19
  181:23 182:11
  184:23 188:12,22
  193:15 198:3
  199:14 250:17
  253:17
regardless 210:9
reinsurance 138:4
related 270:15
reliance 181:7
relied 218:16 220:25
  221:17
rely 222:11
relying 218:3,13,23
  218:25 220:2,13
  221:5,11,22 222:7
  222:14
remaining 265:22
remember 143:8
  144:16 152:25
  153:4 156:10
  162:18 165:6 175:4
  175:15 176:6 178:5
  179:2 183:22 185:5
  185:22 186:5 198:7
  206:8 211:9,10,22

212:16 217:8
  223:13 230:6
  231:20,21,22,24,25
  233:25 235:12,13
  235:17 238:9
  256:24 258:16,18
  259:16 263:16
remembers 153:3
removed 196:17
rendered 198:15
rendering 241:17
renewal 196:19
rental 180:25
repair 221:25
  222:17,18
repairs 222:12,20
repeat 163:19
  173:16 209:18
  246:25
repeated 145:3
repeating 171:25
  190:2
rephrase 192:4
  201:7
report 177:18
  184:16
reporter 138:23
  145:4 146:6 150:7
  158:5 159:16
  168:12 176:23
  179:13,21 197:21
  203:14 209:19
  210:19 212:2,11,25
  218:9 220:17,23
  225:24 234:16
  240:25 242:18
  247:2 249:13
  252:12 255:10,15
  270:9
represent 142:14
  151:17 170:23
  193:12 264:25
representations
  265:5

representative
  250:19
represented 170:16
representing 231:11
reproduced 265:21
request 140:15
  151:4,6,12 189:6
  199:20 224:6
  265:20 266:20
requested 174:6
  199:6 200:10
requests 151:8
requirement 209:7
  248:5,8,10
requisitions 150:9
  150:22
reserve 152:3
  265:24
reserved 141:9
reserving 266:3,15
respect 151:14
  196:14 199:4 205:9
  206:11 208:22
  210:4,15 219:14
  223:3 224:8,13
  229:12 235:25
  245:23 248:23
  249:15,19 250:9
  251:17 254:24
respectfully 174:11
respective 141:4
respond 144:10
responded 193:4
response 187:14
responsible 241:12
  246:8 250:11
responsive 187:19
result 167:21 258:23
retained 140:13
  185:3,13
review 145:20
  151:22 181:5 235:9
reviewed 176:19
  229:6

reviewing 173:4
revised 261:25
revision 261:8
revisions 260:19
right 152:3 155:14
  158:13 164:4 173:7
  197:8,14 203:18
  205:3 221:14,23
  222:9 224:9 230:21
  245:11 247:4,5,25
  260:2,11 261:20,22
  261:25 265:16,24
rights 264:12 266:4
  266:16
ritzert 139:21
  264:15
ronan 145:12,16
  163:5,13 165:2,9,16
  177:2,5 216:8
rosenfeld 139:21
rot 243:2
roth 138:23 270:8
  270:23
rule 234:9 247:17
rules 244:25

                s

s 138:4 139:2 141:2
  141:2 142:2,6
  171:19,20,22,22
  226:22,22 261:18
safe 256:6
safety 249:9 255:13
  255:17 256:3,5,12
  256:15
satisfied 204:25
  205:6
saw 144:15 161:2
  167:24 168:2
  172:23 181:12.
  193:24 205:7 206:9
  206:13,14 213:20
  224:23 225:21
  244:8

saying 184:12 188:3
190:17 258:10
259:22,22 260:13
261:15,24 262:8
says 142:23,24
152:12 153:22
155:14 156:18,25
171:9 209:15 234:2
235:2
scale 140:10,11
170:9,10
scene 251:13
schedule 249:18
250:3
scheduling 250:11
seal 171:17
sealing 141:5
second 144:7 147:2
152:14 154:2
155:13 156:12
157:6 170:25
189:14,19 190:8
199:5 201:10
204:11,15 205:5,14
205:20 206:16,19
206:21 212:4
214:12 257:5,12
258:11
see 143:12,20,24
144:20 148:10
155:25 157:7 158:8
167:16,16,20,21,22
185:15 186:6
191:17,25 192:2,6
194:2 200:3 201:8
201:10 205:3
206:13 211:19
218:22 221:3,10
223:14,20 224:2
230:4,7,8 231:17
245:11 255:23
256:4 260:20
seeing 172:21
seemingly 196:19
243:10

seen 152:22 156:8
173:2 177:9,25
200:24 224:14
263:13
sees 218:19 227:20
send 236:18 245:10
247:14
sends 213:3,4
sent 150:14 153:11
170:17,18,21
175:10 245:18
246:2
separate 156:22
separately 179:14
222:5
separating 207:19
september 138:16
170:7,8,19 179:20
270:20
served 195:24 237:2
237:4,19,25 238:10
238:20 248:18
services 185:3,7,10
196:9 198:15
241:17 254:12
serving 196:4
215:23 254:10,13
254:17
set 140:10,11 149:17
149:18 170:3,5,10
170:11,25 171:4,4,5
171:9,10,16,19,21
205:21 229:19
259:23,25 260:2
262:17 270:12,20
sets 170:24 214:25
seventh 139:4
sharon 138:8 139:12
140:19 142:14
145:12,17 152:12
152:14 155:3,7
159:12 161:17
163:5,6,13,14
164:24 171:21
173:8,11 174:4,6,7

174:16 175:6,10,13
175:17,21 176:5,13
176:17 177:2,5,18
177:23 179:3
181:12 183:4,4,24
184:6,9 186:3,12,24
187:11,13 188:11
188:21 189:3,21
190:2,3,6 192:18
199:6,19,21,22,23
200:4,10,14 213:23
214:7 215:3,15,23
216:8 223:18 225:2
225:3,7,16 226:10
229:25 236:18
251:25 252:6,21,25
256:24 257:4
258:23 259:23,25
260:19 261:18
263:14 266:25
267:5
sharon's 179:20
181:10,24 187:6,10
212:7,13,17,20
213:16 231:25
sheet 224:9
shorthand 138:23
270:8
show 152:9,16
155:16,18 157:4
173:18 176:24
201:6 217:19
225:16 227:3
228:17 229:25
230:4,15 261:3
showed 187:4,5
189:17 220:25
230:7,8
showing 199:3
227:17 229:24
233:11
shown 172:3,6
173:5,9 190:18
201:5

shows 211:20 212:4
228:18,19
side 207:5,12 242:3
242:10
sided 180:24 242:3
243:18
sides 180:23
sign 232:12,14
signature 267:17
268:24 269:24
signed 141:11,13
significance 213:8
213:10 260:9
signing 235:10
similar 238:13,22
240:11
simon 138:9 139:22
177:5 178:10,15,25
178:25 179:4
simple 247:13
sit 156:5 178:14
site 146:12 147:22
147:25 148:3,4,6,8
148:21 149:12
150:23 161:5 185:3
196:10 197:5
241:19 251:6
sites 244:7
sitting 228:5 259:2
situation 265:13
small 170:5
smaller 140:11
170:10
sold 150:17 199:2
solemnly 142:2
somebody 208:16
211:23 213:4,16
228:13 230:14
sorry 168:9 176:2
178:17 228:19
233:24 234:14
262:11
sort 173:7
sorts 249:10

sound 187:25
sounded 188:2
speak 148:19 160:14
  163:5 165:19 182:9
  182:17,18,24 183:6
  183:10,13,22,24
  184:7,8,10 250:14
  250:15 257:6
speaking 204:19
  257:6 260:16
  261:25
special 148:23,24
specific 163:21
  168:22 175:23
  179:17 209:23
  210:4 224:13 234:4
  243:12 251:25
  259:4,20
specifically 149:8
  165:15,18,19
  173:18 175:11
  188:19 189:18
  204:19 206:10
  219:9 221:9
specification 165:24
specifications
  140:18 169:2 172:6
  176:17 192:17
  227:20
specified 193:23
  260:6
specify 157:25
speculation 251:3
speculative 215:6
  236:16 253:6 262:5
  262:21
spell 183:18
spelling 160:17
spend 241:14
spoke 160:12 165:10
  165:20,21 175:12
  175:17,21,24 176:4
  182:13 183:9,9
  184:3,6,9 191:12
  199:22,23 223:12

251:12
spoken 173:7 253:2
ss 268:2 270:5
stairs 256:6
stamped 217:16
  226:15 230:22
stand 152:6
standard 180:21
start 201:25
started 149:22,23
  205:4
starting 179:22
starts 144:9 170:24
  170:25
state 138:24 142:8
  259:11 267:21
  268:2 270:4,9
statement 184:15
states 138:2
stay 217:18
steel 157:19 180:24
  211:20 222:21
  239:11 256:17,18
  256:20,20
steven 171:7 230:23
stipulated 141:3,7
  141:10
stop 263:19
stopped 150:4
  178:13 242:4
storage 224:5
story 182:7
street 139:18 148:22
  164:24 165:25
  166:6 167:10
  173:12 191:10
  192:8 193:17,18
  194:15 202:5,9
  203:21 204:8,19
  207:5 210:25 223:4
  227:6,22 228:21
  229:2,21 231:2
  234:8 238:14,23
  240:12 241:18
  242:4,10 244:18

245:24 250:10
  252:7 253:10
  255:21
strike 163:25 165:14
  174:9 187:19 212:9
  213:6 215:13 225:5
  232:21 237:2 257:2
strong 248:8
structural 171:7
styrofoam 143:12
  143:20,24 144:13
  144:19,24 145:13
  145:18,21 146:3,9
  161:10 180:11
  193:16,20,24 194:2
  194:8
subcontract 265:3
subcontractor
  173:22
subcontractors
  253:20 254:3,24
  255:2 256:14
submit 149:4,11
submitted 149:7
  150:3
subscribed 267:14
subsequent 152:5
substance 165:7,17
  176:12
suggesting 243:19
suite 139:4,23
sum 165:7,17
  176:12
super 180:9
superintendent
  249:4,7
superior 138:8
  139:18 147:10
  193:13 201:15,19
  204:6 231:18,23
  252:16 255:25
supplied 169:8
  233:21
support 182:14

supposed 206:13
  218:11 223:6
  229:25 230:25
  231:14 246:5,6
  247:17,18 251:20
  252:21 255:12
sure 152:18 167:19
  184:11 205:18
  206:19 236:2
  245:25 258:10
  260:8
suspecting 190:19
swore 142:3
sworn 141:11,13
  267:14
sym 138:5

**t**

t 141:2,2 142:6
  160:23 171:2
  195:11 270:2,2
table 259:8 260:2
tabs 172:12
take 143:14 151:9
  152:17 154:5,6,6,9
  155:19,23 156:17
  172:4,11 177:6
  193:6 204:5 215:18
  217:10 221:2 223:9
  224:7 228:10,10
  234:10,13 245:10
  246:6 247:8,21,23
  255:6 264:25
  265:23
taken 138:21 143:6
  193:7 194:3 210:17
  215:19 220:12
  244:20 245:2 246:7
  246:14 255:7
takes 146:23 250:7
talk 189:16 202:13
talking 189:4,13,15
  189:20 190:8
  196:13 204:17,18
  207:6,7,11 214:18

214:24 221:19
244:17 245:23
255:21 256:12
**telephone** 186:24
188:20 264:14
**telephonically**
251:21
**tell** 142:25 144:8
145:12,12,17,25
175:16 176:4,17
183:20 201:22
217:4 218:2 224:13
228:24 229:11
230:20,24 251:24
**telling** 209:21
**ten** 237:14,20 238:6
**term** 219:19
**terms** 165:20
**tested** 245:19 246:2
246:15 247:14,22
**testified** 142:9
146:11 147:16
148:16 172:2 189:2
189:9 190:6,18
191:16 205:18
225:21 227:9,10,14
228:15 235:24
246:4 267:5
**testify** 143:8 237:24
263:22
**testifying** 226:9
**testimony** 140:2
148:9,17,18 153:23
172:2 188:5,8
193:15 198:20
214:22 222:6
226:17 228:23
243:5 262:10,20
265:8,8,10,23,25
266:14,17,22
270:14
**testing** 247:8
**thank** 144:10
184:25 192:25
263:17

**thanks** 161:4 163:11
**thereof** 205:19
**thin** 181:7
**thing** 146:2,7
149:14,22 160:2
164:5 165:11 167:8
173:19 185:9
188:14 222:12
232:4 239:12
245:11 247:6
253:25,25 255:12
259:7
**things** 160:3 211:5
220:25 222:21
234:12 239:12,14
239:16 248:3
249:10 259:13
260:22 263:6,8
**think** 143:13 160:19
162:23 172:10
174:24 175:19
176:9,10 186:18
187:21 191:3 195:7
205:21 222:24
227:11 256:8,11
263:5
**thinking** 256:12
**third** 180:5 194:2
202:21 203:3
204:13 234:11,13
**thought** 159:21
164:18 240:22
**three** 203:23 253:13
261:2 265:10
**ties** 180:24
**tim** 182:9 184:3,9
**time** 138:22 141:9
142:16,18,20
146:15 148:10
154:8 161:2 163:9
164:16 166:16
169:9 172:4,11,23
173:6 174:25
176:16 183:8
184:14 191:14

196:12,16 201:3
202:5,8 207:6 208:6
223:9,16 227:15
228:10,12 229:5
233:16,19 234:7
235:10 237:6,7,15
240:21 241:2,13,13
241:16 245:8,18,25
246:7 248:6,7,10,12
253:24 259:11
260:6 263:5,7
265:16,21 267:8
**times** 203:20,23
251:13
**title** 251:9
**tobin** 139:5 181:21
232:12 266:11,11
**today** 142:15 152:5
152:24 156:9 170:4
177:11 178:14
191:19 199:4
200:25 221:4
223:20 224:3 239:6
245:7 250:5 265:12
**told** 154:16 175:8,20
178:15 263:22
**tone** 229:17
**top** 152:15 234:2,25
239:7 261:20,22
**total** 265:11
**touch** 144:17
**transcript** 160:18
**translate** 142:3
155:7,11 179:14
197:12 209:15,20
**translated** 209:13
**translating** 144:11
154:21,24 186:9
**translator** 179:11
**transmission** 152:13
**trial** 141:9
**tried** 150:15
**triple** 171:6
**true** 270:13

**trying** 174:12,25
188:6 209:14
259:18,19 262:7
**turn** 173:23 175:9
**turner** 195:10
**two** 152:12 177:6,21
189:2,9 201:8
203:23 206:7,8
214:25 219:6
224:19 225:19
229:24 242:3
243:18 260:20,25
263:20,23 264:6,7
265:6,7,9,11
**type** 157:25 158:9
158:25 159:7,12
160:9 168:25
169:15 179:21
189:3 190:7 211:4
212:14 240:6,19
241:4 243:12,13
248:22
**typical** 181:2
**tyrnauer** 195:12

**u**

**u** 138:1 141:2
**understand** 142:19
142:19,22 147:15
148:12,14 149:21
153:22 156:18,24
157:5,7,9,14,15,16
157:19,22 159:24
160:2 166:21 178:6
184:12 187:4 190:5
197:10,13,23,25
204:21 209:14
213:8 216:5 228:3
229:3 231:9 232:4
244:3 246:12
259:20 261:5,12,14
262:7 264:15
**understanding**
157:2,17 170:20
187:17 200:2

208:14,17,21 209:5
210:5,14,22 216:20
**understands** 173:15
179:7
**understood** 153:23
189:7 256:9
**united** 138:2
**unprofessional**
257:23
**upstate** 240:2
**use** 144:24 145:10
145:13,17,21 146:9
157:20,23 158:2,10
158:16,20,25 159:8
159:12 161:9 163:6
163:13 164:15,22
165:24 166:18
181:2 187:7 191:8
193:19 194:8
202:24 203:3
219:18 235:4
241:24,25 242:9
243:13
**utilized** 219:13
235:14 242:3
**utilizing** 218:13
220:2

---

**v**

**v** 138:1
**vacuum** 237:18
**vague** 213:21 257:2
**vaguely** 173:7
**varriale** 139:21
**vein** 214:3
**vertical** 204:7
**vicinity** 166:5
**view** 204:23
**visit** 184:19
**vitriol** 251:7 253:16
255:23
**vitriol's** 251:9
**volpe** 170:6

---

**w**

**w** 142:6 160:23
**wait** 142:25 144:8
**waiting** 198:19
**waived** 141:6
**wall** 143:12,25
144:2,2,3,5,6
164:23 165:11,25
166:6,9,9 167:10
173:12,21 174:20
180:4,11,12,14,16
180:18,23 181:3,7
191:9 192:2,7
193:16,18 194:3
202:21,22 204:7,7
204:17,18,22,23
205:10 206:4,14,16
206:23 207:9,12,15
207:18,19 215:11
219:9 223:12
228:20 241:18
242:3,10 243:8,14
243:24 244:2 245:9
252:6 253:9
**walls** 180:22 204:15
204:18,20 206:6,12
207:7 210:15,24
211:7,8,13 219:15
223:4,5 227:5,21
228:19,25 229:13
229:20 230:25
231:10 236:4
238:13,21,22
244:14,16,16,17
245:24
**walter** 216:14
**walters** 138:10
182:25 183:2,3,7,10
183:21 186:7
216:18
**want** 144:8 146:25
148:10,19 150:19
153:17 154:7,15
162:23 164:11,13

166:11 170:22
173:16 175:22
177:14 181:21
183:6 186:17
187:21,22 196:3
206:10 214:17,23
219:8 221:9,10,13
223:11 224:22
237:10 247:7
259:13 262:12
263:11
**wanted** 207:21
225:9
**way** 210:2 221:17
225:10 257:16
264:6 270:17
**we've** 193:3
**weight** 180:8
**werbel** 139:3
**west** 139:13,18
**wet** 180:15,18
**whatsoever** 203:16
252:21
**whereof** 270:19
**white** 139:7
**widely** 180:24
**windows** 256:18,19
256:19
**winter** 177:2
**wish** 268:4
**withdraw** 153:15
163:10 164:19
166:14 170:14
178:18 184:5
186:21 190:20,25
217:24 233:24
**withdrawn** 146:14
166:3 191:15
193:25 195:2 201:9
**witness** 138:20
140:3 142:6 145:16
147:7 148:14 152:9
152:16,21 160:2
161:4,9 164:21
166:3,4 172:10,17

173:4 179:12,15,24
186:11,23 188:2
198:2 206:18
214:19 221:21
223:2 227:8 230:18
239:9 248:2 256:11
257:19 260:7
263:16 265:17,20
266:7,8,9,20 268:24
269:24 270:11,14
270:19
**witnessed** 175:14
187:23 205:19
**wondering** 153:24
**wood** 149:3 161:7
206:20 243:3,5
**wooden** 242:21
**word** 142:23,24
**words** 148:18
218:10
**work** 149:8,12,14,17
149:23,24 150:2,13
150:23 160:12
167:16,20,21
187:10 194:17,18
194:23,24 196:6,7
198:11 202:11,14
202:18 203:17,22
204:25 205:25
206:9,11 208:2,7
220:3 221:17
231:13,14 232:2,3
234:10,10 239:25
239:25 240:6,11,13
240:19,22 241:4
242:5 244:7,20
248:11,24 250:6,17
250:20 251:18
252:17 253:4,18
254:9,17,22 255:3
**worked** 150:21
237:11 240:21
243:17 244:8
**workers** 251:14

**working** 167:24,25
176:7 201:25 202:6
205:4 251:22,23
**works** 173:21
**worth** 222:2
**writing** 149:7 151:5
151:9,12 153:18
154:19 156:24
157:5 162:25 193:6
199:21 224:6
264:17
**writings** 145:20
146:8 153:15 162:6
165:23
**written** 155:4
177:17,22 184:15
186:2 232:8,14
263:13
**wrong** 247:23
**wtc** 195:13

**x**

**x** 138:3,12 140:2

**y**

**y** 177:2 183:19
195:11
**year** 201:5 237:7
**yoel** 160:16 175:24
**york** 138:2,15,15,24
139:4,4,9,9,19,19,24
139:24 142:8 177:3
268:2,3 270:4,10

**z**

**z** 142:6 160:23
171:14
**zero** 171:6