FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 24 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EVEREST REINSURANCE COMPANY A/S/O FRITZ HOKEL AND SYM REALTY,

Plaintiff,

-AGAINST-

COVA CONCRETE CORP., SHARON ENGINEERING, P.C., ORANGE COUNTY SUPERIOR CONCRETE, INC., SIMON DUSHINSKY, THE RABSKY GROUP, LLC, HSD CONSTRUCTION, LLC, THE GOLD DEVELOPMENT & MANAGEMENT, LLC, OSCAR P. WALTERS AND DEMERARA ENGINEERING, PLLC,

Defendants.

INDEX NO.: CV-11-3427 (CBA)

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas, no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This Stipulation includes dismissal of all crossclaims and counterclaims. This

(2)
CV-11-3427

stipulation may be filed without further notice with the Clerk of the Court. This stipulation may be signed in counterparts.

DATED: NEW YORK, NEW YORK
August 28, 2013

Fredric Paul Gallin
**METHFESSEL & WERBEL, ESQS.**
Attorneys for Everest Reinsurance Company a/s/o Fritz Hokel and Syrn Realty
450 Seventh Avenue, Suite 1400
New York, New York 10123
(212) 947-1999
gallin@methwerb.com
Our File No. 71030 FPG

Brett L. Kuller, Esq.
**Abrams Garfinkel Margolis Bergson, LLP**
Attorneys for Defendant Orange County Superior Concrete, Inc.
1430 Broadway, 17th Floor
New York, NY 10018-3308

Eric L. Polishook, Esq.
**Morgan, Melhuish, Abrutyn**
Attorneys for Defendant Sharon Engineering, P.C.
651 West Mt. Pleasant Avenue, Ste 200
Livingston, NJ 07039-1673

Gail L. Ritzert, Esq.
**Havkins, Rosenfeld, Ritzert & Varriale, LLP**
Attorneys for Defendants Simon Dushinsky, HSD Construction, LLC and The Gold Development & Management, LLC
114 Old Country Road
Suite 300
Mineola, NY 11501

s/Carol Bagley Amon

**SO ORDERED:**
**September 24, 2013** USDJ